# Exhibit 1



# Delaware

Page 1

### The First State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "VLSI TECHNOLOGY LLC", FILED IN THIS OFFICE ON THE TWENTY-SEVENTH DAY OF JUNE, A.D. 2016, AT 7:30 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

6080833  8100
SR# 20190023605

Authentication: 202007313
Date: 01-02-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered  07:30 PM 06/27/2016
FILED  07:30 PM 06/27/2016
SR  20164668444  -  File Number  6080833

**CERTIFICATE OF FORMATION**

**OF**

**VLSI Technology LLC**

..................................................................

*Pursuant to Section § 18-201 of the Limited Liability Company Act*

*of the State of Delaware*

..................................................................

**FIRST:**        The name of the limited liability company is **VLSI Technology LLC.**

**SECOND:**    The address of the registered office of the limited liability company in the State of Delaware is Corporation Trust Center, 1209 Orange Street, Wilmington, Delaware 19801. The name of its registered agent at such address is The Corporation Trust Company.

**IN WITNESS WHEREOF**, the undersigned has executed this Certificate of Formation this 27th day of June 2016.

By:  _____

Name:    Marc K. Furstein
Title:     Authorized Person