IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>      Defendant. | **Lead Case:** 1:19-cv-977-ADA<br><br>(*Consolidated with* Nos. 6:19-cv-254-ADA, 6:19-cv-255-ADA, 6:19-cv-256-ADA) |

### JOINT POST-*MARKMAN* HEARING STATEMENT

Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") submit this Joint Post-*Markman* Hearing Statement.

For the following eleven claim terms, the parties agree that the Court issued the below oral claim construction rulings:

**I.     U.S. PATENT NO. 6,366,522**

| Claim Term | Court's Oral Ruling |
|---|---|
| "regulate/regulating at least one supply from a power source and an inductance" | Plain and ordinary meaning<br><br>(Transcript at 50:22-51:2) |

## II.     U.S. PATENT NO. 7,292,485

| Claim Term | Court's Oral Ruling |
|---|---|
| "a capacitance structure" | Parties to submit further proposals on meaning<br><br>(Transcript at 86:12-87:4) |
| "precharging means for precharging the capacitance structure to a predetermined voltage prior to a write operation for the second line of memory cells" | **Function:** "precharging the capacitance structure to a predetermined voltage prior to a write operation for the second line of memory cells"<br><br>**Structure:** "(1) Voltage source $V_{REF}$ coupled in series with conductor 37, as shown in Figure 2, and equivalents thereof or (2) voltage source $V_{REF}$ coupled in series with conductor 71, as shown in Figure 3, and equivalents thereof"<br><br>"Please note that this construction does not contemplate that $V_{REF}$ must be directly coupled to conductors 37, 71."<br><br>(Transcript at 89:3-9) |
| "first coupling means for coupling the power supply terminal to the first power supply line during the write operation for the second line of memory cells" | **Function:** "coupling the power supply terminal to the first power supply line during the write operation for the second line of memory cells"<br><br>**Structure:** "Transistor 52 or transistor 96, and equivalents thereof"<br><br>(Transcript at 115:23-116:5, 116:24-117:3) |
| "second coupling means for coupling the second supply line to the first capacitance structure during the write operation for the second line of memory cells" | **Function:** "coupling the second supply line to the first capacitance structure during the write operation for the second line of memory cells"<br><br>**Structure:** "Transistor 54 or transistor 94, and equivalents thereof"<br><br>(Transcript at 116:6-12, 116:24-117:3) |

| Claim Term | Court's Oral Ruling |
|---|---|
| "decoupling means for decoupling the first power supply line from the second line of memory cells during the write operation for the second line of memory cells" | Indefinite<br><br>(Transcript at 127:24-128:6) |

### III.     U.S. PATENT NO. 7,523,373

| Claim Term | Court's Oral Ruling |
|---|---|
| "means for providing the operating voltage to the memory at a value at least as great as the minimum operating voltage in response to the operating value selected by the processor being below the minimum operating voltage" | **Function:** "providing the operating voltage to the memory at a value at least as great as the minimum operating voltage in response to the operating value selected by the processor being below the minimum operating voltage"<br><br>**Structure:** "Power supply selector, and equivalents thereof"<br><br>(Transcript at 158:13-19) |

### IV.     U.S. PATENT NO. 7,606,983

| Claim Term | Court's Oral Ruling |
|---|---|
| "an indication of a/the specified order" | Plain and ordinary meaning<br><br>(Transcript at 185:4-6) |

### V.     U.S. PATENT NO. 7,793,025

| Claim Term | Court's Oral Ruling |
|---|---|
| "priority level information associated with a [first/second] system mode for each of the one or more interrupt requests" / "priority level information associated with a [first/second] system mode" | Plain and ordinary meaning<br><br>(Transcript at 208:15-16) |

| Claim Term | Court's Oral Ruling |
|---|---|
| "storage device for storing priority level information" / "sets of priority levels in … storage devices" | Plain and ordinary meaning<br><br>(Transcript at 223:25-224:1) |
| "providing a plurality of interrupt priority storage devices comprising a first interrupt priority storage device for storing priority level information associated with a first system mode, and a second interrupt priority storage device for storing priority level information associated with a second system mode; and providing a plurality of interrupt priority storage devices comprising a first interrupt priority storage device for storing priority level information associated with a first system mode for each of the one or more interrupt requests, and a second interrupt priority storage device for storing priority level information associated with a second system mode for each of the one or more interrupt requests" | Not indefinite<br><br>(Transcript at 239:17-23) |

Dated:  December 27, 2019

Respectfully submitted,

| | |
|---|---|
| By:  */s/ Charlotte J. Wen* | */s/ J. Stephen Ravel* |

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

Morgan Chu  (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Keith Orso (*pro hac vice*)
Christopher Abernethy  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Brian Weissenberg  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART &
HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

Sven Stricker
Texas State Bar No. 24110418
**KELLY HART &
HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6464
Email: sven.stricker@kellyhart.com

William F. Lee (*Pro Hac Vice*)
Louis W. Tompros (*Pro Hac Vice*)
Kate Saxton (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE
& DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (*Pro Hac Vice*)
Amanda L. Major (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE**

korso@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com

Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

*Attorneys for VLSI Technology LLC*

**& DORR LLP**
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

Alexis Pfeiffer (*Pro Hac Vice*)
**WILMER CUTLER PICKERING HALE
& DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6052
Email: alexis.pfeiffer@wilmerhale.com

*Attorneys for Intel Corporation*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on this 27th day of December, 2019.

                                                /s/ *Charlotte J. Wen*
                                                Charlotte J. Wen (*pro hac vice*)