IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | **Lead case:** 1:19-CV-00977-ADA<br><br>(*Consolidated with* Nos. 6:19-cv-254-ADA, 6:19-cv-255-ADA, 6:19-cv-256-ADA) |

**UNOPPOSED MOTION FOR LEAVE TO AMEND
INTEL'S FINAL INVALIDITY CONTENTIONS**

-1-

**I. INTRODUCTION**

Intel Corporation ("Intel") seeks leave to amend its final invalidity contentions directed to U.S. Patent Nos. 7,606,983 ("the '983 patent") and 7,793,025 ("the '025 patent"). These amendments—to which VLSI Technology LLC ("VLSI") has consented—address supplements to VLSI's preliminary infringement contentions that were served in the days leading up to the January 31, 2020 deadline for final invalidity contentions. Intel served these amended invalidity contentions promptly, and Intel would be prejudiced if these amendments were not allowed. Accordingly, this unopposed motion should be granted.

**II. BACKGROUND**

In the days leading up to the January 31 final infringement contentions and final invalidity contentions deadline, VLSI served supplemental infringement contentions for both the '025 patent and the '983 patent. Intel has diligently sought to address VLSI's supplemental contentions and has completed that task seasonably.

**III. ARGUMENT**

Allowing Intel to amend its invalidity contentions would cause no prejudice to VLSI. However, there would be substantial prejudice to Intel if its amendments were denied..

Intel was diligent in identifying VLSI's newly asserted claims and theories. Granting Intel leave to serve amended final invalidity contentions will not delay any deadline in this case. Accordingly, this unopposed motion should be granted.

**IV. CONCLUSION**

Intel respectfully requests that the Court grant this unopposed motion and thereby grant Intel leave to amend its invalidity contentions.

-2-

Dated: March 6, 2020                                Respectfully submitted,

William F. Lee (*Pro Hac Vice*)                    */s/ J. Stephen Ravel*
Louis W. Tompros (*Pro Hac Vice*)                  J. Stephen Ravel
Kate Saxton (*Pro Hac Vice*)                       Texas State Bar No. 16584975
WILMER CUTLER PICKERING HALE                       Sven Stricker
  & DORR LLP                                       Texas State Bar No. 24110418
60 State Street                                    KELLY HART & HALLMAN LLP
Boston, Massachusetts 02109                        303 Colorado, Suite 2000
Tel: (617) 526-6000                                Austin, Texas 78701
Email: william.lee@wilmerhale.com                  Tel: (512) 495-6429
Email: louis.tompros@wilmerhale.com                Tel: (512) 495-6464
Email: kate.saxton@wilmerhale.com                  Email: steve.ravel@kellyhart.com
                                                   Email: sven.stricker@kellyhart.com

Gregory H. Lantier (*Pro Hac Vice*)
Amanda L. Major (*Pro Hac Vice*)                   James E. Wren
WILMER CUTLER PICKERING HALE                       Texas State Bar No. 22018200
  & DORR LLP                                       1 Bear Place, Unit 97288
1875 Pennsylvania Avenue                           Waco, Texas 76798
Washington DC 20006                                Tel: (254) 710-7670
Tel: (202) 663-6000                                Email: james.wren@baylor.edu
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com                 *Attorneys for Intel Corporation*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on March 6, 2020.

                                          */s/ J. Stephen Ravel*
                                          J. Stephen Ravel

MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS