IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>                    Defendant. | **Lead case:** 1:19-cv-977-ADA<br><br>(*Consolidated with* No. 6:19-cv-255-ADA and No. 6:19-cv-256-ADA)<br><br>JURY TRIAL DEMAND |

**Stipulation To Amend Scheduling Order**

Per the agreement of the parties, the scheduling order in the above-captioned matters is hereby amended as follows:

| Current Dates | Amended Dates | Item |
|---|---|---|
| October 26, 2020 | November 9, 2020 | Parties exchange objections to rebuttal exhibit lists and objections to deposition counter-designations.  VLSI provides revisions to jury instructions. |
| October 26, 2020 | November 20, 2020 | Parties file motions in limine. |
| | December 4, 2020 | Parties file responses to motions in limine. |
| October 30, 2020 | December 18, 2020 | File pretrial order and pretrial submissions (jury instructions, exhibits lists, witness lists, designations), draft verdict forms, ½ page statement of case, and voir dire questions for the court to ask jurors. |
| November 13, 2020 9:00AM | January 5, 2021 | Pre-Trial Conference |

Stipulation to Amend Agreed Scheduling Order

Dated: November 19, 2020

By:    */s/ Andy Tindel*_____

  Andy Tindel (Texas Bar No. 20054500)
  atindel@andytindel.com
  **MANN | TINDEL | THOMPSON**
  112 E. Line Street, Suite 304
  Tyler, Texas 75702
  Telephone: (903) 596-0900
  Facsimile:  (903) 596-0909

  J. Mark Mann (Texas Bar No. 12926150)
  mark@themannfirm.com
  G. Blake Thompson (Texas Bar No. 24042033)
  blake@themannfirm.com
  **MANN | TINDEL | THOMPSON**
  300 W. Main Street
  Henderson, TX 75652
  Telephone: (903) 657-8540
  Facsimile:  (903) 657-6003

  Morgan Chu (*pro hac vice*)
  Benjamin W. Hattenbach  (*pro hac vice*)
  Keith Orso (*pro hac vice*)
  Christopher Abernethy  (*pro hac vice*)
  Amy E. Proctor  (*pro hac vice*)
  Dominik Slusarczyk  (*pro hac vice*)
  Charlotte J. Wen  (*pro hac vice*)
  Brian Weissenberg  (*pro hac vice*)
  Benjamin Monnin (*pro hac vice*)
  Jordan Nafekh (*pro hac vice*)
  **IRELL & MANELLA LLP**
  1800 Avenue of the Stars, Suite 900
  Los Angeles, California   90067
  Telephone: (310) 277-1010
  Facsimile: (310) 203-7199
  mchu@irell.com
  bhattenbach@irell.com
  korso@irell.com
  cabernethy@irell.com
  aproctor@irell.com
  dslusarczyk@irell.com
  cwen@irell.com

By:    */s/ J. Stephen Ravel*_____

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

William F. Lee (*pro hac vice*)
Louis W. Tompros (*pro hac vice*)
Kate Saxton (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (*pro hac vice*)
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

*Attorneys for Intel Corporation*

bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

*Attorneys for VLSI Technology LLC*

Stipulation to Amend Agreed Scheduling Order
- 3 -