# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **VLSI TECHNOLOGY LLC,**<br>*Plaintiff,* | § § § § § § § § § § § | W:21-CV-00057-ADA |
| v. | | |
| **INTEL CORPORATION,**<br>*Defendant.* | | |

## ORDER RESCHEDULING JURY SELECTION AND TRIAL

In light of the worsening winter weather conditions in McLennan County, the Court hereby orders that Jury Selection in this case is rescheduled to begin at **9 AM** on **Monday, February 22, 2021** with trial beginning immediately thereafter.

**IT IS SO ORDERED**.

**SIGNED** this 14th day of February, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE