# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **VLSI TECHNOLOGY LLC,**<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| | § | W:21-CV-00057-ADA |
| *v.* | §<br>§ | |
| **INTEL CORPORATION,**<br>*Defendant.* | §<br>§<br>§<br>§ | |

## ORDER REGARDING SEALED PROCEEDINGS

     In light of the COVID-19 pandemic, the Court is permitting the trial proceedings in the above case to be accessed by the public and remote party representatives either virtually or telephonically. Additionally, the Court has granted the parties' request to have a real-time feed of the Court Reporter's transcript to be accessed remotely as well. This poses risks to sealed portions of the trial, so the Court hereby ORDERS that anyone not permitted to observe the sealed portions of the trial to disconnect from all of the above feeds as they occur. The Courtroom Deputy will monitor those in attendance and alert the Court of anyone not permitted.

**IT IS SO ORDERED**.

**SIGNED** this 16th day of February, 2021.

 

                                                         ALAN D ALBRIGHT
                                                         UNITED STATES DISTRICT JUDGE