**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 6:21-cv-00057-ADA |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**ORDER DENYING DEFENDANT INTEL CORPORATION'S
OPPOSED "RENEWED MOTION TO CONTINUE TRIAL"**

On this day came on to be considered Defendant Intel Corporation's Opposed "Renewed Motion to Continue Trial" (D.I. 418) and the Court having now reviewed said motion, the materials filed in support and opposition thereto, and all other matters of record, finds that said motion is not well taken and should be denied.  Accordingly, it is therefore,

ORDERED that Defendant Intel Corporation's Opposed "Renewed Motion to Continue Trial" is hereby DENIED.

SIGNED this 19th day of February , 2021

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE