UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC § | |
| § | CIVIL NO: |
| vs. § | WA:21-CV-00057-ADA |
| § | |
| INTEL CORPORATION § | |

## ORDER SETTING HEARING ON PRELIMINARY INSTRUCTIONS FOR JURY TRIAL

  IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON PRELIMINARY INSTRUCTIONS FOR JURY TRIAL BY ZOOM** on **Monday, February 22, 2021 at 11:00 AM**.  All parties and counsel must appear at this hearing.

Councel will receive hearing link by email.

  IT IS SO ORDERED this 22nd day of February, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE