07:01

 1                    IN THE UNITED STATES DISTRICT COURT
                     FOR THE WESTERN DISTRICT OF TEXAS
 2                              WACO DIVISION

 3   VLSI TECHNOLOGY LLC              *
                                      *
 4   VS.                             * CIVIL ACTION NO. W-21-CV-57
                                      *
 5   INTEL CORPORATION                *     February 25, 2021

 6        BEFORE THE HONORABLE ALAN D ALBRIGHT, JUDGE PRESIDING
                         JURY TRIAL PROCEEDINGS
 7                          VOLUME 4 OF 7

 8   APPEARANCES:

 9   For the Plaintiff:       Morgan Chu, Esq.
                              Benjamin W. Hattenbach, Esq.
10                            Alan Heinrich, Esq.
                              Ian Robert Washburn, Esq.
11                            Amy E. Proctor, Esq.
                              Dominik Slusarczyk, Esq.
12                            Charlotte J. Wen, Esq.
                              Jordan Nafekh, Esq.
13                            Babak Redjaian, Esq.
                              Irell & Manella, L.L.P.
14                            1800 Avenue of the Stars, Suite 900
                              Los Angeles, CA 90067-4276
15
                              J. Mark Mann, Esq.
16                            Andy W. Tindel, Esq.
                              Mann, Tindel & Thompson
17                            112 East Line Street, Suite 304
                              Tyler, TX 75702
18
     For the Defendant:       William F. Lee, Esq.
19                            Joseph Mueller, Esq.
                              Louis W. Tompros, Esq.
20                            Felicia H. Ellsworth, Esq.
                              Jordan L. Hirsch, Esq.
21                            WilmerHale
                              60 State Street
22                            Boston, MA 02109

23                            Mary V. Sooter, Esq.
                              Amanda L. Major, Esq.
24                            Wilmer Cutler Pickering Hale Dorr LLP
                              1225 17th Street, Suite 2600
25                            Denver, CO 80202

```
 1                              J. Stephen Ravel, Esq.
                                Kelly Hart & Hallman LLP
 2                              303 Colorado Street, Suite 2000
                                Austin, TX 78701
 3
                                James Eric Wren, III, Esq.
 4                              Baylor University Law School
                                One Bear Place #97288
 5                              Waco, TX 76798-7288

 6   Court Reporter:            Kristie M. Davis
                                United States District Court
 7                              PO Box 20994
                                Waco, Texas 76702-0994
 8

 9

10       Proceedings recorded by mechanical stenography, transcript

11   produced by computer-aided transcription.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

08:02  1          (February 25, 2021, 8:34 a.m.)

08:34  2          THE BAILIFF:  All rise.

08:34  3          THE COURT:  Good morning, everyone.  Thank you.  You may

08:34  4   be seated.

08:34  5          Mr. Chu?

08:34  6          MR. CHU:  A number of housekeeping items.

08:34  7          THE COURT:  Okay.

08:34  8          MR. CHU:  One, there's a time issue.  We agree with Ms.

08:35  9   Miles' time.  There's a minute or two discrepancy which we

08:35  10  would expect.  I understand that Intel disagrees and that their

08:35  11  time is correct, and they want to add time to the VLSI side.

08:35  12         Second, a report on deposition plays.  A variety of things

08:35  13  have been occurring.  I think we're going to work everything

08:35  14  out.  An example would be Intel pulled a certain witness who we

08:35  15  thought was going to be live, so we did some

08:35  16  counter-designations.  I know early this morning there was some

08:35  17  e-mail traffic between counsel at 2:00 a.m. and 4:00 a.m.

08:35  18         Our hope is that we will get the bulk, if not everything,

08:35  19  to Your Honor midday with whatever the objections are.  And

08:35  20  then after Your Honor rules, we'll have our technical person

08:35  21  tee everything up so either side can play deposition portions.

08:36  22         THE COURT:  Okay.

08:36  23         MR. CHU:  Third, there's a Fortress issue, and Evan

08:36  24  Pearson had requested some materials.  We'll get that to your

08:36  25  chambers by noon today, is what I'm told by members of my team.

08:36  1          THE COURT:  Let me -- if it wasn't clear, what I want is

08:36  2   anything that -- and this is actually for Mr. Lee -- anything

08:36  3   that Mr. Lee -- and this would not be limited to just --

08:36  4   anything that Intel wants to put in where Fortress is

08:36  5   mentioned, I want to have that by noon so I can read and see

08:36  6   what it is that Intel wants to put in that relates to Fortress.

08:36  7          MR. CHU:  Excellent.

08:36  8          There's an issue regarding Jonathan Douglas, who I think

08:36  9   is the second witness to be called.  In a moment I'll ask my

08:36  10  colleague, Mr. Hattenbach, to address it.

08:36  11         There is another Intel witness, a Dr. Rotem, but I think

08:36  12  he's coming on in the afternoon.  And I guess we may or may not

08:37  13  get to him today, so I don't think it's necessary for us to

08:37  14  argue about that this morning.  But if the Court would like, my

08:37  15  colleague, Mr. Redjaian, will argue.

08:37  16         THE COURT:  Let's hold off on that until after lunch.

08:37  17         MR. CHU:  Okay.  I think those are the issues.  And I'm

08:37  18  going to turn it over to Mr. Hattenbach.

08:37  19         THE COURT:  Mr. Lee?

08:37  20         MR. LEE:  Your Honor, on the time, we'll work it out.  I

08:37  21  think the way we're progressing, the discrepancy is not going

08:37  22  to make a difference one way or another.  So this is just not

08:37  23  something that we've had a chance to work out.

08:37  24         On the additional designations, you will have an objection

08:37  25  from us.  This was someone who was on our may-call list.  And

08:37  1  they designated people who are on our may-call list with the

08:37  2  three days' advance notice required by the pretrial order.

08:38  3  They haven't done this as to this.

08:38  4      And we'll object on that basis because -- particularly in

08:38  5  a trial moving this quickly, that three days' notice is pretty

08:38  6  darn important.

08:38  7      The second thing is I'm a little confused.  I thought that

08:38  8  they were going to play the deposition designations and then

08:38  9  rest, in part, because Your Honor knows I then have to offer

08:38  10  you in summary form the JMOL, and I need to know the target

08:38  11  that I'm shooting at.

08:38  12      And so I think it needs be either one of two things.

08:38  13  Either we have them play theirs and they rest, or we're very

08:38  14  clear on what they're going to play later.  It's not a moving

08:38  15  target, and then I can make motions appropriately.

08:38  16      THE COURT:  Okay.  I'm not -- what I'm not quite -- I get

08:38  17  the big picture of what you're saying.  I get all that.  I'm

08:38  18  not sure what it is you're asking me to do right now, because I

08:38  19  understand that when they rest, they rest, you move, you move.

08:38  20  And you're afraid -- legitimately concerned, not afraid,

08:39  21  concerned that they might be putting in things in your case

08:39  22  that you may want to force them to put in the case before you

08:39  23  rest.

08:39  24      MR. LEE:  That's exactly it, Your Honor.  I don't want our

08:39  25  case -- you know, we have not interrupted their case to

08:39  1    interject --

08:39  2        THE COURT:  But I don't know what you want me to do.

08:39  3        MR. LEE:  No.  I think, Your Honor, I just have a

08:39  4    question, which is Ms. Proctor said yesterday that they would

08:39  5    finish their case today by playing a half hour of depositions.

08:39  6    That's what we thought was correct.  And I guess the first

08:39  7    question is:  Is that what we're going to do?

08:39  8        THE COURT:  Okay.  Mr. Chu?

08:39  9        MR. CHU:  I think all of this is a non-issue.  Let me give

08:39 10    you an example.  We fully disclosed in the slides for

08:39 11    Dr. Conte, I think on Monday, everything that he was going to

08:39 12    use.  Then the issue arose and Your Honor said we should play

08:39 13    all those deposition clips, and we accept that.

08:39 14        But they've known about that, and I don't know the exact

08:40 15    timing, but I was informed that we kept asking for

08:40 16    counter-designations and we weren't getting them.  And so maybe

08:40 17    they have counter-designations.  We might have

08:40 18    counter-counters.  But we're not trying to leave things open.

08:40 19    We're just trying to get everything settled and done.  And I

08:40 20    think, I'm told, we hope that we can have everything done by

08:40 21    noon.  It's not a moving target.

08:40 22        I'm also told --

08:40 23        THE COURT:  Well, but you're going to be done with your

08:40 24    case before then, right?

08:40 25        MR. CHU:  We will have no more witnesses to call.

08:40  1          THE COURT:  You have no more witnesses to call, live

08:40  2   witnesses to call right now, right?

08:40  3          MR. CHU:  Right.  Yes, in terms of the case-in-chief.

08:40  4   That's correct.

08:40  5          THE COURT:  And so when we start, what you're going to do

08:40  6   is play deposition transcripts?

08:40  7          MR. CHU:  No.  Because I am told there's still issues to

08:40  8   be settled between the parties.  And I'm told that we are

08:40  9   working them out.  And the lawyers on our side believe it'll be

08:41  10  worked out.  And then there are the objections.

08:41  11         THE COURT:  So, Mr. Lee, assuming -- other than let's say

08:41  12  that Mr. Chu wants to play a portion -- other than what you

08:41  13  might object to just because you would object to it regardless

08:41  14  of whether it was in VLSI's case or whether it's presented as a

08:41  15  counter-designation in yours, does Intel have everything from

08:41  16  VLSI that VLSI intends to offer?

08:41  17         MR. LEE:  I have no idea, Your Honor.  And the best

08:41  18  indication --

08:41  19         I'll stay here -- if Kristie can hear me -- and bend over.

08:41  20         The best indication, Your Honor, I think you asked

08:41  21  yesterday when they said there'd be a half hour of depositions

08:41  22  to play, for them to send you the objections.  We don't know if

08:41  23  that's been given to you or not.  We didn't receive any copies.

08:41  24         So I really have a simple question which is:  Since they

08:42  25  have no more witnesses, what happens next?  And my real concern

08:42 1    is, you know, we have an order of the presentation of our case

08:42 2    just as they did.  And stopping after two witnesses and

08:42 3    interjecting a half hour to an hour of their deposition

08:42 4    designations --

08:42 5         THE COURT:  Well, we're not going to do that.

08:42 6         MR. LEE:  Okay.

08:42 7         THE COURT:  And so I'm at loss, Mr. Chu, what you're

08:42 8    asking me to do.

08:42 9         MR. CHU:  First of all, this is not a moving target.  I am

08:42 10   told that we have provided Intel's counsel with all the

08:42 11   designations and counter-designations, period.

08:42 12        THE COURT:  Let me try it like this.  When I say, Mr. Chu,

08:42 13   you may call your first witness this morning, do you have

08:42 14   prepared to go every deposition where you were putting on what

08:42 15   you want to put on affirmatively in your case that is in a

08:42 16   deposition?

08:42 17        MR. CHU:  The answer is no, because I'm told that there

08:43 18   are a few issues to work out.

08:43 19        THE COURT:  And are those issues objections?  Or what?

08:43 20        MR. CHU:  No.  I know there are objections, but I think

08:43 21   that there are -- I'll say it neutrally.  There are some

08:43 22   disputes about the propriety of one side's designations or

08:43 23   counter-designations.

08:43 24        So let me state it this way, because obviously the jury

08:43 25   and the Court's time is very valuable.  We're prepared to rest

08:43  1    subject to the deposition plays.  Our hope and belief is we

08:43  2    will have all those to Your Honor by midday, and then we'll be

08:43  3    prepared to play all of those.

08:43  4        Now --

08:43  5        THE COURT:  You want to put your -- you want to put

08:43  6    something in your case on after Intel started?  That's what I

08:44  7    think I'm hearing.

08:44  8        MR. CHU:  Well, I'm just assuming that we wouldn't have --

08:44  9    if we had the deposition designations done and had them all

08:44  10   loaded, we would play them, period.  It hasn't happened, and

08:44  11   therefore we would ask for the grace of the Court so that we

08:44  12   will not have formally rested until we finish playing the

08:44  13   deposition designations.

08:44  14       We'd be happy to play them at the earliest possible time

08:44  15   today or some other time.  There's a great part of this, Your

08:44  16   Honor, just to let you know what's at issue, that related to

08:44  17   Professor Conte.  So Your Honor said what we should do is to

08:44  18   play the designations and the counter-designations.  What we

08:44  19   want before the jury has been put before the jury and subject

08:45  20   to cross-examination.

08:45  21       There are a few other subjects, but that's it.  We've

08:45  22   tried to be very skinny with our designations and

08:45  23   counter-designations.

08:45  24       THE COURT:  Mr. Lee?

08:45  25       MR. LEE:  Two things, Your Honor.  The first is, as we

08:45  1  understood the procedure last evening, Your Honor asked to have

08:45  2  submitted to you the excerpts of what was objected to and that

08:45  3  Your Honor said you would do your best to get through them so

08:45  4  that they could show them today.  And as I said, it doesn't

08:45  5  sound to me like Your Honor got anything.  We certainly didn't.

08:45  6       Number two, as to the portions of Dr. Conte, the issue

08:45  7  Your Honor resolved the other day where he had quotes on the

08:45  8  slides, after seeing how it came in, we said to them, you don't

08:45  9  have to play the depositions.  It's fine.  You can have the

08:45  10 quotes you had on the slide.  We don't think we need to waste

08:45  11 the time.

08:46  12      THE COURT:  So, Mr. Chu, what is it that you need to put

08:46  13 in that would not be a counter-designation to what Mr. Lee is

08:46  14 going to play?

08:46  15      MR. CHU:  Professor Conte's designations, and I assume

08:46  16 their --

08:46  17      THE COURT:  I don't understand.  When you say

08:46  18 Dr. Conte's -- things that he said in his depo?

08:46  19      MR. CHU:  Oh, no.  I'm sorry.  I should have been clearer.

08:46  20 Professor Conte relied on testimony of certain witnesses.

08:46  21      THE COURT:  Okay.

08:46  22      MR. CHU:  Many Intel witnesses.  He discussed those fully

08:46  23 during his direct examination.  The testimony was on the

08:46  24 slides.  The Court preferred that we, at some point, play those

08:46  25 depositions.

08:46 1      THE COURT:  Okay.  And have you provided to Intel right

08:46 2  now what -- number one, is everything that you want to put in

08:47 3  from an Intel witness going to be from an Intel witness that

08:47 4  you have been told Intel is going to call by deposition?

08:47 5      MR. CHU:  I don't know the answer to that, Your Honor.  I

08:47 6  just don't know.  Some of them Intel -- at least one, maybe

08:47 7  more than one I think Intel is going to call live.  And I just

08:47 8  don't --

08:47 9      THE COURT:  So you can ask that person at that time.

08:47 10      MR. CHU:  I just --

08:47 11      THE COURT:  That person you can just get the testimony

08:47 12  from live, because he'll either give you the testimony you want

08:47 13  or you can impeach him if he says something different, but

08:47 14  you're going to get that information in.

08:47 15      MR. CHU:  Yes.  But I just want to be -- to share with the

08:47 16  Court the information I happen to have in my individual brain.

08:47 17  I don't know the universe.  I don't know whether it's three or

08:47 18  seven witnesses.  In some cases Professor Conte relied on a

08:48 19  little snippet of someone's deposition testimony.  And I just

08:48 20  don't know whether those people are being called live or not.

08:48 21      But of course we could do it with a witness that does

08:48 22  appear live.  They have known about all of these --

08:48 23      THE COURT:  But, Mr. Chu, you need to have this stuff on

08:48 24  either -- you either need to put this in in your case or an

08:48 25  agreement from Intel that they understand it's going to be a

08:48  1   cross-designation of someone that they're already calling.

08:48  2        MR. CHU:  Well, we would like to put it in in our case, no

08:48  3   question about it.

08:48  4        Now, I was just checking with one of my colleagues and

08:48  5   he'll stand up and give me the end of an umbrella hook if what

08:48  6   I'm saying is inaccurate.  I think we could play Professor

08:48  7   Conte clips, and there may be some others now.  I just don't

08:49  8   know what the universe is.

08:49  9        THE COURT:  Or something else you could do.  I assume you

08:49  10  have physical copies of the depositions, right?

08:49  11       MR. CHU:  Yes.  But I do think we could play the clips.

08:49  12       THE COURT:  Well, what I'm saying is you need to play

08:49  13  whatever clips you want to play.  Unless Mr. Lee says, okay, I

08:49  14  got it.  I'm going to call Mike Jones from Intel by deposition

08:49  15  anyway.  And it would save the Court some time for that to

08:49  16  be -- I think Mr. Lee would agree if they're going to call that

08:49  17  person anyway.

08:49  18       But, Mr. Lee, if you would prefer me to require them to --

08:49  19  here's the catch for you, Mr. Lee.  If I require Mr. Chu to

08:49  20  call one of those witness -- an Intel witness that you're going

08:49  21  to put on by deposition anyway, then you're going to need to

08:49  22  have your Intel stuff read in at the same time.

08:49  23       And so it makes sense to me, although I can't require you

08:50  24  to do it, that if you are going to call -- if you are going to

08:50  25  call a witness, and they have a designation --

08:50    1    counter-designation to it, that we do it in your case if you're

08:50    2    going to call them anyway.

08:50    3        MR. LEE:  Your Honor, I think we're talking about

08:50    4    Mr. Borkowski, who we will call.  And they know we're going to

08:50    5    call him.

08:50    6        Here's the issue on what they call the Conte designations.

08:50    7    We've told them that we have no objection to them playing the

08:50    8    clip that was on the screen.

08:50    9        THE COURT:  Right.

08:50    10       MR. LEE:  What they've done is they've designated a whole

08:50    11   bunch of other stuff that was never designated before another

08:50    12   pretrial order, never the three days' notice.

08:50    13       So what we've said is designate or play just what was on

08:50    14   the screen that Dr. Conte relied upon.  This isn't a way to get

08:50    15   around the deposition designation process.

08:50    16       THE COURT:  I got you.

08:50    17       MR. LEE:  And after Dr. Conte finished and the cross

08:50    18   finished, we actually said to them, you know, you don't have to

08:51    19   play it if you don't want to.  We're not going to insist on it.

08:51    20       MR. CHU:  Your Honor, I have a proposed solution.  First

08:51    21   of all, we're happy to do things any way Your Honor and Intel

08:51    22   wants so that we can efficiently use the jury's time.

08:51    23       I'm told that we think we can play all the designations

08:51    24   that we would like to play.  I'm sure Mr. Lee will correct me

08:51    25   if I misheard that they are okay with our not playing the clips

08:51  1   that Professor Conte referred to.

08:51  2        THE COURT:  That's what I heard.

08:51  3        MR. CHU:  And if that's the case, we can have people

08:51  4   working on that, shortening it right now.

08:51  5        And then otherwise, I'm told, because we had already

08:51  6   determined all of our designations and shared it with the other

08:51  7   side, that we can play them now.

08:51  8        THE COURT:  Okay.  Mr. Lee, does that work for you?

08:52  9        MR. LEE:  Yeah.  If they could -- we don't have to do this

08:52  10  with Your Honor.  If they could just tell us who they're going

08:52  11  to play, it would be helpful.

08:52  12       THE COURT:  Okay.

08:52  13       MR. CHU:  And just to be clear, at least what I was

08:52  14  advised, because we've known our designations that we shared

08:52  15  with them, we're playing just our designations.  And then if

08:52  16  they have counters, they can play them later.

08:52  17       MR. LEE:  No, no.  Your Honor, the pretrial order says

08:52  18  that --

08:52  19       THE COURT:  Hold on.

08:52  20       MR. LEE:  Oh, sorry.

08:52  21       THE COURT:  Mr. Lee, hold on.

08:52  22       Mr. Chu, you can finish and then...

08:52  23       MR. CHU:  Here's a proposed solution.  I'll speak to

08:52  24  Mr. Lee now, talk to my colleagues, get a good idea --

08:52  25       THE COURT:  And, Mr. Lee, that's what I'm trying to get

08:52  1    across to you, is if you are willing to allow -- if you want to

08:52  2    have them read together, and I want that as well, if you'll

08:52  3    agree that they can be done -- as odd as this sounds, that

08:52  4    whatever you're going to put on that's the counter-designation

08:52  5    to what they want to play, that can be done in your case, then

08:53  6    can we do it that way?

08:53  7        I'm trying to figure out a way to keep the trial on track

08:53  8    and to give them an opportunity to play theirs and have you

08:53  9    play yours at the same time.

08:53  10   MR. LEE:  Your Honor, and I don't mean to be difficult,

08:53  11   but the pretrial order is pretty clear, and we relied upon it,

08:53  12   that if you're going to play a deposition, there are notice

08:53  13   requirements.  But in addition to that, they're supposed to be

08:53  14   played together and, particularly for some of the designations,

08:53  15   having them played together is important.

08:53  16       And to give Your Honor an example, we have two sets of

08:53  17   designations.  Mr. Zhang, the inventor of one of the patents,

08:53  18   and Cindy Simpson, we delivered to your chambers the

08:53  19   transcripts with the objections I think three days ago as we're

08:53  20   supposed to so that Your Honor would have a chance to read them

08:53  21   before we put them on.

08:53  22       And when we play them, the designations that we're going

08:53  23   to play, Your Honor, has both theirs and ours and we'll play

08:54  24   them continuously.

08:54  25       That's what we're going to do in our case.  We're going to

08:54   1   play their counter-designations.

08:54   2       THE COURT:  So that -- it seems to me like we don't have a

08:54   3   problem.

08:54   4       MR. CHU:  I'm sorry.  I --

08:54   5       THE COURT:  I think what I heard Mr. Lee say is they are

08:54   6   going to play theirs and your counter-designations during their

08:54   7   case.

08:54   8       MR. LEE:  No.  The ones we've designated, not the ones

08:54   9   he's talking about now.  These are ones --

08:54   10      THE COURT:  These are additional.  These are additional

08:54   11  ones.

08:54   12      MR. LEE:  Yeah.  I apologize, Your Honor.  I -- maybe it's

08:54   13  bending over.

08:54   14      The -- there are two sets.  There are our designations,

08:54   15  what we have designated under the pretrial order, and we have

08:54   16  given to Your Honor the depositions highlighted with objections

08:54   17  for the two that we know will come up in the next couple of

08:54   18  days.

08:54   19      The only one that is different is Mr. Stolarski, which I

08:54   20  raised with Your Honor yesterday, and we're trying to deal with

08:55   21  today.

08:55   22      The separate issue is their designations, which we should

08:55   23  have gotten three days ago.  Some we did.  We

08:55   24  counter-designated to those, and they should, under the

08:55   25  pretrial order, play them together.  It would be not only

08:55  1    inconsistent with the pretrial order, but it would be unfair,

08:55  2    given what -- some of what they designated, to play theirs and

08:55  3    then wait for us to play ours in our case.

08:55  4        THE COURT:  I agree.

08:55  5        MR. CHU:  And I'm absolutely fine with that, Your Honor.

08:55  6    It's just that --

08:55  7        THE COURT:  So you can do that this morning?

08:55  8        MR. CHU:  Let me check, but there was another issue that

08:55  9    might shorten the play.

08:55  10        THE COURT:  Okay.

08:55  11        MR. CHU:  I said it maybe five minutes ago.  I thought I

08:55  12    heard Mr. Lee say that we did not need to play the depositions

08:55  13    that were relied upon by Professor Conte.  And if that's the

08:55  14    case, then we can just shorten those -- we can cut out those

08:56  15    designations and counter-designations.  And they were all

08:56  16    provided in a timely fashion.  They were provided on Monday.

08:56  17        THE COURT:  I know you both think I'm following you, and

08:56  18    I'm doing my best.

08:56  19        MR. LEE:  I think this one I can help with, Your Honor.

08:56  20        THE COURT:  Okay.

08:56  21        MR. LEE:  On this one Mr. Chu and I agree.  For the

08:56  22    excerpts that Dr. Conte put on his slides, which we had asked

08:56  23    Your Honor to require go into evidence in some form, given what

08:56  24    he said, given the fact he's talked about them, we don't see

08:56  25    any need to insist that the depositions be played to see the

08:56   1    words again.  So I think for those witnesses, designations --

08:56   2         THE COURT:  We have --

08:56   3         MR. LEE:  We don't need them.  We can save some time.

08:56   4         MR. CHU:  Otherwise, I'm told we can go forward this

08:56   5    morning, and I'm sure one or two of my colleagues will work

08:56   6    with our technical people --

08:56   7         THE COURT:  And you can play both yours and Intel's

08:57   8    cross-designations?

08:57   9         MR. CHU:  That's my belief.  And we have just saved a lot

08:57  10    of time by not playing counter -- originals or counters relied

08:57  11    upon by Professor Conte.  And so --

08:57  12         THE COURT:  Very good.

08:57  13         MR. CHU:  -- we'll do that editing on the fly.

08:57  14         MR. LEE:  And, Your Honor, the only thing I would ask for

08:57  15    is, as they edit on the fly, if they would just give us what

08:57  16    they think are the designations and counter-designations so we

08:57  17    can double-check before the jury.  We don't want to do it in

08:57  18    front of the jury.

08:57  19         THE COURT:  Understood.

08:57  20         Mr. Chu, do you have -- hopefully you came in here with at

08:57  21    least 30 minutes of deposition testimony ready to go; is that

08:57  22    right?

08:57  23         MR. CHU:  May I?

08:57  24         THE COURT:  Uh-huh.

08:57  25         (Conference between counsel.)

08:58   1        MR. CHU:  Assuming we edited out what we just discussed,

08:58   2   we think it'll be 30 minutes or less.

08:58   3        THE COURT:  Okay.  Why don't we do this.  I'm going to go

08:58   4   in the back, fix myself some tea or do something soothing.

08:58   5        When, Mr. Chu, you and your team and Mr. Lee and his team

08:58   6   tell me that the deposition transcript is going to be played,

08:58   7   is okay in terms of what was designated with both of you, I'll

08:58   8   come back out and we'll bring the jury in.

08:58   9        MR. CHU:  Just one other issue that I raised earlier.

08:59   10        THE COURT:  I almost got out, Mr. Hattenbach.  I never

08:59   11   want to not take the chance to hear from him, if I have it.  So

08:59   12   if there's an issue he wants to take up, I'm happy to hear from

08:59   13   him.

08:59   14        MR. CHU:  I raised it at the beginning of this morning's

08:59   15   session, that is their witness, Jonathan Douglas, and that's

08:59   16   going to come up and --

08:59   17        THE COURT:  Tell me what --

08:59   18        MR. CHU:  -- with Your Honor's --

08:59   19        THE COURT:  What is the issue?

08:59   20        MR. CHU:  Okay.  My colleague, Mr. Hattenbach, will do

08:59   21   that, and I'm also asking my colleagues to communicate with

08:59   22   Intel's counsel on the deposition, so we're going to multitask.

08:59   23        THE COURT:  Very good.  Yes, sir.

08:59   24        MR. HATTENBACH:  Good morning, Your Honor.

08:59   25        So the issue with Mr. Douglas is that he is not an expert,

08:59  1   was never disclosed as an expert, no expert report, no expert

08:59  2   deposition.  And we get his demonstratives the other day and

08:59  3   they looked very "expert-y" to me, if that's a word.  And when

08:59  4   we asked them what they were planning on doing with this

08:59  5   demonstratives, they essentially wouldn't tell us.  They said,

08:59  6   well, he's going to, you know, talk about them and perhaps

09:00  7   other things.

09:00  8        THE COURT:  Tell me this:  Is he an engineer?

09:00  9        MR. HATTENBACH:  He is.

09:00  10       THE COURT:  And he's going to get out -- he's going to

09:00  11  come on here and tell me -- tell the jury how the products,

09:00  12  their accused function?

09:00  13       MR. HATTENBACH:  I assume that's going to be part of it,

09:00  14  but I'm concerned that it'll go beyond that and --

09:00  15       THE COURT:  Well, I'm concerned too.  But I will tell you

09:00  16  that the very hardest thing I have to do during these patent

09:00  17  trials is to figure out with a person who is skilled in the art

09:00  18  and this is what he does for a living, you know, if a person

09:00  19  makes guitars for a living and you're suing him for a guitar

09:00  20  patent and he comes in and says, here's how I make my guitars.

09:00  21       Here's what we're going to do.  I understand this.  I

09:00  22  literally have to listen question by question on direct to try

09:00  23  and figure out whether or not I think what that person is

09:00  24  saying should -- is just something he knows or has wavered

09:01  25  into.

09:01  1      I rely a great deal on, in this case, you to -- if you

09:01  2  think something is an opinion rather than something that a

09:01  3  skilled -- he's not -- that an engineer would say because he

09:01  4  knows it.  I'll rely on your objections.  I know what you're

09:01  5  taking up.

09:01  6      I would just suggest with regard to the slides that they

09:01  7  not be shown to the jury, but if you would get me a set of

09:01  8  them, I'll have them and I'll be going along.  And if you have

09:01  9  an objection to a slide, you can just stand up and say, Your

09:01  10  Honor, we object.  I'll be able to figure out whether or not I

09:01  11  think it's admissible.

09:01  12      MR. HATTENBACH:  Yeah.  Appreciate it, Your Honor.  I did

09:01  13  some reading on this last night, and it seems like everyone

09:01  14  feels it's a difficult issue and --

09:01  15      THE COURT:  It is.

09:01  16      MR. HATTENBACH:  -- the best I saw on it was someone's --

09:01  17  there's an article that concluded that if you're relying on

09:01  18  things that you don't rely on in your normal work or if you've,

09:02  19  you know, created them specially for litigation, then that's

09:02  20  crossing the line.  And so we definitely think some of their

09:02  21  slides meet that description.

09:02  22      And, in fact, some of their slides are extremely similar

09:02  23  to the ones that we got last night from their expert.  And so

09:02  24  that raised our concerns, but I will follow the approach Your

09:02  25  Honor outlined.  Thank you for your time.

09:02  1      THE COURT:  I will tell you, and I haven't done this all

09:02  2  that long, it's just been two and a half years, but -- and I

09:02  3  understand after doing what y'all are doing for 20, the impact

09:02  4  you think that these slides have on jurors or me, and I can

09:02  5  tell you, I think you give them more weight than I think

09:02  6  probably -- they're helpful, but I don't know that, you know,

09:02  7  jurors pay that much attention.  But I understand.

09:02  8      Do you have a list of the exact slides you are unhappy

09:02  9  about?

09:02  10      MR. HATTENBACH:  I can give that to you.  So the two --

09:02  11      THE COURT:  And if you'll hand me a copy of it.

09:03  12      MR. MUELLER:  Your Honor, if I might, I could actually

09:03  13  show you what I think is the center of the dispute.  It's

09:03  14  actually a little bit -- might I, Your Honor?

09:03  15      THE COURT:  Absolutely.

09:03  16      MR. MUELLER:  So, Your Honor, this is -- and we disclosed

09:03  17  this.  This is a board.

09:03  18      Your Honor, this is a board.  It should come up in a

09:03  19  second here.  And let me just set the stage.  So I'll zoom out

09:03  20  here so you can see it, Your Honor.

09:03  21      The witness, Mr. Douglas, is a lead chip designer at

09:03  22  Intel.  This is -- these are components in the accused chips.

09:03  23  All he's going to do is explain how they work from a factual

09:03  24  perspective.  It's not expert testimony.

09:03  25      And the reason why I wanted to show you this particular

09:03  1   board, Your Honor, is we don't think this needs to be sealed

09:03  2   from the public.  We're comfortable sharing it on the public

09:04  3   feed.  And so we wouldn't need to seal the courtroom or even

09:04  4   turn off the monitors for this.

09:04  5       It's a sufficiently high level of generality, that we're

09:04  6   not getting into details that would be too sensitive to share

09:04  7   with the public.  And so it's just the components in the chip,

09:04  8   and he'll explain what does what.  That's really it.

09:04  9       THE COURT:  But I will tell you, Mr. Hattenbach [sic], I'm

09:04  10  very reluctant to allow an engineer to get on and do that kind

09:04  11  of teaching to the jury.

09:04  12      If there is something specifically about the accused Intel

09:04  13  chips that he wants to talk about and explain, you have that

09:04  14  right.  I mean, they're your chips and you're -- they're being

09:04  15  accused, and to the extent he has to do a little song and dance

09:04  16  to get them into, you know, to do that.

09:04  17      But I am -- I am not going to give you all that much rope

09:04  18  with an Intel witness to act as -- if I feel like he's being

09:05  19  kind of a professor or an expert, I'm going to be reluctant to

09:05  20  allow that.

09:05  21      MR. MUELLER:  Understood, Your Honor.  And I think we can

09:05  22  lay a foundation for everything that we're going to do and tie

09:05  23  it specifically to chip architecture in the accused chips that

09:05  24  he has personal knowledge of.

09:05  25      THE COURT:  That's going to be okay with me.

09:05  1          MR. MUELLER:  Thank you, Your Honor.

09:05  2          THE COURT:  Mr. Hattenbach -- and I will tell you, Mr.

09:05  3   Hattenbach, that's a pretty generic exhibit.

09:05  4          MR. HATTENBACH:  Yeah, our -- this probably looks a bit

09:05  5   like what you just saw.

09:05  6          THE COURT:  Why don't you tell -- just for your record,

09:05  7   why don't you make sure.

09:05  8          MR. HATTENBACH:  Sure.  So let's start.  This is the

09:05  9   exhibit that we were given, and it's DDX-5.5 and that is the

09:05  10  Jonathan Douglas presentation.  This is the engineer, not the

09:05  11  expert.

09:05  12         THE COURT:  Oh, I understand.

09:05  13         MR. HATTENBACH:  Here's the presentation we got last night

09:05  14  from their expert, Dr. Sylvester, and it's that same diagram.

09:05  15  And so the point is at Intel they don't go around working with

09:06  16  boards like this where they can move little cartoons around.

09:06  17  They work with schematics that they gave us during litigation.

09:06  18  We think that --

09:06  19         THE COURT:  Well, I understand, but this is a

09:06  20  demonstrative.  It's not going to go back to the jury, and I

09:06  21  think it would help the jury understand what this gentleman is

09:06  22  going to be explaining with regard to the Intel -- specific

09:06  23  Intel circuitry, and that's what I'm going to limit him to.

09:06  24         MR. HATTENBACH:  Thank you.  We understand, Your Honor.

09:06  25         MR. MUELLER:  Thank you, Your Honor.

09:06  1       THE COURT:  Now, I'm not going to be interfering with what

09:06  2  this gentleman says.  That's up -- if you -- I assume, Mr.

09:06  3  Hattenbach, that it's going to be your witness?

09:06  4       MR. HATTENBACH:  That's correct.

09:06  5       THE COURT:  But, I mean, if you want to object, if you

09:06  6  think he's gone beyond what a percipient or fact witness should

09:06  7  be able to testify about, you'll need to stand up and object.

09:06  8  I'm not going to be doing the policing.  But I am going to keep

09:07  9  him on a short leash of what he's allowed to say that -- and he

09:07  10  will not be able to give what I think are opinions.

09:07  11       MR. HATTENBACH:  Right.  And if it gets too professorial

09:07  12  or expert-y, I may stand up and raise an objection.

09:07  13       THE COURT:  Throughout this entire trial, either of you or

09:07  14  any of you can stand up whenever you think it's appropriate to

09:07  15  make an objection, and I'll rule on it.

09:07  16       MR. HATTENBACH:  Thanks very much.

09:07  17       THE COURT:  But I'll tell you, I get why this is so hard.

09:07  18  This is the hardest thing for me to police as well.  And I'm

09:07  19  not going to proactively police it.  But I'm very aware of --

09:07  20  and I want to be absolutely fair.  I want to be fair to Intel.

09:07  21  This is an Intel engineer.

09:07  22       He ought to get -- you're accusing him, Intel, of their

09:07  23  chip infringing because of the way it operates, he ought to

09:07  24  have some freedom to be able to explain that.  But we don't

09:07  25  allow opinions to come from people who are not designated, and

09:07   1    there's a reason we have reports.

09:08   2        So I'll do my best to try and be fair and keep -- allow

09:08   3    him to say everything he should be able to and not allow him to

09:08   4    say things that I think go beyond that.

09:08   5        MR. HATTENBACH:  Thanks very much, Your Honor.

09:08   6        MR. MUELLER:  Thank you, Your Honor.

09:08   7        THE COURT:  Anything else we need to take up?  Mr. Chu?

09:08   8        MR. CHU:  Good news.  We're ready to go, to play counters

09:08   9    and the original designations by us and it'll be short.

09:08   10       THE COURT:  Very good.

09:08   11       MR. LEE:  Could we just know what's going to be played

09:08   12   both ways?

09:08   13       THE COURT:  I think Mr. Chu is telling me that --

09:08   14       MR. CHU:  There's nothing new.  I think they've been fully

09:08   15   exchanged, and as far as I know, there are no objections.

09:08   16       MR. LEE:  Your Honor, we'd just like a clip report or

09:08   17   something.  There's been a lot of back and forth, and I just

09:08   18   want to know what's going to be played.

09:08   19       THE COURT:  Sure.  I'll tell you what.  As much as I've

09:08   20   enjoyed this discussion, I'm going to let you all work this

09:08   21   part out.  When you're ready to go, just let me know.

09:09   22       MR. CHU:  Thank you, Your Honor.

09:09   23       THE BAILIFF:  All rise.

09:09   24       (Recess taken from 9:09 to 9:32.)

09:32   25       THE BAILIFF:  All rise.

09:32    1          THE COURT:  You may be seated.

09:32    2          I'm told there are issues?

09:32    3          MR. CHU:  We just wanted to inform the Court about a

09:32    4     couple of things and then also there is an issue.

09:32    5          First, we have a list of exhibits to read in.  We could do

09:32    6     that later.

09:32    7          THE COURT:  We'll do that later.

09:32    8          MR. CHU:  Second, I spoke with Mr. Lee about this.  We're

09:32    9     in agreement that all of the material on Professor Conte's

09:32   10     slides that relate to the witnesses, all that's in evidence and

09:33   11     can be used as such.

09:33   12          Then the third thing is I am informed we have everything

09:33   13     cut down to about ten minutes.  That includes the counters, and

09:33   14     it involves willfulness related issues.

09:33   15          There is an objection to our using some depositions of

09:33   16     Intel witnesses from the Delaware case.  The transcripts from

09:33   17     the Delaware case have been exchanged.  I'm also informed that

09:33   18     Intel has designated materials from Delaware transcripts and

09:33   19     the essence of the testimony is an engineer saying:  My

09:33   20     understanding, that the Intel policy, practice or custom is the

09:33   21     engineer should not read patents, and that supports our willful

09:33   22     blindness case.

09:33   23          THE COURT:  Mr. Lee?

09:33   24          MR. LEE:  Your Honor, two things.

09:33   25          As to Dr. Conte slides, that is the agreement for the

09:33  1    slides that were shown in court.  He had another bunch of

09:34  2    slides that he didn't use that had deposition testimony.  I

09:34  3    think we're only talking about the former, not the latter.

09:34  4        In the designations they've now given us, there were

09:34  5    depositions that were cross-designated and there were some that

09:34  6    weren't.

09:34  7        There are two engineers -- three who are designated from

09:34  8    Delaware.  Two of them have nothing to do with this case at

09:34  9    all.  They are engineers who worked on different products that

09:34  10   are at issue in the Delaware case.

09:34  11       THE COURT:  Those are not going to come in, unless they

09:34  12   were not 30(b)(6)s, right?

09:34  13       MR. LEE:  No.  They were not 30(b)(6).  They were fact

09:34  14   witnesses in the Delaware case.

09:34  15       THE COURT:  Then those will not come in.

09:34  16       MR. CHU:  May I, Your Honor?

09:34  17       (Conference between counsel.)

09:34  18       MR. CHU:  My understanding, Your Honor, is that they were

09:35  19   talking about under oath a companywide policy.

09:35  20       THE COURT:  I understand, but if they were not taken in

09:35  21   this case, I'm not going to allow them in in this case.  If

09:35  22   they were just individual -- if they were individual engineers

09:35  23   not speaking on behalf -- if this were a 30(b)(6), even in

09:35  24   Delaware, I would consider allowing it in.

09:35  25       MR. CHU:  Understood, Your Honor, and I think it'll be

09:35   1   efficient for us just to file an offer of proof with those

09:35   2   portions of the transcript.

09:35   3          THE COURT:  Okay.

09:35   4          MR. CHU:  And I'm going to ask Mr. Simmons, can you take

09:35   5   out -- Mr. Washburn, can you work with Mr. Simmons now to edit

09:35   6   things and...

09:35   7          (Conference between counsel.)

09:35   8          MR. LEE:  Your Honor, while they're doing this, I told

09:35   9   Mr. Chu because post-suit willfulness is in the case, as our

09:36   10  engineers begin to testify, we would in the normal course offer

09:36   11  their views on the patents and what we're doing.

09:36   12         We understand that Your Honor has precluded that under the

09:36   13  MILs, and so we won't be going into it.  We'll make an offer of

09:36   14  proof, but I didn't want to say nothing and just have it appear

09:36   15  that we're waiving.

09:36   16         THE COURT:  Understood.

09:36   17         MR. LEE:  Okay.

09:36   18         THE COURT:  Can that be done quickly enough that I can

09:36   19  bring the jury in?

09:36   20         MR. CHU:  Actually, Your Honor, if you bring the jury in

09:36   21  right now, we will just rest our case.

09:36   22         THE COURT:  Okay.  That's what we shall do.

09:36   23         Now, that being said, Mr. Lee, since my guess is you

09:36   24  heard -- learned of that when I did which is just now, do you

09:36   25  need a minute or two to get your stuff set up so that we can --

09:36   1      MR. LEE:  We're ready to go.

09:36   2      THE COURT:  There we go.  We're bringing the jury in.

09:36   3      THE BAILIFF:  All rise.

09:39   4      (Recess taken from 9:36 to 9:39.)

09:39   5      THE BAILIFF:  All rise.

09:39   6      THE COURT:  Please remain standing for the jury.

09:39   7      (The jury entered the courtroom at 9:39.)

09:40   8      THE COURT:  I'm sorry.  Be seated.

09:40   9      You may call your next witness, Mr. Chu.

09:40   10      MR. CHU:  Ladies and gentlemen of the jury, the plaintiff,

09:40   11 VLSI, rests its case-in-chief.  Good morning.

09:40   12      THE COURT:  Thank you.

09:40   13      Mr. Lee, could I have you -- counsel up here for just a

09:40   14 second?

09:40   15      MR. LEE:  Sure.

09:40   16      (Bench conference.)

09:40   17      THE COURT:  My preference would be to not have them leave

09:40   18 and have you make your motion.

09:40   19      MR. LEE:  Yeah.  What I was going to stand up and say is

09:40   20 we have motions to make.  We'll make them at the break and save

09:40   21 the jurors' time and then I'll call our first witness.

09:40   22      MR. CHU:  Your Honor, I would agree that they have made

09:40   23 the motion and it can be dated to this time after we rested,

09:41   24 but --

09:41   25      MR. LEE:  Whatever, Your Honor.

09:41  1        MR. CHU:  -- whatever your preference is.

09:41  2        THE COURT:  What we'll do is I'll enter on the record we

09:41  3   have an agreement that we'll go through the morning as though

09:41  4   whatever motion is made in a little while had been made.

09:41  5        Whenever we take a break, Mr. Lee, you can make whatever

09:41  6   motions you want.  I'm going to respectfully deny them, and

09:41  7   then I want the record to show that we -- that you're

09:41  8   accommodating the Court by not making me have the jury leave

09:41  9   and go back.

09:41  10       MR. LEE:  Okay.  Thank you.

09:41  11       THE COURT:  Mr. Chu, I appreciate it from you as well.

09:41  12       MR. LEE:  Thank you, Your Honor.

09:41  13       MR. CHU:  Thank you.

09:41  14       (Bench conference concludes.)

09:41  15       THE COURT:  Mr. Lee?

09:41  16       MR. LEE:  Thank you, Your Honor.

09:41  17       Ladies and gentlemen of the jury, I will begin Intel's

09:41  18  direct case now, and Mr. Wren will present our first witness,

09:41  19  Adam King, who I introduced during the opening.

09:41  20       And we're ready to proceed, Your Honor.

09:41  21       THE COURT:  Thank you, sir.

09:41  22       (The witness was sworn.)

09:41  23                    DIRECT EXAMINATION

09:41  24  BY MR. WREN:

09:42  25       Q.   All right.  Good morning, Mr. King.

09:42  1         A.   Good morning.

09:42  2         Q.   Would you start off by simply giving the jury your

09:42  3    name and who you work for?

09:42  4         A.   Sure.  My name is Adam King.  I work for Intel

09:42  5    Corporation.  I've been working for Intel for almost 28 years.

09:43  6         Q.   And just to give the jury a little bit of background,

09:43  7    can we just start with your family?  Are you married?  Do you

09:43  8    have kids?

09:43  9         A.   Yes.  I've been married for almost 26 years.  My wife

09:43  10   grew up in New Mexico, went to school at Texas A&M.  We have

09:43  11   three children.  Our oldest is a college student in St. Louis,

09:43  12   and the other two are teenagers that are still at home.

09:43  13        Q.   All right.  What is your position at Intel?

09:43  14        A.   I'm the vice president and general manager of

09:43  15   strategic planning for the client computing group.

09:43  16        Q.   In that position, what are your responsibilities?

09:43  17        A.   My responsibilities include leading our strategic

09:43  18   planning process, building our product road maps, and planning

09:43  19   the actual products.

09:43  20        Q.   How long have you been in this current position, this

09:43  21   current job?

09:43  22        A.   I've been in this role for about five years now.

09:43  23        Q.   Let's back up, for starters, and ask about your

09:44  24   education before Intel.  What was your education?

09:44  25        A.   I have a bachelor of science in engineering and

09:44   1   applied science from the California Institute of Technology, a

09:44   2   master's degree in industrial engineering from the University

09:44   3   of California and a master of management from MIT.

09:44   4        Q.   Okay.  And that last one was while you were with

09:44   5   Intel, correct?

09:44   6        A.   That's correct.  They sent me to school there.

09:44   7        Q.   Okay.  So when did you start with Intel?

09:44   8        A.   I started in 1993.

09:44   9        Q.   And you've been there ever since, including that time

09:44  10   period of getting that additional degree?

09:44  11        A.   That's right.

09:44  12        Q.   Let's back up to the positions you've held at Intel.

09:44  13   What prior positions have you held at Intel?

09:44  14        A.   Well, I started off in our manufacturing engineering

09:44  15   group working on -- or developing equipment for our

09:44  16   manufacturing facilities.  And I did that for a number of

09:44  17   years.

09:44  18        I went to business school, came back into our supply

09:45  19   demand operations group that does demand forecasting and

09:45  20   factory production plans and supply allocation to our

09:45  21   customers.

09:45  22        I then went to Asia for a few years to run sales

09:45  23   operations for all of our products and customers in the Asia

09:45  24   Pacific region.

09:45  25        I came about ten years ago into the client commuting group

09:45   1   where I did product marketing for laptops for a few years.

09:45   2           Then I assumed my current position.

09:45   3           Q.   Okay.  You mentioned the document client computing

09:45   4   group.  What is the client computing group?

09:45   5           A.   The client computing group is the group that designs

09:45   6   and builds and sells microprocessors for PCs, for laptops and

09:45   7   desktops and other devices as well.

09:45   8           Q.   Okay.  I think the jury has heard a little bit about

09:45   9   client products and server products.  What is the difference

09:45  10   between those two segments?

09:45  11           A.   Sure.  By client, all we mean is a computer that a

09:46  12   person uses, like a PC.  A server is a computer that doesn't

09:46  13   have a screen, that sits in a data center run by a company like

09:46  14   Google or Amazon or Microsoft.

09:46  15           Q.   Okay.  And then in your current position you've

09:46  16   mentioned product planning.  What is product planning?

09:46  17           A.   Product planning is all about trying to understand

09:46  18   what the market needs, what customers want, what kind of

09:46  19   improvements and features they're looking for and then planning

09:46  20   a product that meets those needs.

09:46  21           Q.   Okay.  Let's talk about why you're here today.  Have

09:46  22   you ever testified before?

09:46  23           A.   No.  This is my first time.

09:46  24           Q.   Have you been in a trial before, a court proceeding

09:46  25   before?

09:46  1      A.   No, I have not.

09:46  2      Q.   So do you attend trials as part of your normal job

09:46  3  responsibility?

09:46  4      A.   No, I do not.

09:46  5      Q.   Why is it then that you are here today?

09:46  6      A.   Well, I'm here because in my career at Intel, and

09:47  7  especially in my role in the last few years, I spend a lot of

09:47  8  time with our engineers.  And I'm always impressed by and

09:47  9  grateful for their ability to solve problems and come up with

09:47  10  new ideas and make great products.  And essentially their work

09:47  11  is under attack here, and I'm here to help defend them.

09:47  12      Q.   So you are the corporate representative for Intel

09:47  13  here in this trial?

09:47  14      A.   Yes, I am.

09:47  15      Q.   As the corporate representative, do you intend to see

09:47  16  this trial through all the way, to be here every day?

09:47  17      A.   Yes.  I've been here from the start, and I'll be here

09:47  18  till the end.

09:47  19      Q.   Okay.  You are aware that VLSI is accusing the '373

09:47  20  patent and the -- or excuse me -- accusing Intel products based

09:47  21  on the '373 patent and the '759 patent?

09:47  22      A.   Yes, I'm aware.

09:47  23      Q.   Are you here to discuss the technical details of

09:48  24  these patents?

09:48  25      A.   No, I'm not.  We have a few of our top engineers here

09:48  1    to go into the technical details.

09:48  2         Q.   Okay.  So what kind of information will you be

09:48  3    providing to the jury?

09:48  4         A.   I'm really here to introduce Intel Corporation to the

09:48  5    ladies and gentlemen of the jury, to give you a little bit of

09:48  6    Intel's history and background and in our business and what

09:48  7    we're all about.

09:48  8         Q.   All right.  Let's turn to, briefly, the history of

09:48  9    Intel.  When was Intel founded?

09:48  10        A.   It was founded in 1968.

09:48  11        Q.   And who founded Intel?

09:48  12        A.   It was founded by two very bright engineers named

09:48  13   Robert Noyce and Gordon Moore.

09:48  14        Q.   Okay.  So going back to 1968, the founding, what was

09:48  15   the state of computers at that point in time?

09:48  16        A.   Computers were -- took up an entire room.  They

09:49  17   filled a large room full of racks of, you know, equipment and

09:49  18   tape rails.  They were giant.

09:49  19        Q.   Okay.

09:49  20        MR. WREN:  Let's pull up DDX-4.2.  And I think this is a

09:49  21   pair of pictures that the jury saw during opening statement.

09:49  22   BY MR. WREN:

09:49  23        Q.   Could you explain what we're looking at on this

09:49  24   slide?

09:49  25        A.   Sure.  So each of these two pictures shows one

09:49  1   computer.  It was called a mainframe computer, but that's just

09:49  2   one computer in each of those pictures.

09:49  3       Q.   One computer in the entire room?

09:49  4       A.   That's right.

09:49  5       Q.   So what was the goal or the idea of the Intel

09:49  6   founders?

09:49  7       A.   Their idea was to miniaturize computers, to be able

09:49  8   to shrink them from that giant room to something you could put

09:49  9   on your desktop and make them smaller, faster, less expensive

09:49  10  and lower-power in process.

09:49  11      Q.   And what was their plan for doing that, for bringing

09:50  12  about the shrinkage?

09:50  13      A.   Well, they'd come up with an innovation.  Robert

09:50  14  Noyce was a co-inventor of the integrated circuit, which was

09:50  15  taking all these big components that are in that mainframe and

09:50  16  shrinking them onto a piece of silicon.

09:50  17      Q.   Now, some 50 odd years later, what is Intel's

09:50  18  business today?

09:50  19      A.   We are still primarily selling microprocessors.

09:50  20      Q.   And I know the jury has heard this, but just to

09:50  21  remind us, what is a microprocessor?

09:50  22      A.   It's the brains of the computer.  It's the thing that

09:50  23  processes all of the instructions that the software programs

09:50  24  are throwing at it.

09:50  25      Q.   Okay.  Let's pull up DDX-4.3, this next slide.

800

09:50  1     What are we looking at here?

09:50  2     A.   We're looking at an exploded view of a

09:50  3  microprocessor.  So the heart of it is really that pink-purple

09:50  4  square in the middle.  That's the piece of silicon that has all

09:51  5  of the transistors and the wires that connect them.  It's

09:51  6  labeled "die."

09:51  7     And then that's put into that bigger green package.  That

09:51  8  package has a bunch of pins on it that allow you to attach it

09:51  9  to a bigger circuit board.  And then that metal cap on top that

09:51  10  says "Intel" is just a protective shield.

09:51  11     Q.   Okay.  Let's go to the next slide.

09:51  12     And tell us what we're looking at here in this slide.

09:51  13     A.   All right.  You're looking at a fourth-generation

09:51  14  core Haswell microprocessor next to a quarter so you can see

09:51  15  the relative size.

09:51  16     Q.   All right.  We'll be coming back to these, but let me

09:51  17  turn to this.  Does Intel make computers to sell to its

09:51  18  customers?

09:51  19     A.   No, we don't.  We sell them the microprocessor and

09:51  20  other components as well, and they make the full computer.

09:51  21     Q.   So how does -- how do these computer manufacturing

09:52  22  customers utilize Intel microprocessors?

09:52  23     A.   They design them into their computers.

09:52  24     So our direct customers are customers like Dell and

09:52  25  Hewlett-Packard and Microsoft.  And so they'll design the

09:52  1    overall laptop with the screen and keyboard and ports and other

09:52  2    things, and then inside there is a circuit board that has our

09:52  3    microprocessor and other components on it too, like memory and

09:52  4    storage and, you know, WiFi chips and others.

09:52  5         Q.   Can you provide the jury some examples of various

09:52  6    types of end products that utilize Intel microprocessors?

09:52  7         A.   Sure.  Well, first of all, within the PC market, the

09:52  8    PC market has a lot of different types of PCs, everything from

09:52  9    big, high-end work stations that are used for computer modeling

09:52  10   or scientific modeling, down to inexpensive Chromebooks that

09:52  11   are used for education.

09:52  12        But beyond PCs our microprocessors can be found in a huge

09:53  13   range of devices, everything from factory computers to medical

09:53  14   equipment, like x-ray machines and MRI machines, to military

09:53  15   equipment, like ruggedized laptops for the Army or servers for

09:53  16   weapons systems or supercomputers for the Defense Department.

09:53  17        Q.   I want to -- well, let me ask you first:  Were you

09:53  18   here when Dr. Conte was testifying?

09:53  19        A.   Yes, I was.

09:53  20        Q.   And I want to ask you about a statement he made.

09:53  21        MR. WREN:  If we can bring up transcript onscreen from

09:53  22   Page 569, Lines 10 through 19.

09:53  23   BY MR. WREN:

09:53  24        Q.   And do you recall the question regarding whether

09:53  25   there was any reason why NXP may not have decided -- or excuse

09:54   1   me -- yeah.  May not have decided to use the '373 patent.  Did

09:54   2   you hear that question being asked?

09:54   3       A.   Yes, I did.

09:54   4       Q.   And did you hear Dr. Conte say NXP produces chips

09:54   5   that go into planes and cars, and in situations like that,

09:54   6   mission-critical situations, doing things like putting cores to

09:54   7   sleep might risk someone's life, so you don't do that.  It's

09:54   8   okay to spend a little more power for safety.  Did you hear

09:54   9   that?

09:54   10      A.   I did.

09:54   11      Q.   And then when he was asked, is that different -- he

09:54   12  was asked by VLSI's attorney -- is that different from Intel's

09:54   13  business model, and he said yes.

09:54   14      A.   I remember that.

09:54   15      Q.   So I want to ask you about Dr. Conte's suggestion

09:54   16  that NXP has not used these patents because it wouldn't want to

09:54   17  put lives at risk.  Does Intel put microprocessors into

09:54   18  mission-critical situations?

09:55   19      A.   Absolutely.

09:55   20      Q.   Does Intel want to put lives at risk?

09:55   21      A.   Of course not.

09:55   22      Q.   Okay.  You said that Intel started with just the two

09:55   23  engineers in 1968.  How many employees does Intel have today?

09:55   24      A.   We have about 110,000 employees today.

09:55   25      Q.   How many of those employees are working right here in

09:55  1    the United States?

09:55  2         A.   Approximately half of those are in the United States.

09:55  3         Q.   And where in the United States does Intel have these

09:55  4    employees?

09:55  5         A.   Well, we're all over, but our biggest locations are

09:55  6    in Oregon, California, Arizona, New Mexico, Massachusetts and

09:55  7    Austin, Texas.

09:55  8         Q.   And in what other countries does Intel also have

09:55  9    major manufacturing operations?

09:55  10        A.   We have factories in Israel and Ireland as well.

09:55  11        Q.   So if we might pull up the next slide, demonstrative

09:56  12    DDX-4.5.  What do we see here?

09:56  13        A.   We're looking inside an Intel factory.  We call

09:56  14    them -- call them "fabs," short for "wafer fabrication."  And

09:56  15    so this is a very clean room filled with the equipment that

09:56  16    manufactures all those transistors onto pieces of silicon.

09:56  17        Q.   And this is, as you say, a type of factory?

09:56  18        A.   Yes, it is.

09:56  19        Q.   Can you tell us about Intel's presence here in Texas?

09:56  20        A.   Sure.  We've been in Austin, Texas for over 20 years

09:56  21    now.  We have 1,700 employees.  Most of them are engineers

09:56  22    working on product design.

09:56  23        We hire lots of engineering students from the University

09:56  24    of Texas and Texas A&M.  And, you know, we have a long

09:56  25    relationship with Texas.

804

09:57  1      Q.   Let's turn to our next slide.  What is it that we see

09:57  2  here on the screen?

09:57  3      A.   This is the world's first microprocessor.  This is

09:57  4  the Intel 4004 that we introduced in 1971.

09:57  5      Q.   So how large was the 4004?

09:57  6      A.   It was pretty small.  It was about the size of a

09:57  7  coin.

09:57  8      Q.   How many transistors did this first version have?

09:57  9      A.   This had 2,300 transistors.

09:57  10     Q.   And we'll be comparing that to what is there now, but

09:57  11 how many calculations could it perform?

09:57  12     A.   It could do 90,000 operations per second.

09:57  13     Q.   So how did this 4004 microprocessor compare to the

09:57  14 pictures that we were looking at from 1968?

09:57  15     A.   They're very similar.  So this processor could do

09:58  16 about the same number of operations as one of those mainframe

09:58  17 computers from just a few years before.

09:58  18     Q.   So how is it that such a small chip can do the same

09:58  19 work as a room-sized computer?

09:58  20     A.   This comes back to the magic of the silicon

09:58  21 integrated circuit, where the transistors instead of, you know,

09:58  22 being big, discrete components, are actually printed

09:58  23 microscopically into wafers of silicon.

09:58  24     Q.   Does the number of transistors have any relationship

09:58  25 to performance?

09:58   1        A.   Sure, yeah.   In general, the more -- with more

09:58   2   transistors, you can deliver more performance and other

09:58   3   features as well.

09:58   4        Q.   Okay.   After the release of the 4004, what did Intel

09:58   5   work on next?

09:58   6        A.   Well, we worked on a few more products.   Probably the

09:58   7   most significant next one was the 8086 that we introduced a few

09:58   8   years later.

09:59   9        Q.   And what was the 8086?

09:59   10        A.   This was a microprocessor that was -- had much more

09:59   11   performance than that 4004 that we just looked at.   But it was

09:59   12   also notable because that's where we introduced what we call

09:59   13   the x86 instruction set architecture.

09:59   14        Q.   Okay.   And we'll be coming back to that.   But moving

09:59   15   forward in time, what was -- what marked the 1990s?

09:59   16        A.   Well, we kept developing, you know, improvements to

09:59   17   processors every year, but I would say in the '90s is when we

09:59   18   came out with the product that made us a household name.   That

09:59   19   was the Pentium microprocessor.   That was very popular in

09:59   20   desktop computers.

09:59   21        Q.   And the Pentium microprocessor, was this part of a

09:59   22   continuation of this x86 line?

09:59   23        A.   Yeah.   So it built on the x86 instruction set

09:59   24   architecture, which is basically, you know, like a language

09:59   25   used for the microprocessor.   But it had, you know, lots of

10:00  1   enhancements and improvements, so it had a lot more performance

10:00  2   and a lot more features.

10:00  3       Q.   Are the microprocessors that VLSI is accusing of

10:00  4   infringing its patents part of this x86 architecture?

10:00  5       A.   Yes.  They are.

10:00  6       Q.   How does the performance of Intel's more recent

10:00  7   microprocessors compare to the performance of Intel's early

10:00  8   microprocessors?

10:00  9       A.   They have literally thousands and thousands of times

10:00 10   more performance.  They can do hundreds of billions of

10:00 11   operations per second versus that, you know, original 90,000.

10:00 12       Q.   Are you familiar with the term "Moore's Law"?

10:00 13       A.   Yes.  I am.

10:00 14       Q.   What is Moore's Law?

10:00 15       A.   Moore's Law was an observation made by Gordon Moore,

10:00 16   one of our founders, that the industry was on a pace to double

10:01 17   the number of transistors in a given area of silicon every

10:01 18   18 months or so.

10:01 19       Q.   Okay.  Let's take a look at a timeline on the next

10:01 20   slide, DDX-4.7.  What does this timeline, this slide show?

10:01 21       A.   So this shows what we were just talking about.  This

10:01 22   shows our products -- some of our products through time and

10:01 23   then how many transistors each one of them had.  And you can

10:01 24   see it, you know, it's kind of an exponential curve, and that's

10:01 25   Moore's Law right there.

10:01   1      Q.   Okay.  So looking at these various microprocessors

10:01   2   that are displayed here, how does the size of each of these

10:01   3   microprocessors compare to each other?  In other words, what

10:01   4   kind of size are each of these?

10:01   5      A.   They're basically the same size.  We've kept the chip

10:01   6   roughly the same size over the years but, you know, clearly put

10:02   7   a lot more transistors into them.

10:02   8      Q.   And how has Intel been able to keep the size of the

10:02   9   chip the same while still putting so many more transistors in

10:02   10   there?

10:02   11      A.   This is because of our investments in manufacturing

10:02   12   process technology, which is basically reinventing our

10:02   13   factories every two years and coming up with a whole new set of

10:02   14   new equipment that allows us to put more transistors into a

10:02   15   given area.

10:02   16      Q.   The jury has -- I think in passing it has already

10:02   17   been explained -- heard a reference to process technology.

10:02   18   What does that term mean?

10:02   19      A.   That's really that -- I mean, that picture of the

10:02   20   factory that we looked at earlier, that has a bunch of very

10:02   21   specialized, expensive equipment that, like I said, every

10:03   22   couple of generations we come out with a whole new set of

10:03   23   equipment that has new capabilities to put more transistors

10:03   24   into a given area.

10:03   25      Q.   So what are the names that the jury will be hearing

10:03  1  about that's used by Intel to refer to its process technology?

10:03  2      A.  We use kind of a numbering system that reflects the

10:03  3  approximate size of a feature, like a transistor or a wire that

10:03  4  connects them.

10:03  5      So, for example, 22-nanometers is the name of a -- what we

10:03  6  call a process node or a generation of process technology.  And

10:03  7  that means that we can print roughly 22-nanometer-wide

10:03  8  transistors.

10:03  9      Q.  To give the jury some sense of the width of a

10:03  10  22-nanometer transistor, can you put that in perspective?

10:03  11      A.  Sure.  So if you took 22-nanometer transistors

10:03  12  side-by-side, you could fit 4,000 of them across the width of a

10:04  13  human hair.  They're microscopic.

10:04  14      Q.  And what is the current process technology that Intel

10:04  15  is utilizing?

10:04  16      A.  We're shipping 10-nanometer products in high volume

10:04  17  today.

10:04  18      Q.  Which are now less than half of the width of the

10:04  19  22-nanometer?

10:04  20      A.  Yeah.  That's right.

10:04  21      Q.  Okay.  So what is the result of this continuous

10:04  22  increase in the number of transistors that fit into a

10:04  23  microprocessor?

10:04  24      A.  Well, with more transistors, you can design lots of

10:04  25  enhancements and new features in your products.  So our

10:04   1   engineers love it because now they have a lot more transistors

10:04   2   to play with.

10:04   3        Q.   Does Intel devote a substantial amount of resources

10:04   4   to research and development, R&D?

10:04   5        A.   Yes.  We do.  We spend almost 20 percent of our

10:05   6   annual revenues on research and development.

10:05   7        Q.   And does Intel focus its innovation efforts in

10:05   8   particular areas?

10:05   9        A.   Yeah.  So I'd say there's kind of two big areas of

10:05  10   investment.  One is the manufacturing process technology that

10:05  11   we talked about, and then the other is the product design or

10:05  12   the product technology that uses all those transistors.

10:05  13        Q.   Those are continuously operating simultaneously?

10:05  14        A.   Yeah.  That's right.

10:05  15        Q.   Now, I want to ask you some questions about Intel's

10:05  16   design process.  Does Intel conduct research on what matters to

10:05  17   consumers?

10:05  18        A.   Yes.

10:05  19        Q.   Have you read that research?

10:05  20        A.   Yes.  It's a key part of my job.

10:05  21        Q.   And how do you and Intel utilize that research?

10:05  22        A.   Well, we use that research to really understand what

10:05  23   users care about, you know, what do they like and not like

10:05  24   about their PC?  What kind of improvements do they want to see?

10:05  25   How do they use their PC?  What kind of software applications

810

10:06  1   do they use, and what can we do to make those run better?

10:06  2        Q.   Can you briefly describe for the jury the sequence of

10:06  3   steps that Intel utilizes in designing and bringing to market a

10:06  4   new microprocessor?

10:06  5        A.   Sure.  It really starts with that first step of

10:06  6   understanding what customers want, and we get our inputs from

10:06  7   lots of sources, from -- you know, from consumer surveys to

10:06  8   direct feedback from our direct customers, like Dell and HP,

10:06  9   other market research.  And we kind of put that all together

10:06  10  and say, okay.  This is the product we really want to build.

10:06  11       And then we come up with a -- with engineering, we come up

10:06  12  with a product concept, which is what's the idea of a product

10:06  13  that best meets those needs.

10:06  14       And then once we've agreed on that, the engineers go to

10:06  15  work, and they do the design.  And essentially their job is to

10:07  16  figure out where every last one of those billions of

10:07  17  transistors should go.

10:07  18       And once they've done that and they've got a hardened

10:07  19  design, they put it through our factory.  We test and validate

10:07  20  it.  And if everything works like it's supposed to, we put it

10:07  21  into volume production.

10:07  22       Q.   Okay.  So for each of these generations of

10:07  23  microprocessors that we were looking at on the timeline a

10:07  24  moment ago, how long does this sequence of steps take?

10:07  25       A.   It can take anywhere from two to five years depending

811

10:07  1    on the complexity of the product.

10:07  2         Q.   And how many Intel engineers and employees are

10:07  3    working on the development of each of these microprocessors?

10:07  4         A.   Well, you know, really it ramps up and down through

10:07  5    time, but at its peak any given product could take up to a

10:07  6    thousand engineers.

10:07  7         Q.   So why does it take two to five years and up to a

10:07  8    thousand engineers to build each of these new generations of

10:08  9    microprocessors?

10:08  10        A.   Well, because they're coming up with new innovations

10:08  11   every generation.  They're coming up with literally thousands

10:08  12   of features and enhancements to improve the processor.

10:08  13        Q.   Okay.  So let's turn back to Intel's customers and

10:08  14   the ultimate consumers.  Why -- or let me ask it this way.

10:08  15   What attributes matter to the direct manufacturers that you're

10:08  16   selling to and the ultimate consumers?

10:08  17        A.   Well, they care about a lot of different things, and

10:08  18   it really matters -- it depends on what people are doing with

10:08  19   the computers.  So their needs can be highly variable, and

10:08  20   people who are running or doing video editing for their job

10:08  21   care about, you know, graphics performance.  People who are

10:08  22   doing video conferencing care about the camera quality.  And so

10:09  23   there's just a huge range of needs.

10:09  24        Q.   Is performance an attribute that matters to various

10:09  25   of these segments?

812

10:09   1       A.   Sure.  Among many other things and, you know, the

10:09   2   performance matters to different degrees to different consumers

10:09   3   depending on what they're doing with the computer.

10:09   4       Q.   What about power?  Is that an attribute that various

10:09   5   segments care about?

10:09   6       A.   Yes.  For sure.  Power is one of the many things that

10:09   7   matters.  Especially for, you know, people that are traveling a

10:09   8   lot for work and want their laptop to last a long time without

10:09   9   a power cord.  People who do desktop gaming by contrast might

10:09  10   not care as much about power efficiency.

10:09  11       Q.   And are performance and power the only attributes

10:09  12   that people care about?

10:09  13       A.   No.  There's a long list of other things they care

10:09  14   about.

10:09  15       Q.   So to be clear, the extent to which various segments

10:10  16   care about different attributes varies among those different

10:10  17   users?

10:10  18       A.   Yeah.  For sure.

10:10  19       Q.   Who are Intel's competitors?

10:10  20       A.   Our competitors include companies like AMD, Nvidia,

10:10  21   Qualcomm, Huawei in China, ARM, and from a manufacturing

10:10  22   standpoint TSMC, which is in Taiwan.

10:10  23       Q.   So how do Intel's microprocessors compare to your

10:10  24   competitors' microprocessors?

10:10  25       A.   Well, I happen to think ours are the best.

813

10:10  1        Q.   Are you familiar with a company called NXP?

10:10  2        A.   I'm aware of NXP.

10:10  3        Q.   How are you familiar with NXP?

10:10  4        A.   Well, they're -- you know, they're a big company in

10:10  5   the semiconductor industry, so I've heard of them.

10:10  6        Q.   Are you -- have you heard of VLSI?

10:11  7        A.   I have now.

10:11  8        Q.   Had you heard of VLSI before this lawsuit got filed

10:11  9   against Intel?

10:11  10       A.   No.  I had not.

10:11  11       Q.   Okay.  Mr. King, you should have, I think you took up

10:11  12  there with you, three physical exhibits.  Could you please show

10:11  13  the jury -- pull out and show the jury DPX-17, the Haswell

10:11  14  microprocessor?

10:11  15       A.   Sure.  That's a Haswell.

10:11  16       Q.   And the Haswell microprocessor is one of the accused

10:11  17  products in this case?

10:11  18       A.   Yeah.  That's correct.  I'll show you the back too.

10:11  19  You can see all the balls and pins that attach it to the

10:11  20  circuit board.

10:11  21       Q.   Okay.  To take a step back.  Why does Intel use names

10:11  22  like Haswell?

10:11  23       A.   Those are just code names that we developed to have

10:11  24  an easy way to refer to the product.

10:11  25       Q.   How does Intel come up with these internal code

814

10:12  1   names?

10:12  2       A.   Well, that's changed quite a bit over the years.  But

10:12  3   for the past few years we've been choosing from a list of North

10:12  4   American lakes.

10:12  5       Q.   Okay.  So if we can bring back up the slide, the

10:12  6   timeline we were looking at just a moment ago.  Could you

10:12  7   please tell the jury -- looking as the red line starts to turn

10:12  8   up, to the right there, we see the Haswell.

10:12  9       How many transistors are in the Haswell microprocessor?

10:12  10      A.   So there -- you can see Haswell at the knee of the

10:12  11  curve there, there's 1.4 billion transistors in that product.

10:12  12      Q.   Okay.  So let's look next at one of the other

10:12  13  physical exhibits there in front of you, DPX-8, the Coffee Lake

10:12  14  microprocessor.

10:12  15      A.   Okay.  This one's in a different box, but that's

10:12  16  Coffee Lake.

10:12  17      Q.   Okay.  And this is also one of the accused

10:13  18  microprocessors in this case?

10:13  19      A.   Yes.  It is.

10:13  20      Q.   Looking here at this slide, how many transistors are

10:13  21  in the Coffee Lake product?

10:13  22      A.   There are 3 billion transistors in Coffee Lake.

10:13  23      Q.   And then let's look at DPX-14, the third of those

10:13  24  physical exhibits.  That's the Ice Lake microprocessor, if you

10:13  25  can hold that up for the jury.

815

10:13   1        A.   Sure.  This is Ice Lake.  And this one doesn't have

10:13   2    that metal tab on top, so you can actually see the die

10:13   3    underneath.

10:13   4        Q.   And is this also one of the accused microprocessors

10:13   5    in this case?

10:13   6        A.   Yes.  It is.

10:13   7        Q.   And looking here at this slide, how many transistors

10:13   8    are in the Ice Lake microprocessor?

10:13   9        A.   There are 7 billion in Ice Lake.

10:13  10        Q.   And just to be clear, this continual increase in

10:14  11    transistors means what?

10:14  12        A.   This means that you can improve the products

10:14  13    significantly every generation.  You can add more performance,

10:14  14    you can add more cores, you can add more features like graphics

10:14  15    and other things.

10:14  16        Q.   Okay.  So let's follow up for a moment with regard to

10:14  17    features.

10:14  18        Let me ask it this way:  How many features are there in a

10:14  19    given microprocessor product?

10:14  20        A.   There are literally thousands of features in a

10:14  21    microprocessor.

10:14  22        Q.   So in addition to the two features that are accused

10:14  23    by VLSI, have you prepared just a short snippet of the types of

10:14  24    features that are in these microprocessor products?

10:14  25        A.   Yes, I have.

10:14   1      Q.   Okay.  So if we can bring up the next slide, 4.8.

10:14   2   What are we looking at here?

10:14   3      A.   We're looking at just a few of the many thousands of

10:15   4   features in a microprocessor.

10:15   5      Q.   So just as an example, if we might highlight

10:15   6   "hyperthreading technology."  What is hyperthreading

10:15   7   technology?

10:15   8      A.   Hyperthreading technology is in an innovation that

10:15   9   allows you to send two streams or threads of instructions to

10:15   10  one core at the same time.  So that for the person using the

10:15   11  computer, that makes multitasking easier.  So if you're doing

10:15   12  many things at the same time, which most people are, it makes

10:15   13  it smoother.

10:15   14     Q.   Let's pull up just one more example, advanced vector

10:15   15  extensions.  What is that?

10:15   16     A.   Sure.  So advanced vector extensions, or AVX.  This

10:15   17  is an example of where we added to that x86 instruction set

10:15   18  architecture that I mentioned earlier.  And what these are are

10:15   19  special instructions that process very large chunks of data

10:16   20  which is very useful for demanding applications like scientific

10:16   21  modeling and video editing.

10:16   22     Q.   Okay.  Mr. King, thank you.

10:16   23     MR. WREN:  And we will pass the witness, Your Honor.

10:16   24                   CROSS-EXAMINATION

10:16   25  BY MR. MANN:

817

10:17  1      Q.   Good morning, Mr. King.

10:17  2      A.   Good morning.

10:17  3      Q.   My name's Mark Mann.  We've never had a chance to

10:17  4  meet before, correct?

10:17  5      A.   That's right.

10:17  6      Q.   All right.  I understand that you are the

10:17  7  representative for Intel as their corporate representative here

10:17  8  today, correct?

10:17  9      A.   That's correct.

10:17  10     Q.   And that puts you in kind of a special position in

10:17  11 that you're the spokesperson for Intel.  You know that?

10:17  12     A.   That's right.

10:17  13     Q.   You know that things that you say can be binding upon

10:17  14 Intel because of that position?

10:17  15     A.   Yes.

10:17  16     Q.   And so you understand the importance of your job here

10:17  17 today to testify, correct?

10:17  18     A.   Yes, I do.

10:17  19     Q.   Can you tell me, if you don't mind, who is the CEO,

10:17  20 chief executive officer of Intel?

10:17  21     A.   Patrick Gelsinger.

10:18  22     Q.   Okay.  Do you know where he lives?

10:18  23     A.   He lives in Oregon.

10:18  24     Q.   All right.  And do you know personally or by rumor

10:18  25 whether he knows that you're here as the spokesperson for Intel

10:18   1   today?

10:18   2        A.   I'm not sure.  I haven't discussed it with him.

10:18   3        Q.   Okay.  Well, let's talk to you a little bit about --

10:18   4   when I talk to you, I'm talking to you as an individual and as

10:18   5   a representative of Intel, okay?

10:18   6        A.   Okay.

10:18   7        Q.   First of all, you believe that the patent system in

10:18   8   this country is important, don't you?

10:18   9        A.   Yes, I do.

10:18   10        Q.   You and Intel expect companies not to infringe on

10:18   11   Intel's products, right?

10:18   12        A.   That's correct.

10:18   13        Q.   You agree that a company should not use other

10:19   14   people's products or ideas without permission?

10:19   15        THE COURT:  Mr. Mann, do you mean to say patents or

10:19   16   products?

10:19   17        MR. MANN:  I'm sorry?

10:19   18        THE COURT:  Are you meaning to say products or patents?

10:19   19        MR. MANN:  Patents.  Patents.  If I said products, I meant

10:19   20   to say patents.  Thank you, Your Honor.

10:19   21   BY MR. MANN:

10:19   22        Q.   You agree that a company should not use other

10:19   23   people's patented inventions without their permission?

10:19   24        A.   Yes, I agree.

10:19   25        Q.   And you agree that if a company is going to use

819

10:19  1   somebody else's patents and their products, there should be an

10:19  2   agreement between them, correct?

10:19  3       A.   Yes.

10:19  4       Q.   Now, I listened to your testimony earlier about your

10:19  5   educational background.  But the fact is, the last 20 years

10:19  6   that you've been at Intel, you've basically been in a

10:20  7   nontechnical position, correct?

10:20  8       A.   I think that's fair to say.  I work very closely with

10:20  9   our engineers.

10:20  10      Q.   Okay.  But as far as your job, you're not doing the

10:20  11  everyday engineering.  You're doing basically nontechnical,

10:20  12  more business-related matters, correct?

10:20  13      A.   That's correct.

10:20  14      Q.   All right.  You've never worked as a circuit

10:20  15  designer?

10:20  16      A.   No, I haven't.

10:20  17      Q.   You've never worked as a computer architect, have

10:20  18  you?

10:20  19      A.   No, I haven't.

10:20  20      Q.   You've never written source code for anyone, correct?

10:20  21      A.   That's correct.

10:20  22      Q.   Which would be the blueprints of products and how

10:20  23  they're made, right?

10:20  24      A.   Yes.

10:20  25      Q.   All right.  And you've never been on a research and

10:20    1    development group at Intel, have you?

10:20    2        A.   No.

10:21    3        Q.   You've never been named as an inventor for a patent?

10:21    4        A.   I have not.

10:21    5        Q.   And more generally, and I think this may be true,

10:21    6    you've never invented anything, have you?

10:21    7        A.   I've never invented anything for which there's a

10:21    8    patent.

10:21    9        Q.   Good point.

10:21   10        This case obviously concerns the '373 and the '759

10:21   11    patents.  You don't have any technical expertise in those

10:21   12    patents, do you?

10:21   13        A.   No, I don't.

10:21   14        Q.   All right.  And you can't recall, I don't think, any

10:21   15    specific patents that you've ever read through before this case

10:21   16    came up, correct?

10:21   17        A.   That's correct.  I know I've read patents, but I

10:21   18    couldn't recall specific ones.

10:21   19        Q.   Okay.  You talked a minute ago to Mr. Wren about

10:22   20    Skylake and Broadwell and Haswell, those microprocessors,

10:22   21    correct?

10:22   22        A.   That's right.

10:22   23        Q.   But you have not been allowed, or you have not looked

10:22   24    at any of the source code that goes into those products, have

10:22   25    you?

821

10:22  1        A.   No, I have not.

10:22  2        Q.   In fact, I'm going to guess, and you can correct me,

10:22  3   that you're not allowed to look at the source code for those

10:22  4   products, are you?

10:22  5        A.   I don't think that's correct.

10:22  6        Q.   So you can pull it up on the computer and look at the

10:22  7   source code?

10:22  8        A.   I don't have an account, if that's what you're

10:22  9   asking.  But if I asked to see source code, people would share

10:22  10  it with me.

10:22  11       Q.   Okay.  But you have not looked at it, have you?

10:22  12       A.   No, I haven't.

10:22  13       Q.   All right.  Now, you don't know the value, and you're

10:22  14  not here to talk about the value of these patents in this case,

10:22  15  are you?

10:22  16       A.   No, I'm not.

10:22  17       Q.   When Mr. Spehar -- you were here to hear Mr. Spehar

10:23  18  testify first thing Monday?

10:23  19       A.   Yes, I was.

10:23  20       Q.   When he raised the issue about the importance of the

10:23  21  patents and that he had looked at a source called Innography,

10:23  22  were you curious enough to go look at that?

10:23  23       A.   I have not looked at it.

10:23  24       Q.   All right.  Do you know what Innography is?

10:23  25       A.   I've heard of it in passing.

10:23   1        Q.   Okay.  And have you heard of it there in Intel in

10:23   2    passing?

10:23   3        A.   I'm sorry.  Could you restate?

10:23   4        Q.   Sure.  Have you heard of it, Innography, in Intel in

10:23   5    passing?

10:23   6        A.   Yes.

10:23   7        Q.   All right.  Let's talk a little bit about your career

10:23   8    in the last number of years.  You have traveled to speak to

10:23   9    Intel customers around the world, correct?

10:23   10       A.   Yes.

10:23   11       Q.   You've spoken to customers in Europe?

10:24   12       A.   Correct.

10:24   13       Q.   In Asia?

10:24   14       A.   That's right.

10:24   15       Q.   You are in a job to try to convince people to buy and

10:24   16   use Intel products, correct?

10:24   17       A.   That's part of my responsibilities.

10:24   18       Q.   Okay.  You've been asked to speak at Intel

10:24   19   conferences about Intel products, right?

10:24   20       A.   Yes.

10:24   21       Q.   Your job really has been to foster or to get people

10:24   22   to want to buy Intel products, right?

10:24   23       A.   That's a part of my responsibilities, I'd say more

10:24   24   applicable to my previous role than my current role.

10:24   25       Q.   Okay.  You've been asked to represent Intel in public

10:24  1    matters talking about Intel products, correct?

10:24  2        A.   Yes.

10:24  3        Q.   All right.  And do you remember when we asked you, or

10:24  4    had a chance to talk to you back months ago, about what you

10:24  5    were going to testify to in this case?  Do you remember what

10:25  6    you said?

10:25  7        A.   I don't remember exactly.  It was many months ago.

10:25  8        Q.   If I told you -- does this help refresh your memory?

10:25  9    You anticipated that you would "primarily be the face of the

10:25  10   company."  Does that refresh your memory?

10:25  11       A.   That sounds familiar.

10:25  12       Q.   All right.  And what I wanted to ask:  You were here

10:25  13   during voir dire, correct?

10:25  14       A.   I'm sorry.  I missed the last part.

10:25  15       Q.   You were here during voir dire when the jury was

10:25  16   selected?

10:25  17       A.   I was not here for jury selection.

10:25  18       Q.   You weren't?  Okay.

10:25  19       There was a question that came up several times, probably

10:25  20   from both parties, that jurors got to raise their hand if they

10:25  21   were the kind of go-to person in their family when you hooked

10:25  22   up computers or did things like that.  Okay?

10:25  23       A.   Okay.  I'm one of those as well.

10:25  24       Q.   You're one -- you would have raised your hand, said

10:26  25   I'm the go-to person in my family?

10:26   1      A.   Yes.

10:26   2      Q.   All right.  When the call went out at Intel about the

10:26   3   go-to person for these patents, you wouldn't have raised your

10:26   4   hand that you're the go-to person for these patents, would you?

10:26   5      A.   No, I would not.

10:26   6      Q.   All right.  And when that call goes out at Intel on

10:26   7   the World Wide Web or whatever it may be, it would go to lots

10:26   8   of places around the world.  It wouldn't just go to Austin,

10:26   9   would it?

10:26   10      A.   I don't really know.

10:26   11      Q.   Well, you had mentioned some places that Intel has

10:26   12   offices, work.  Do you remember, does Intel have production

10:26   13   sites in -- I'm going to mispronounce these -- Leixlip,

10:27   14   Ireland?

10:27   15      A.   Yes.

10:27   16      Q.   Jerusalem, Israel?

10:27   17      A.   Yes.

10:27   18      Q.   Kiryal Gat, Israel?

10:27   19      A.   Yes.

10:27   20      Q.   And you can correct me if I mispronounce these.

10:27   21   Dalian, China?

10:27   22      A.   Yes.

10:27   23      Q.   Shanghai, China?

10:27   24      A.   Shanghai is an assembly test factory.

10:27   25      Q.   Chengdu, China?

825

```
10:27   1        A.   Yes.  Same thing.

10:27   2        Q.   San José, Costa Rica?

10:27   3        A.   I'm not sure about Costa Rica.

10:27   4        Q.   Kulim, Malaysia?

10:27   5        A.   Yes.  Also an assembly test plant.

10:27   6        Q.   Penang, Malaysia?

10:27   7        A.   Same thing.  Yes.

10:27   8        Q.   Ho Chi Minh City in Vietnam?

10:27   9        A.   Correct.

10:27  10        Q.   And just to cut it through this, the -- Intel, the

10:28  11   50 percent of the employees that are not in the United States

10:28  12   are officing in over 100 places in the other parts of the

10:28  13   world, correct?

10:28  14        A.   I don't know the exact number.

10:28  15        Q.   And would 100 or plus offices sound correct to you?

10:28  16        A.   It doesn't surprise me.

10:28  17        Q.   All right.  And everywhere, from Russia to China to

10:28  18   Vietnam to Canada, there are offices?

10:28  19        A.   Sure.  I mean, we have two people in a country.  We

10:28  20   would call that an office.

10:28  21        Q.   Correct.  Okay.

10:28  22             So when the call went out for somebody to come to be the

10:28  23   face of the company here in Waco, Texas for this trial, when

10:28  24   you responded, you would have told folks if they asked you if

10:29  25   you were qualified to determine whether a U.S. patent was
```

10:29  1    infringed, you would have said, I'm not qualified?

10:29  2         A.   That's generally true.

10:29  3         Q.   Thank you, sir.

10:29  4         MR. MANN:  I pass the witness.

10:29  5                      REDIRECT EXAMINATION

10:29  6    BY MR. WREN:

10:29  7         Q.   I want to very briefly follow up on just a couple of

10:29  8    things, Mr. King, that you were asked about.

10:29  9         With regard to looking at the patents and talking to this

10:29  10   jury about Intel's products as opposed to the patents, as we

10:29  11   said, you're not the right one to talk about that, are you?

10:29  12        A.   I'm not the right one to talk about the patents.  I

10:30  13   can talk about our products.

10:30  14        Q.   As far as the question of patents and how the

10:30  15   products are -- Intel products are actually designed, who is

10:30  16   the jury going to be hearing from that are your colleagues?

10:30  17   Who is Mr. Douglas?

10:30  18        A.   Mr. Douglas is an Intel fellow that's the highest

10:30  19   ranking of engineer at Intel who is an expert in this area.

10:30  20        Q.   What about Dr. Rotem?

10:30  21        A.   Same thing with Dr. Rotem.  He's also an Intel

10:30  22   fellow.

10:30  23        Q.   And what about Mr. Borkowski?

10:30  24        A.   He's a senior principal engineer.  He's an expert on

10:30  25   the source code.

| 10:30 | 1 | MR. MANN:  Your Honor -- excuse me, Mr. Wren. |

10:30    1    MR. MANN:  Your Honor -- excuse me, Mr. Wren.

10:30    2    Your Honor, I object.  This is beyond the scope of the

10:30    3    examination, and so I object to it for that reason.

10:30    4    THE COURT:  Overruled.

10:30    5    BY MR. WREN:

10:30    6    Q.   And then you were asked questions about offices that

10:30    7    Intel has.  Does it have those offices because it is actually

10:31    8    producing product?

10:31    9    A.   No.  Many or most of those offices are sales offices.

10:31    10    Q.   Okay.  In connection with the sale of Intel products?

10:31    11    A.   Correct.

10:31    12    Q.   And are you familiar with VLSI having any offices?

10:31    13    A.   No.  I'm not.

10:31    14    Q.   Okay.  Thank you, Mr. King.

10:31    15    MR. WREN:  We pass the witness.

10:31    16    MR. MANN:  Nothing further, Your Honor.

10:31    17    THE COURT:  You may step down.

10:31    18    THE WITNESS:  Thank you, Your Honor.

10:31    19    THE COURT:  Mr. Lee?

10:31    20    MR. LEE:  Yes, Your Honor.  Ladies and gentlemen, the next

10:31    21    witness will be Jonathan Douglas.

10:31    22    THE COURT:  Is he here?

10:31    23    MR. LEE:  He's here, and Mr. Mueller will present him.

10:31    24    THE COURT:  Very good.  Thank you.

10:31    25    Mr. Mueller?

828

| | | |
|---|---|---|
| 10:31 | 1 | MR. MUELLER:  Thank you, Your Honor. |
| 10:32 | 2 | (The witness was sworn.) |
| 10:32 | 3 | DIRECT EXAMINATION |
| 10:32 | 4 | BY MR. MUELLER: |
| 10:33 | 5 | Q.   Good morning, sir. |
| 10:33 | 6 | A.   Good morning. |
| 10:33 | 7 | Q.   Could you please introduce yourself to the ladies and |
| 10:33 | 8 | gentlemen of the jury? |
| 10:33 | 9 | A.   Hi.  My name is Jonathan Douglas.  I live in Phoenix, |
| 10:34 | 10 | Arizona.  I'm a proud father of three kids, and I work at Intel |
| 10:34 | 11 | Corporation. |
| 10:34 | 12 | Q.   You might want to just put the microphone down a |
| 10:34 | 13 | little bit closer.  Thank you. |
| 10:34 | 14 | Sir, where did you go to college? |
| 10:34 | 15 | A.   So I went to school at Rensselaer Polytechnic |
| 10:34 | 16 | Institute. |
| 10:34 | 17 | Q.   And what did you study? |
| 10:34 | 18 | A.   So I had a -- I got a bachelor's degree in electrical |
| 10:34 | 19 | engineering; studied electrical engineering and computer |
| 10:34 | 20 | science. |
| 10:34 | 21 | Q.   What year did you graduate? |
| 10:34 | 22 | A.   I graduated in 1992. |
| 10:34 | 23 | Q.   And after graduating in 1992, what'd you do? |
| 10:34 | 24 | A.   So after I graduated, I went right to work for Intel. |
| 10:34 | 25 | Q.   And have you been there ever since? |

10:34  1        A.   Yes, I've been there ever since.

10:34  2        Q.   28 years or so?

10:34  3        A.   28 and a half now.

10:34  4        Q.   What is your current title at Intel?

10:34  5        A.   So I am an Intel fellow.

10:34  6        Q.   And can you tell the ladies and gentlemen of the jury

10:34  7   what does it mean to be an Intel fellow?

10:35  8        A.   Sure.  So an Intel fellow and senior fellow, they're

10:35  9   the highest technical ranks that you can achieve at the

10:35  10  company.  You get there by demonstrating excellence in your

10:35  11  field of study, both internally and externally recognized.

10:35  12       Q.   Now, to put that in context, about how many engineers

10:35  13  work at Intel?

10:35  14       A.   So I just found this actually last week.  It was

10:35  15  National Engineers week.  And we have just over 70,000.

10:35  16       Q.   And out of those 70,000 engineers, how many are Intel

10:35  17  fellows?

10:35  18       A.   Just over 100.

10:35  19       Q.   And for how long have you personally been an Intel

10:35  20  fellow?

10:35  21       A.   Since 2017.

10:35  22       Q.   Now, before you became an Intel fellow, what job

10:35  23  positions did you hold over the years at Intel?

10:35  24       A.   Sure.  So before that I was a senior principal

10:35  25  engineer.  I was the technical director for power integration

10:35  1  in the microprocessor.

10:35  2      Before that I also worked in analog circuit design and

10:36  3  validation and logic design and validation when I first started

10:36  4  out.

10:36  5      Q.   And, sir, if you could just give us a high-level

10:36  6  summary of the types of responsibilities that you had in those

10:36  7  positions.

10:36  8      A.   So sure.  So in those positions I would, you know,

10:36  9  write source code, they call it, design circuits, validate the

10:36  10  circuits, and then later I got into technical supervision and

10:36  11  technical direction of engineers and also I did a lot of

10:36  12  research and development.

10:36  13      Q.   And could you summarize the types of products that

10:36  14  you worked on over the years?

10:36  15      A.   Sure.  So since I started, I've worked on most of the

10:36  16  major microprocessor families that Intel has designed and sold.

10:36  17      Q.   Are you a named inventor on any U.S. patents?

10:36  18      A.   Yes.  I am.

10:36  19      Q.   How many?

10:36  20      A.   I think about 20 right now.

10:36  21      Q.   Now, have you ever testified in a courtroom before?

10:36  22      A.   No.  I have not.

10:36  23      Q.   I'd like to ask you if you could, sir, to look on

10:37  24  that stand right beside you.  There should be some exhibits,

10:37  25  and there should be a actual physical plastic envelope.

10:37  1      A.    Okay.  Yes.

10:37  2      Q.    There you go.  That's labeled DPX-17.  Could you just

10:37  3   look inside that?

10:37  4      A.    Sure.

10:37  5      Q.    See what's --

10:37  6      A.    Can I open it?

10:37  7      Q.    You can open it.

10:37  8      A.    Okay.

10:37  9      Q.    What is it?

10:37  10     A.    Okay.  So this is an actual Haswell microprocessor,

10:37  11  like what Intel would sell into, say, a desktop computer.

10:37  12     Q.    So if you wouldn't mind, sir, if you would just kind

10:37  13  of hold that up for the jury so they can at least get a little

10:37  14  bit of a look at it.

10:37  15        Thank you.  And that's a Haswell processor; is that right?

10:37  16     A.    Yes.  This, I believe, is the desktop version.

10:37  17     Q.    Now, Haswell is a family of processors; is that

10:37  18  correct, sir?

10:37  19     A.    That's correct, yes.

10:37  20     Q.    How many components are within that processor right

10:37  21  in front of you?

10:37  22     A.    So transistors, it's, you know, into the billions,

10:38  23  but if you talk about components that do individual functions,

10:38  24  there's literally thousands of them.

10:38  25     Q.    And who designs the components in those chips?

10:38  1        A.   So a team of architects, engineers and validators do

10:38  2   the design of all those components.

10:38  3        Q.   And if you could just give us a ballpark estimate for

10:38  4   how many hours does it take to design a chip like that one

10:38  5   right in front of you?

10:38  6        A.   Sure.  So, you know, the teams are, you know, 400,

10:38  7   even up to a thousand.  And these designs can take three to

10:38  8   five years, so you're talking literally millions of hours of

10:38  9   work.

10:38  10        Q.   Why does it take Intel engineers so much time to

10:38  11   develop a chip like that?

10:38  12        A.   Sure.  So, you know, there's these thousands of

10:38  13   components.  Each one of them is very specialized, and so it

10:38  14   takes an engineer with the skill to do it, and so you have to

10:38  15   put all these thousands of components together.  You have to

10:38  16   test them.  You have to validate them.  You have to design

10:38  17   them, and eventually, you know, it gets shipped out, so it

10:38  18   takes a lot of time.

10:38  19        Q.   And if you could, sir, if you could give us an

10:39  20   explanation at a high level of the stages of development of an

10:39  21   Intel microprocessor like the ones you personally have worked

10:39  22   on.

10:39  23        A.   Sure.  Yeah.  So really it actually starts at

10:39  24   figuring out what the customer is going to want in a product.

10:39  25   From there, we have a team of architects, so they draft up

10:39    1    essentially specifications for what components, like the number

10:39    2    of cores or the amount of graphics that has to be in there.

10:39    3        They will turn that over to a group of circuit and logic

10:39    4    designers that will do the actual design then.

10:39    5        There has to be physical layout that happens, and then

10:39    6    after that, they have to send the chip off to the fabrication

10:39    7    facility so the process itself is very involved.

10:39    8        Q.   And how long in total do these stages take?

10:39    9        A.   So in total, anywhere from three to five years or

10:39   10    more.

10:39   11        Q.   I want to focus on the Haswell processor family,

10:39   12    including the chip that you have in front of you.  Okay.  Do

10:39   13    you have that in mind?

10:39   14        A.   Yes.

10:39   15        Q.   What role did you personally play in the development

10:40   16    of the Haswell processors?

10:40   17        A.   Okay.  So I was the lead for the development of the

10:40   18    integrated power circuits that went in the processor along with

10:40   19    being an expert circuit designer and reviewer for many other

10:40   20    areas of the microprocessor.

10:40   21        Q.   As part of your personal work on the Haswell

10:40   22    processor, are you familiar with something in that chip called

10:40   23    the C6 SRAM?

10:40   24        A.   Yes.  I am.

10:40   25        Q.   What is SRAM?

10:40   1        A.   So SRAM, it's an acronym that -- it stands for

10:40   2   basically memory.  It's where you can store some information,

10:40   3   like you might, you know, write something in a journal.

10:40   4        Q.   What is the C6 SRAM in that Intel chip?

10:40   5        A.   Okay.  So the C6 SRAM, it's a place where you can

10:40   6   store information when the processor needs to go to a low power

10:40   7   state.

10:40   8        Q.   And what type of information would you store in that

10:40   9   low power state?

10:41   10       A.   So you would store the information that the processor

10:41   11  would need to wake back up from that state quickly.

10:41   12       Q.   Sir, I'd like you to turn, if you could, to Exhibit

10:41   13  D-27 and, Your Honor, if I could ask that the public monitors

10:41   14  be turned off and just the jurors' monitors be kept on.

10:41   15       A.   So this binder here?  I'm sorry.  Which one?

10:41   16       Q.   It's Exhibit D-27.

10:41   17       A.   Okay.  I have that.

10:41   18       Q.   And, sir, do you recognize this document?

10:41   19       A.   Yes.  I do.

10:41   20       Q.   This is an internal Intel document; is that right,

10:41   21  sir?

10:41   22       A.   That's correct.

10:41   23       Q.   And it's a secret document, right?

10:41   24       A.   Yes.  It is.

10:41   25       Q.   It contains confidential information?

835

10:41  1      A.   Yes.  It does.

10:41  2      Q.   What is this type of document -- at a very high

10:41  3   level, what is this type of document for at Intel?

10:41  4      A.   Okay.  So this is what's called a microarchitectural

10:41  5   spec, so that would be a document that that team of architects

10:41  6   would give to the designers kind of telling them in words,

10:42  7   essentially, technical words how they want the design of the

10:42  8   processor to be.

10:42  9      Q.   And when architects like you and other folks at Intel

10:42 10   come up with the architecture, what's done with it next?

10:42 11      A.   So that is given to the team of circuit and logic

10:42 12   designers and they produce the circuits and the logic necessary

10:42 13   to perform those functions.

10:42 14      Q.   Would that design process include something called

10:42 15   "P-code"?

10:42 16      A.   Yes.  It would.

10:42 17      Q.   What is P-code?

10:42 18      A.   So P-code is -- it's like directions.  It's a type of

10:42 19   instructions that are contained inside the microprocessor.

10:42 20      Q.   We're going to hear from somebody later in this trial

10:42 21   who's going to testify about P-code?

10:42 22      A.   Yes.

10:42 23      Q.   Who's that?

10:42 24      A.   Mr. Borkowski.

10:42 25      Q.   Let's turn to Section 4.7 on Page 39.

836

10:42  1      And, sir, do you see there's a section here labeled "Power

10:42  2  Supply Mux"?  Do you see that, sir?

10:42  3      A.   Yes.  If you give me one second.

10:43  4      Q.   Sure.  Take your time.

10:43  5      A.   Okay.  Yes.  I'm there.

10:43  6      Q.   Power supply mux, do you see that section?

10:43  7      A.   Yes.  I do.

10:43  8      Q.   At a high level, what is that describing?

10:43  9      A.   So this is describing -- a mux is like a switch.  It

10:43  10  can kind of switch between two different sources of power, you

10:43  11  know, maybe like electric versus gas in a hybrid, right?  And

10:43  12  so this is specifying a mux for the C6 SRAM that can switch

10:43  13  between two different sources of power for that SRAM circuit.

10:43  14      Q.   So if you'd just be a little more specific, what is

10:43  15  the relationship between this mux or switch on the one hand and

10:43  16  the C6 SRAM on the other hand?

10:43  17      A.   Sure.  So this mux is actually providing power to a

10:43  18  portion of the SRAM called the "bit cells."

10:43  19      Q.   And when you say "power," is that electricity?

10:43  20      A.   Yes.  That's electricity.

10:43  21      Q.   We can take this document down.

10:43  22      When did Intel finalize the design for the C6 SRAM in

10:44  23  Haswell?

10:44  24      A.   So the design and architecture was set by around

10:44  25  2008.

837

10:44  1      Q.   Now, are you familiar with another family of

10:44  2  processors called the "Broadwell family of processors"?

10:44  3      A.   Yes.  I am.

10:44  4      Q.   And what was your personal involvement in that

10:44  5  family?

10:44  6      A.   So that came after Haswell.  And again, I was the

10:44  7  lead for the power integration and also a lead circuit designer

10:44  8  and reviewer.

10:44  9      Q.   What was the -- how did the C6 SRAM in Haswell

10:44  10 compare with the C6 SRAM in Broadwell?

10:44  11     A.   They were substantially the same.

10:44  12     Q.   Now, what is the relationship between this C6 SRAM in

10:44  13 the Haswell and Broadwell processors and power savings?  What's

10:44  14 the relationship between the two?

10:44  15     A.   Okay.  So the C6 SRAM, again, it's used to hold

10:45  16 information when the part goes to sleep.  And when the part

10:45  17 goes to sleep, then you can save power on those domains that

10:45  18 are going to sleep.

10:45  19     Q.   And are there other features that impact power

10:45  20 savings in these processors, these Intel processors?

10:45  21     A.   Yeah.  There's literally hundreds.  You know, we

10:45  22 redesigned the interfaces for lower power.  We did

10:45  23 re-architecting to allow better entry into these states.  We

10:45  24 changed it so that the clock could operate at a lower

10:45  25 frequency.  So there's many, many, many different power savings

10:45  1    that went on.

10:45  2        Q.   Now, sir, I'd like to ask you a few questions about

10:45  3    the details of how this chip architecture worked.  Okay.  Do

10:45  4    you have that subject in mind?

10:45  5        A.   I do.

10:45  6        Q.   Within the Haswell and Broadwell processors, okay?

10:45  7        A.   So for those specific processors?

10:45  8        Q.   That's right.

10:45  9        A.   Yes.

10:45  10       Q.   So let's take a look at DDXF.2.

10:45  11       A.   Is this in my binder?

10:45  12       Q.   It's just on the screen, sir.  It's not in the

10:46  13   binder.

10:46  14       A.   Oh, okay.  I'm sorry.

10:46  15       DEPUTY CLERK:  Counsel, is it okay for everyone to see?

10:46  16       MR. MUELLER:  Yeah.  I'm sorry.  I should have said that.

10:46  17   This is fine for the public to see too.

10:46  18   BY MR. MUELLER:

10:46  19       Q.   Mr. Douglas, can you explain what we see here?

10:46  20       A.   Sure.  So I can kind of hold this back up.

10:46  21       So if you were to actually pop that silver lid off there,

10:46  22   you would see something that looks very much like this.  This

10:46  23   is actually a photograph of the chip itself that's underneath

10:46  24   that silver lid.

10:46  25       Q.   And when you say what you're holding up, that's

10:46  1    labeled DDX -- or DPX, I should say, 17; is that right?

10:46  2         A.   Yes.  Correct.  The Haswell processor.

10:46  3         Q.   And if we look inside DPX 17, we see something like

10:46  4    this?

10:46  5         A.   Yes.

10:46  6         Q.   Now, if you could, sir, the screen there is a touch

10:46  7    screen, and I think there's a button on the bottom that allows

10:46  8    you to highlight.

10:46  9         A.   Yes.  I see that.

10:46  10        Q.   Okay.  If you could press that button, please, and

10:46  11   circle for the jury about where the C6 SRAM would be located in

10:47  12   the Haswell processor.

10:47  13        A.   Sure.  So at this level, it would actually be pretty

10:47  14   hard to see.  But it would be, you know, the one for the core

10:47  15   would basically be just roughly in that vicinity where I drew

10:47  16   it there for each core.

10:47  17        Q.   Now, is there a term for the group of components

10:47  18   within which the C6 SRAM is located?

10:47  19        A.   Yeah.  We refer to that as "the ring."

10:47  20        THE COURT:  I'm sorry.  I just couldn't hear you.

10:46  21   BY MR. MUELLER:

10:47  22        Q.   I believe you said "ring"; is that right?

10:47  23        A.   Yes.  They're a ring.

10:47  24        Q.   And are you familiar with the term "domain"?

10:47  25        A.   Yes.  I am.

840

10:47  1       Q.   Is there a ring domain in these Intel chips?

10:47  2       A.   Yes.  There is a ring domain.

10:47  3       Q.   So, sir, I'd like to, if we could, go through exactly

10:47  4  how some of the components within this architecture in the

10:47  5  Intel chips work.  Do you have that subject in mind?

10:47  6       A.   Yes.  I do.

10:47  7       Q.   And I'm going to try to use --

10:47  8       MR. MUELLER:  Your Honor, may I use the document camera

10:47  9  here?

10:48 10       THE COURT:  Of course.

10:48 11  BY MR. MUELLER:

10:48 12       Q.   Okay.  This is DDX-5.4, and I'll just show the jury.

10:48 13  It's just a magnet board that we're going to put some

10:48 14  components on to see exactly how they work.

10:48 15       THE COURT:  Counsel, let me ask you this:  I was going to

10:48 16  take a very short break just because we got started late.

10:48 17  Would this be a -- I'm trying not to interfere with what you're

10:48 18  doing with this --

10:49 19       MR. MUELLER:  Absolutely, Your Honor.  It's a good time to

10:49 20  take a break.

10:49 21       THE COURT:  Okay.  Ladies and gentlemen, we're going to

10:49 22  take just like a ten-minute break, just because we've been

10:49 23  going a while.  Remembering my instructions not to discuss this

10:49 24  case amongst yourselves, you may be dismissed.  We'll see you

10:49 25  back shortly.

841

10:49    1          THE BAILIFF:  All rise.

10:49    2          (Jury exited the courtroom at 10:49.)

10:49    3          THE COURT:  Did we have anything to take up?

10:49    4          MR. LEE:  Not for Intel, Your Honor.

10:49    5          MR. CHU:  Not for us.  Thank you.

10:49    6          THE COURT:  Okay.  Very good.  We'll be back in a few

10:49    7    minutes.

10:49    8          (Recess taken from 10:49 to 11:04.)

11:04    9          THE BAILIFF:  All rise.

11:04   10          THE COURT:  Please remain standing for the jury.

11:04   11          (The jury entered the courtroom at 11:00.)

11:04   12          THE COURT:  You may be seated.

11:04   13          Mr. Mueller, you may continue.

11:04   14          MR. MUELLER:  Thank you, Your Honor.

11:04   15    BY MR. MUELLER:

11:04   16          Q.   Mr. Douglas, I just want to take us back to DDX-5.4,

11:05   17    and this is that board that we can see on the screen, okay?

11:05   18          A.   Yes.

11:05   19          Q.   And again, this shows some components that are

11:05   20    actually in the Intel Haswell processor; is that right, sir?

11:05   21          A.   That is correct.

11:05   22          Q.   And I want to start with the four blue squares here

11:05   23    at the top, Core 1, Core 2, Core 3, Core 4.  What are those?

11:05   24          A.   Sure.  So when Haswell -- this is -- one of our SKUs

11:05   25    had four cores.  These actually run the instructions from the

842

11:05  1    operating system, like Microsoft Windows.  So they're the

11:05  2    things that actually do the work in the microprocessor.

11:05  3         Q.   Now, you referred a little while ago to the ring

11:05  4    domain; is that right, sir?

11:05  5         A.   Yes.

11:05  6         Q.   Is that the same as what we see here, this ring

11:05  7    domain?

11:05  8         A.   Yes.  For Haswell.  Yes.  That would be the ring

11:05  9    domain.

11:05  10        Q.   And can you remind us again what that is?

11:05  11        A.   So the ring domain is -- it's a collection of

11:05  12   circuits that are on one voltage or power source.  And that's

11:06  13   how the cores communicate to each other and then communicate

11:06  14   to, say, the outside world.

11:06  15        Q.   So I have some other components that I want to put on

11:06  16   this board one by one and ask you what each of them as a

11:06  17   factual matter does, okay?

11:06  18        A.   Okay.

11:06  19        Q.   Now, let me start with this:  It's an orange block

11:06  20   that says "Graphics"?

11:06  21        A.   Yes.

11:06  22        Q.   What is that?

11:06  23        A.   So that would be the block that's responsible for

11:06  24   displaying images on your screen, like if you're playing a

11:06  25   computer game.

843

11:06   1        Q.   And within this diagram, where should I put this?

11:06   2        A.   You can just kind of tuck that up into the right

11:06   3   there.  That's perfect.

11:06   4        Q.   Next up I have something, this green rectangle,

11:06   5   "last-level cache (LLC)."  What is that?

11:06   6        A.   So like before, we had talked about SRAM is a memory

11:06   7   that can store things.  So that is a big block of memory that

11:07   8   can store information that all of the cores can use.  And it's

11:07   9   in the ring domain, so you would want to place that, say, down

11:07  10   at the bottom there.

11:07  11        Q.   This purple rectangle, "Interface/CBO," what is that?

11:07  12        A.   Sure.  So those are acronyms, but at a high level,

11:07  13   that's the mechanism by how the cores actually talk to that

11:07  14   last-level cache, that memory.

11:07  15        Q.   And where should I put that?

11:07  16        A.   You can just put that at the top, you know, right at

11:07  17   the very top there.  Yep.

11:07  18        Q.   Here's a gray rectangle, "Buffers/FIFO," what is

11:07  19   that?

11:07  20        A.   So again those are, you know, kind of acronyms, but

11:07  21   they're just basically ways that that ring domain can actually

11:07  22   talk to the outside world besides the cores.

11:07  23        Q.   And where should I place that in this diagram?

11:07  24        A.   So you can place that in the white area, kind of off

11:08  25   to the right there.

844

11:08  1      Q.   Next up we have "Supporting Circuitry."  What is

11:08  2  that?

11:08  3      A.   So this is just miscellaneous components that are

11:08  4  needed to run the ring, like the clock circuitry, thermal

11:08  5  sensors and other components.  And you can just place that in

11:08  6  that remaining white space there.

11:08  7      Q.   Now, to be clear, is this all drawn to scale?

11:08  8      A.   No.  This is -- the die photo that you showed earlier

11:08  9  is actually to scale.  This is sort of just a representation in

11:08 10  blocks that's not to the same scale.

11:08 11      Q.   Next up we have the "C6 SRAM."  Is this what we've

11:08 12  talked about a bit?

11:08 13      A.   Yes.  It is.

11:08 14      Q.   And remind us one more time, what is it?

11:08 15      A.   So that is a memory that can hold information for one

11:08 16  of the cores when it needs to go to a low power mode.

11:08 17      Q.   And where would it be located here?

11:08 18      A.   So that would be one associated one -- with one of

11:08 19  the cores.  So you can just tuck it up at the top, you know,

11:09 20  maybe next to Core 4 there.  And, you know, it's a little

11:09 21  bigger than it would be normally, I think.  There's about a 50x

11:09 22  size difference there, but -- otherwise you wouldn't be able to

11:09 23  read it.

11:09 24      Q.   When you say "50x size difference," you're comparing

11:09 25  the C6 SRAM to what?

11:09   1        A.   To the last-level cache.

11:09   2        Q.   This big green rectangle?

11:09   3        A.   Yes.

11:09   4        Q.   Now, everything that we put down here so far,

11:09   5   starting with this purple rectangle and going down below, this

11:09   6   is all within the ring domain; is that right, sir?

11:09   7        A.   That is correct.

11:09   8        Q.   And how does each of these components in the ring

11:09   9   domain receive power during operation?

11:09  10        A.   Sure.  So in Haswell, we actually integrated a power

11:09  11   source right in the die.  And so there's one of those power

11:09  12   source blocks, we call it FIVR, fully integrated voltage

11:09  13   regulator, and that would provide the power for that ring

11:10  14   domain.

11:10  15        Q.   So I have here a component labeled "VCCR."  What is

11:10  16   that?

11:10  17        A.   So that's an acronym.  It really just stands for

11:10  18   voltage for the ring domain.  That's why it's VCCR.  And that

11:10  19   would represent the regulator that supplied power to the ring

11:10  20   domain.

11:10  21        You can stick that, you know, kind of off to the right.

11:10  22   Right about there, yep.

11:10  23        Q.   And is that a type of FIVR?

11:10  24        A.   Yes, that is.

11:10  25        Q.   Next we have VCCIO.  What is that?

11:10  1      A.   So that is another type of regulator like we had been

11:10  2  talking about.  And that supplies power to a lot of things that

11:10  3  aren't actually shown on this diagram.  But that will also

11:10  4  supply power to the power supply mux that we had talked about

11:10  5  earlier for the C6 SRAM.

11:10  6      So you can, you know, put that maybe down below a little

11:11  7  bit -- a little bit more down there, because we have to add

11:11  8  another component.

11:11  9      Q.   Next, sir, we have a component that looks sort of

11:11  10  like a dial.  What is that?

11:11  11      A.   So that would actually represent that power mux or

11:11  12  switch.  Looks like a dial because you can literally just

11:11  13  switch between two different sources of power.  And in this

11:11  14  case -- yep, you put it right there because it can switch

11:11  15  between those two.

11:11  16      Q.   And before we keep going, just to make sure we're

11:11  17  clear here, this VCCR power supply supplies the entire ring

11:11  18  domain; is that right?

11:11  19      A.   That's correct.

11:11  20      Q.   And the VCCIO power supply, what does that supply

11:11  21  power to?

11:11  22      A.   It supplies power to the power mux, and then a bunch

11:11  23  of other components that we don't have here, how the chip talks

11:11  24  to the outside world.

11:11  25      Q.   But one of the things it supplies power to is the C6

847

11:11  1   SRAM?

11:11  2        A.   Yes.  Through the mux, that's correct.

11:11  3        Q.   Is it just for the C6 SRAM?

11:11  4        A.   In this particular block, that is correct.

11:11  5        Q.   Now, how many power supplies are there in total in

11:12  6   the entire Haswell processor?

11:12  7        A.   I believe Haswell has ten different power supplies

11:12  8   integrated.

11:12  9        Q.   We're just looking at two of them?

11:12  10       A.   Yes.

11:12  11       Q.   Next, sir, we have a pink rectangle here, PCU.  What

11:12  12  is that?

11:12  13       A.   So the PCU, we call it power control unit or

11:12  14  sometimes package control unit.  And that actually controls all

11:12  15  of the power functions in the processor, voltage and frequency.

11:12  16  And it also controls the operation of that switch that you have

11:12  17  there.  So you can place that next to the switch.

11:12  18       Q.   Now, when these power supplies are not being used and

11:12  19  some of the components are powered down, what happens?

11:12  20       A.   So if a power supply is not being used, its voltage

11:12  21  is off.  It's kind of floating.

11:13  22       And then the components that are on it can't actually do

11:13  23  anything because they're not receiving any power.

11:13  24       MR. MUELLER:  Your Honor, before I go further, I just want

11:13  25  to label this completed board as DDX-5.5.

11:13    1          THE COURT:  And it's a demonstrative, correct?

11:13    2          MR. MUELLER:  Yes, sir.

11:13    3    BY MR. MUELLER:

11:13    4      Q.   So, Mr. Douglas, I want to ask you some details

11:13    5    about, as a factual matter, how this works, okay?

11:13    6      A.   Okay.

11:13    7      Q.   How does the PCU right here interact with the C6 SRAM

11:13    8    box?

11:13    9      A.   Okay.  So the PCU has a command that it can issue

11:13   10    that essentially switches a wire that goes to the mux, and it

11:13   11    can cause it to change from one with power source to another

11:13   12    power source.

11:13   13      Q.   Now, the mux is represented by this dial right here?

11:13   14      A.   That's correct.

11:13   15      Q.   When the ring domain is powered on using the VCCR --

11:14   16    actually, sorry.  Why don't we do it this way.  If you'd use

11:14   17    your touch screen again.

11:14   18      A.   Sure.

11:14   19      Q.   And why don't you show the ladies and gentlemen of

11:14   20    the jury how power supply works in this architecture when the

11:14   21    VCCR is supplying power?

11:14   22      A.   Sure, yeah.  So it's supplying electricity like a

11:14   23    wire might in your house.  And so what I'm going to do is draw,

11:14   24    you know, just a line that's kind of going -- well, it's kind

11:14   25    of tiny -- over to the ring.  And I drew it into that gray box.

11:14  1    It's actually going to everything in there.

11:14  2          And then also power would flow to the switch.  You can see

11:14  3    that switch is in the up position pointing to the VCCR.  And

11:14  4    then it would flow from the switch into the C6 SRAM.

11:14  5          Q.   Now, are there instances where the switch is flipped?

11:14  6          A.   Yes, there are.

11:14  7          Q.   And when would that happen?

11:14  8          A.   So that happens when the processor goes into a

11:15  9    power-savings mode.  Sometimes we call them sleep modes.

11:15  10         Q.   What causes the switch to flip?

11:15  11         A.   The switch will be flipped when the PCU, you know,

11:15  12   essentially it receives instructions and knows that it can go

11:15  13   into one of these sleep modes.  And when it can do that, then

11:15  14   it will the flip that switch.

11:15  15         Q.   Now, sir, if you could take down whatever writing you

11:15  16   have on the touch screen.  And let's flip the switch to the

11:15  17   VCCIO.  And if you could show the ladies and gentlemen of the

11:15  18   jury using the touch screen what happens when the switch is

11:15  19   flipped.

11:15  20         A.   Sure.  So I'll do a different color here.  So when

11:15  21   the switch is flipped, power's flowing from the VCCIO through

11:15  22   the switch to the C6 SRAM.  But I'm not drawing a line because

11:15  23   no power is flowing from the VCCR to the rest of the ring.

11:15  24         Q.   You can take that writing down.  I'm going to ask you

11:15  25   a couple more questions.  Let's flip it back to the VCCR.

11:16  1      Sir, is the amount of power supplied by the VCCR to the

11:16  2   ring domain always the same?

11:16  3      A.   No, it's not.

11:16  4      Q.   Why not?

11:16  5      A.   So just very much like a person can walk and they can

11:16  6   run and they can sprint, there's different amounts of things

11:16  7   that you need to do in the ring.  So if you don't need to do

11:16  8   much, it might go at kind of a walking speed, that's less

11:16  9   power.

11:16 10      If you need to do a whole bunch, like you need to get

11:16 11   somewhere fast, you might sprint.  And then that's going to

11:16 12   supply a whole lot of power to the ring.

11:16 13      Q.   Different power supply levels?

11:16 14      A.   Different voltage levels and different amounts of

11:16 15   power, yes.

11:16 16      Q.   And what are the variables in analyzing the power

11:16 17   supply levels for the VCCR?

11:16 18      A.   Sure.  The two primary variables are voltage, that I

11:16 19   had mentioned.  That's the electrical voltage level it's at.

11:16 20   Like, say, 12 volts from your car battery, right?  And then

11:17 21   frequency, which is what frequency or clock speed that the ring

11:17 22   is operating at.

11:17 23      Q.   Sir, I want to ask you about the facts with respect

11:17 24   to these power supply levels from the VCCR, okay?

11:17 25      A.   Okay.

851

| | | |
|---|---|---|
| 11:17 | 1 | Q.   Now, I'm going to put this board aside for a moment. |
| 11:17 | 2 | And I want, if you could, to give -- I'd like to ask you to |
| 11:17 | 3 | give the ladies and gentlemen of the jury some examples of |
| 11:17 | 4 | power supply levels fed by the VCCR.  Do you have that in mind? |
| 11:17 | 5 | A.   Yes. |
| 11:17 | 6 | Q.   So what is one example you can give us? |
| 11:17 | 7 | A.   Sure.  So the -- |
| 11:17 | 8 | Q.   I'm sorry.  Before I start, let me just sketch those |
| 11:17 | 9 | same two variables that you mentioned. |
| 11:17 | 10 | A.   Sure.  I was going to tell you to do that. |
| 11:17 | 11 | Q.   So you said voltage and frequency? |
| 11:17 | 12 | A.   Yes. |
| 11:17 | 13 | Q.   Okay. |
| 11:17 | 14 | A.   Okay.  I think it's slightly off the camera.  They |
| 11:17 | 15 | can't see the bottom. |
| 11:17 | 16 | Q.   There we go. |
| 11:18 | 17 | A.   Good. |
| 11:18 | 18 | Q.   All right, sir.  So this shows voltage going up and |
| 11:18 | 19 | frequency going up.  Do you see that? |
| 11:18 | 20 | A.   Yes. |
| 11:18 | 21 | Q.   So within this, can you give us one example of a |
| 11:18 | 22 | power supply level from the VCCR? |
| 11:18 | 23 | A.   Sure, yeah.  So one level it can operate at is if I |
| 11:18 | 24 | mentioned that like the walk speed, that lowest power level, |
| 11:18 | 25 | and we would actually call that -- for shorthand we would call |

11:18  1  that VF 0 for the lowest voltage frequency.

11:18  2       Q.  Is that sometimes called ring RF voltage zero?

11:18  3       A.  Yes, that's correct.  Yeah.

11:18  4       And so don't place it on zero, because it's not zero.

11:18  5  Just place it up and to the right there.  Yes.

11:18  6       Q.  So I've written "Ring_VF."  "Ring_VF_Voltage_0."  Do

11:19  7  you see that, sir?

11:19  8       A.  Yes.

11:19  9       Q.  What is that?

11:19  10      A.  So that is the lowest operating voltage and frequency

11:19  11  for the ring when it doesn't have much work to do.

11:19  12      Q.  Can you give us another example of the power supply

11:19  13  level in the VCCR?

11:19  14      A.  Sure.  So we can move on to, say, the running speed

11:19  15  when we have a fair amount of work that we want.  And so you

11:19  16  could put another dot up and to the right.

11:19  17      Q.  And what is that?

11:19  18      A.  So that we could call "ring_VG_voltage_0."  That's

11:19  19  where I can sustain a fair amount of work going on in the ring.

11:19  20      Q.  What is Ring_VF_Voltage_1 used for, sir?

11:20  21      A.  So again, that's used for when the ring has a fair

11:20  22  amount of work to do for a long amount of time.

11:20  23      Q.  And how do the voltage and frequency of

11:20  24  Ring_VF_Voltage_1 compare to the voltage and frequency of

11:20  25  Ring_VF_Voltage_0?

11:20  1     A.   They are both higher.

11:20  2     Q.   Can you give us another example of a power supply

11:20  3  level in the VCCR?

11:20  4     A.   Sure.  We can go to that sprint level that I was

11:20  5  talking about.  And so you can draw another dot quite a bit

11:20  6  higher in voltage and just a little bit higher in frequency

11:20  7  there.  And then again, you can label that Ring_VF_Voltage_2.

11:20  8     Q.   And what is that used for?

11:20  9     A.   So again, like sprinting, that's used for when you

11:20  10  have an awful lot of work to do for a fairly short amount of

11:21  11  time, so again higher in voltage and higher in frequency.

11:21  12     Q.   Higher frequency and higher voltage compared to the

11:21  13  other two levels?

11:21  14     A.   That's correct.

11:21  15     Q.   Now, these power levels, how are they actually stored

11:21  16  in the circuitry of Intel chips?

11:21  17     A.   So that information is stored in a type of memory we

11:21  18  call fuses.

11:21  19     Q.   What is a fuse?

11:21  20     A.   So a fuse -- it's not like what you have in your

11:21  21  house.  It's a type of memory that can store information, but

11:21  22  it never loses its value even if it's removed from power.

11:21  23     Q.   So let me go back to DDX-5.5 for just a moment.  And,

11:21  24  sir, if you could, using the touch screen, could you show us

11:21  25  where power levels that we just looked at come from in this

11:21  1   circuit diagram?

11:21  2       A.   Sure, yeah.  So again, the power itself is coming

11:21  3   from the VCCR over to the ring domain.  And then the control

11:22  4   for the voltage and the frequencies that you want to operate,

11:22  5   that is actually coming from the PCU, right?  So it's going to

11:22  6   control the voltage for that VCCR ring.  And then the frequency

11:22  7   is going to go into that supporting circuitry there.

11:22  8       Q.   So there's three power supply levels that we just

11:22  9   looked at, Ring_VF_Voltage_0, Ring_VF_Voltage_1,

11:22  10  Ring_VF_Voltage_2.  Are those actually output to the ring

11:22  11  domain during operation?

11:22  12      A.   Yes.  Those voltages are actually output and then

11:22  13  those frequencies are actually used by the clock.

11:22  14      Q.   And is the ring domain and the components in it

11:22  15  operational when those voltages are supplied?

11:22  16      A.   Yes.  Fully operational.

11:22  17      Q.   Now, I think you may have touched on this earlier,

11:22  18  but ring_voltage_0, does that mean zero electricity?

11:22  19      A.   No, it doesn't.  We just number them sequentially

11:22  20  zero, one, two.  It's actually at a specific voltage.

11:22  21      Q.   Now, are you familiar -- well, withdrawn.

11:22  22      We just talked about the C6 SRAM and the components in it.

11:23  23  The additional components in the ring domain in the Haswell

11:23  24  processor, right?

11:23  25      A.   Yes.

855

11:23  1       Q.   How does that compare with the Broadwell processor?

11:23  2       A.   So you could use this exact same diagram for the

11:23  3  Broadwell processor.

11:23  4       Q.   And in the Broadwell processor, does the VCCR

11:23  5  supply -- looks like the diagram may not be coming up here.

11:23  6  I'll just hold it up to make sure.  Does the VCCR supply these

11:23  7  same power levels to the ring domain in the Broadwell

11:23  8  processor?

11:23  9       A.   Yes.  It does.

11:23 10       MR. MUELLER:  And, Your Honor, I'm going to label this as

11:23 11  a demonstrative, DDX-5.6.

11:23 12       THE COURT:  Okay.

11:23 13  BY MR. MUELLER:

11:24 14       Q.   Now, was Haswell the first Intel product to include a

11:24 15  C6 SRAM?

11:24 16       A.   No.  It was not.

11:24 17       Q.   How many earlier generations of Intel products

11:24 18  included a C6 SRAM?

11:24 19       A.   The Penryn family of microprocessors and its

11:24 20  derivatives and the Nehalem family of processors and its

11:24 21  derivatives.

11:24 22       Q.   And when did Intel first design the Penryn

11:24 23  microprocessors that contained a C6 SRAM?

11:24 24       A.   That design started in around 2004.

11:24 25       Q.   And what was the design of the C6 SRAM in Penryn?

11:24 1      A.   So the C6 SRAM again was similar.  It was a small bit

11:24 2  of memory that could store information.

11:24 3      In Penryn that SRAM was permanently connected to their IO

11:24 4  supply and didn't have a mux associated with it.

11:24 5      Q.   And in Nehalem when did Intel design the C6 SRAM

11:25 6  feature in that family of processors?

11:25 7      A.   So that was started in 2004 to 2005.

11:25 8      Q.   And what was the design of the C6 SRAM in those

11:25 9  chips?

11:25 10     A.   So in those chips they also had a small amount of

11:25 11 memory dedicated for the C6 functions.  They had a power switch

11:25 12 which functioned substantially similar to a power mux from the

11:25 13 Uncore voltage there and then a gated version of the Uncore

11:25 14 voltage.

11:25 15     Q.   So as a general matter, how did the C6 SRAM design in

11:25 16 Broadwell and Haswell on the one hand compare to the C6 SRAM in

11:25 17 the earlier Penryn and Nehalem processors on the other hand?

11:25 18     A.   It served the same purpose across all of those.

11:25 19     Q.   In Penryn and Nehalem, could the C6 SRAM retain data

11:25 20 while the other components in the processor were powered down?

11:25 21     A.   Yes.

11:25 22     Q.   In Penryn and Nehalem, could the cores all be powered

11:25 23 off?

11:25 24     A.   Yes.  They could.

11:25 25     Q.   So in Penryn and Nehalem, C6 SRAM could retain data

11:26   1   while the core and other components were powered off?

11:26   2       A.   Yes.  That's correct.

11:26   3       Q.   And that was without an SRAM power multiplexer?

11:26   4       A.   For Penryn and then Nehalem had the power switch,

11:26   5   which was similar but not quite the same.

11:26   6       Q.   Now, has Intel been using sleep states and chips even

11:26   7   before Haswell and Broadwell?

11:26   8       A.   Yes.

11:26   9       Q.   For how long?

11:26   10      A.   I remember back as far as Penryn again, so Penryn and

11:26   11  everything after that had these sleep states implemented.

11:26   12      Q.   Now, sir, I'd like you to focus, if you could, on

11:26   13  some products that came after Haswell and Broadwell, the Lake

11:26   14  series processors.  Do you have those in mind?

11:26   15      A.   I do.

11:26   16      Q.   Those are named after various lakes in North America?

11:26   17      A.   Or elsewhere in the world.  I don't know exactly.

11:26   18      Q.   And do those products have C6 SRAM?

11:26   19      A.   Yes.  They do.

11:26   20      Q.   Do those products use sleep states?

11:26   21      A.   Yes.  They do.

11:27   22      Q.   Do those products have something called a Package C7

11:27   23  sleep state?

11:27   24      A.   Yes.  They all do.

11:27   25      Q.   Now, those products are not accused by VLSI of

11:27  1  infringing the '373 patent, are they?

11:27  2      A.   That's my understanding.

11:27  3      Q.   Now, in these processors that we're talking about,

11:27  4  let's focus on Haswell and Broadwell.  Do you have those in

11:27  5  mind?

11:27  6      A.   I do.

11:27  7      Q.   Is there a retention voltage in those chips?

11:27  8      A.   There is.

11:27  9      Q.   What is it?

11:27  10     A.   So that's the voltage where the entire ring domain

11:27  11  can just idle.

11:27  12     Q.   I'm sorry?

11:27  13     A.   It's where the entire ring domain can just sit idle.

11:27  14     Q.   What does that mean "to be idle"?

11:27  15     A.   Just like you would idle your car.  You know, you're

11:27  16  just sitting there not really doing anything.

11:27  17     Q.   For the Haswell and Broadwell processors, did you and

11:27  18  your colleagues identify the lowest retention voltage for the

11:27  19  C6 SRAM?

11:27  20     A.   No.

11:27  21     Q.   Why not?

11:27  22     A.   So Intel has to ship out hundreds of millions of

11:28  23  these units, and it can take a lot of time, you know, in that

11:28  24  process for each unit when it manufactures it.

11:28  25         And so if you remember, I talked about there are thousands

11:28  1   of components in there.  So it's literally not practical to go

11:28  2   to every single component and try and find, you know, where it

11:28  3   might work and where it might not work.  So everything is

11:28  4   basically tested as the entire domain for whether it works or

11:28  5   not.

11:28  6         Q.   Now, sir, you were aware of a fuse -- remind us again

11:28  7   what a fuse is.

11:28  8         A.   Sure.  A fuse is just a type of memory that stores

11:28  9   information that -- it keeps its value even if power's taken

11:28 10   away.

11:28 11         Q.   And are you aware of a fuse in these chips called the

11:28 12   RING_RETENTION_VOLTAGE?

11:28 13         A.   Yes.  I am.

11:28 14         Q.   What is it?

11:28 15         A.   So that's the voltage that the PCU can set the ring

11:28 16   at in the Package C3 state when it's idle, it's not doing

11:28 17   anything.

11:28 18         Q.   What is the relationship between the

11:28 19   RING_RETENTION_VOLTAGE and C6 SRAM in these chips?

11:29 20         A.   There's none.

11:29 21         Q.   Now, let me go back to DDX-5.6 for a moment and put

11:29 22   on the -- these are the power supply levels from the VCCR; is

11:29 23   that right, sir?

11:29 24         A.   Yes.

11:29 25         Q.   And do you know how the RING_RETENTION_VOLTAGE

11:29  1   compares to these from a power supply level perspective in

11:29  2   these chips?

11:29  3        A.   Yes.  I do.

11:29  4        Q.   I'm going to add a plastic overlay here, and if you

11:29  5   could, sir, could you tell me where to draw the

11:29  6   RING_RETENTION_VOLTAGE fuse value on this graph here?

11:29  7        A.   Sure.  So it's when the ring's idle so there's not

11:29  8   really a frequency associated with it so you could just draw a

11:29  9   line -- just draw a line like right underneath that

11:29  10  Ring_VF_Voltage_1, a little higher.

11:30  11       Q.   Right there?

11:30  12       A.   Yeah.

11:30  13       Q.   Did I draw that accurately on DDX-5.6?

11:30  14       A.   Yes.

11:30  15       Q.   And from a perspective of frequency, is the

11:30  16  RING_RETENTION_VOLTAGE power level higher or lower than the

11:30  17  Ring_VF_Voltage_0 level?

11:30  18       A.   Sure.  So that voltage level is higher.

11:30  19       Q.   From a voltage perspective, is RING_RETENTION_VOLTAGE

11:30  20  level higher or lower than Ring_VF_Voltage_0?

11:30  21       A.   The voltage level is higher.

11:30  22       Q.   And in terms of power levels actually used by this C6

11:30  23  SRAM, what is the lowest power level?

11:30  24       A.   That's that Ring_VF_Voltage_0.

11:31  25       Q.   This one here at the bottom?

11:31    1         A.   Yes.

11:31    2         Q.   Now, let's go back to DDX-5.5, but before we do, I

11:31    3    just want you to keep in mind, sir, I'd like to ask you a few

11:31    4    questions about when the chip is in Ring_VF_Voltage_0 level.

11:31    5    Do you have that in mind?

11:31    6         A.   I do.

11:31    7         Q.   So we're going to back to DDX-5.5.  When the VCCR is

11:31    8    supplying Ring_VF_Voltage_0, what is happening within the ring

11:31    9    domain?

11:31   10         A.   Sure.  So the ring is actually operational.  It's

11:31   11    fully operational when that voltage and frequency are being

11:31   12    supplied, so it's doing whatever it's -- you know, has to do or

11:31   13    been instructed to do.

11:31   14         Q.   And when the ring domain is operating at

11:31   15    Ring_VF_Voltage_0, what's happening in the C6 SRAM

11:32   16    specifically?

11:32   17         A.   So in that case, again, that switch is going to be

11:32   18    up, right?  So the power's going to be coming from VCCR, and if

11:32   19    one of the cores is going to go to sleep, when it's at

11:32   20    VF_VOLTAGE_0, it will save its information into that C6 SRAM.

11:32   21         Q.   Back to DDX-5.6.  Now I want to ask you some

11:32   22    questions about the RING_RETENTION_VOLTAGE power level.  Do you

11:32   23    see that, sir?

11:32   24         A.   Yes.

11:32   25         Q.   What is the relationship between the

11:32  1   RING_RETENTION_VOLTAGE power level and the C6 SRAM power

11:32  2   multiplexor function shown in this chip architecture?

11:32  3        A.   There's no relationship.

11:32  4        Q.   What is the relationship between the PCU in this chip

11:32  5   architecture and the RING_RETENTION_VOLTAGE fuse value?

11:33  6        A.   So the PCU can send that value to set the ring

11:33  7   voltage at when the ring is in this package C3 state.

11:33  8        Q.   How, if at all, does the RING_RETENTION_VOLTAGE fuse

11:33  9   value impact the PCU's multiplexer operations?

11:33  10       A.   As you see I've shown here, that switch, not at all.

11:33  11       Q.   And why is there no relationship at all?

11:33  12       A.   Because that switch is only turned when the processor

11:33  13  is going into that Package C7 state when there's going to be

11:33  14  nothing going on in the ring.

11:33  15       Q.   So let's make sure we're clear with the ladies and

11:33  16  gentlemen of the jury.  What specifically causes the PCU to

11:33  17  switch the VCCR or the power supply from the VCCR to the VCCIO?

11:33  18  What in particular causes that switch?

11:33  19       A.   Yeah.  So it's when the PCU wants to put the part

11:33  20  into Package C7, it will send the command to turn that switch.

11:34  21       Q.   So can you just explain the sequence of events that

11:34  22  causes that to happen?

11:34  23       A.   Sure.  Yeah.

11:34  24            So when the PCU is -- knows there's nothing going on in

11:34  25  the chip and the cores are all asleep, and it sees that the

11:34  1   ring doesn't have to do anything either, it can start the

11:34  2   sequence.

11:34  3       So first what it's going to do is it's going to shut off

11:34  4   the clocks in the ring domain so that nothing can happen.  Then

11:34  5   it's going to bring that VCCR voltage down to zero and off

11:34  6   and -- excuse me.  Sorry.

11:34  7       Backing up, prior to that it's going to turn that switch

11:34  8   from VCCR over to VCCIO, and then it's going to turn that VCCR

11:34  9   supply off.

11:34 10       Q.   How many times per second will the processor go into

11:34 11   Package C7?

11:34 12       A.   It really depends on what's going on, but it can

11:34 13   happen, you know, a few times a second.

11:34 14       Q.   Not hundreds of times per second?

11:34 15       A.   No.   That would be very unlikely.

11:35 16       Q.   Now, what happens to the VCCR during this Package C7

11:35 17   sleep state?

11:35 18       A.   Yeah.   So the VCCR has been brought down to zero, and

11:35 19   then it is shut off so it's not providing any power to the ring

11:35 20   domain.

11:35 21       Q.   Now, sir, are you familiar with the term "float"?

11:35 22       A.   Yes.   I am.

11:35 23       Q.   What is the relationship between -- well, let me back

11:35 24   up.   What does float mean?

11:35 25       A.   So float in this case is not like in the pool.   It

11:35  1  means the voltage has no power or voltage connected to it, the

11:35  2  wires, and so they're essentially floating at some

11:35  3  indeterminate voltage.  You don't know what the voltage could

11:35  4  be.

11:35  5       Q.   Does the VCCR float in Package C7?

11:35  6       A.   Yes.  It does.

11:35  7       Q.   And what does that mean with respect to that

11:35  8  component?

11:35  9       A.   So for the components on the ring, they can't be

11:35  10  operational because the voltage is not at any determinate

11:35  11  value.

11:35  12       Q.   Is the VCCR supplying a reliable voltage in that

11:36  13  scenario?

11:36  14       A.   No.  Not at all.

11:36  15       Q.   And what happens to all of the other components in

11:36  16  the ring domain, other than the C6 SRAM, in this Package C7

11:36  17  state?

11:36  18       A.   So they have been shut off and they're not

11:36  19  functional.

11:36  20       Q.   And how long does it take for the VCCR itself to be

11:36  21  turned off?

11:36  22       A.   It's about half of a microsecond.  So a microsecond

11:36  23  is one-millionth of a second.

11:36  24       Q.   During that half of a millionth of a second, is the

11:36  25  VCCR providing a reliable voltage to the ring domain?

11:36  1      A.   No.   It is not.

11:36  2      Q.   Now, is any part of this process referred to as a

11:36  3  ramp?

11:36  4      A.   Yeah.   The process where the voltage goes from where

11:36  5  it's operational down to that floating state is called a ramp.

11:36  6      Q.   Is the VCCR regulating during the ramp-down?

11:36  7      A.   No.   It is not.

11:36  8      Q.   Why not?

11:36  9      A.   Because it's not providing a stable voltage or any

11:37  10  power to the domain.   In fact, it's taking charge off of the

11:37  11  domain.

11:37  12      Q.   And what happens to the circuits in the ring domain

11:37  13  during the ramp?

11:37  14      A.   Again, they have been turned off, so they are not

11:37  15  functional.

11:37  16      Q.   Are they receiving a regulated voltage in that time

11:37  17  period?

11:37  18      A.   No.   They are not.

11:37  19      Q.   Now, let me shift gears a bit.   And I want to ask you

11:37  20  with respect to the Intel processors that you personally have

11:37  21  worked on about the relationship between power and performance

11:37  22  in those chips.   Do you have that subject in mind?

11:37  23      A.   I do.

11:37  24      Q.   Is there a direct correlation in those chips between

11:37  25  a 1 percent increase in power consumption and a 1 percent

11:37   1   increase in performance?

11:37   2       A.   No.   There's no real direct relationship.   In fact,

11:37   3   it depends on so many factors, like whether you're operating in

11:37   4   a battery life mode or whether you're operating at high

11:38   5   performance or somewhere in between.   So there's really no set

11:38   6   relationship at all.

11:38   7       Q.   Last few questions, Mr. Douglas.

11:38   8       In this case VLSI has accused Intel of infringing two

11:38   9   patents.   You understand that, right?

11:38   10      A.   Yes.

11:38   11      Q.   Not going to ask you about the contents of those

11:38   12  patents.   I just want to ask you a couple of very simple

11:38   13  questions.

11:38   14      Had you heard of the '373 patent before this case?

11:38   15      A.   No.   I had not.

11:38   16      Q.   When you and your colleagues were working on the chip

11:38   17  designs that you've described to the jury, at any point in time

11:38   18  in that period had you heard of the '373 patent?

11:38   19      A.   No.   None of us had.

11:38   20      Q.   When was the first time you heard of the '373 patent?

11:38   21      A.   It was in conjunction with this litigation.

11:38   22      Q.   Now, there's another patent in the case, the '759,

11:38   23  and I'm going to represent to you that what's being accused

11:38   24  there is some other architectures that other engineers will

11:38   25  speak to, but have you heard of the '759 patent before this

| 11:39 | 1 | case? |

11:39  1   case?

11:39  2       A.   No.  I had not.

11:39  3       Q.   Thank you, sir.  I have no further questions.

11:39  4       A.   Thank you.

11:39  5       THE COURT:  Counsel?

11:39  6       MR. HATTENBACH:  Thank you, Your Honor.

11:39  7                      CROSS-EXAMINATION

11:39  8   BY MR. HATTENBACH:

11:40  9       Q.   Good morning, Mr. Douglas.

11:40  10      A.   Good morning.

11:40  11      Q.   I feel like this is going to go well because we're

11:40  12   wearing the same outfit today, so...  Roughly the same outfit.

11:40  13      A.   Yes.

11:40  14      Q.   Now, in your direct testimony the only document you

11:40  15   discussed was a document from Intel describing the technology

11:40  16   at issue.  And it's a document that's marked "Intel Top

11:40  17   Secret," correct?

11:40  18      A.   Yes.

11:40  19      Q.   And NXP would never have had access to that document,

11:40  20   correct?

11:40  21      A.   It would be unlikely.

11:40  22      Q.   And VLSI would never have had access to that Intel

11:40  23   top secret document, correct?

11:40  24      A.   It would be unlikely.

11:40  25      Q.   And you're aware that Intel was required to provide

868

11:40   1   that document to VLSI's outside lawyers and experts in this

11:41   2   litigation because a lawsuit was pending, correct?

11:41   3       A.   Yes.

11:41   4       Q.   And in fact, VLSI is not even entitled to be here

11:41   5   today to see the contents of that document under the Court's

11:41   6   protective order, correct?

11:41   7       A.   That's my understanding.

11:41   8       Q.   All right.  Now, you spent a while discussing various

11:41   9   pieces of technology from many years ago at Intel, such as the

11:41   10  Penryn and the Nehalem and there were a variety of others.  Do

11:41   11  you recall that generally?

11:41   12      A.   I do.

11:41   13      Q.   You realize that in this case Intel is not

11:41   14  challenging the validity of VLSI's '373 patent, correct?

11:41   15      A.   I understand that.  Yes.

11:41   16      Q.   And so to be clear, Intel is not claiming that it

11:41   17  made any of the inventions in that '373 patent before

11:41   18  Mr. Bearden and his team of engineers at Freescale did,

11:41   19  correct?

11:42   20      A.   My understanding is that's not quite correct.

11:42   21      Q.   So Intel is making that claim and its expert just

11:42   22  didn't happen to put it in his report or what?

11:42   23      A.   I'm saying Intel is not challenging the validity of

11:42   24  the patent.

11:42   25      Q.   Okay.  Is Intel claiming in this case that it made

11:42  1   the inventions of the '373 patent before VLSI or before

11:42  2   Mr. Bearden and the people at Freescale?

11:42  3       A.   No.

11:42  4       Q.   Thank you.

11:42  5       Now, you're familiar with a component in the Intel Haswell

11:42  6   and Broadwell processors known as FIVR, right?

11:42  7       A.   Yes.

11:42  8       Q.   It's the F-I-V-R block that we were looking at a few

11:42  9   minutes ago?

11:42  10      A.   Yes.

11:42  11      Q.   And that FIVR stands for fully integrated voltage

11:42  12  regulator, right?

11:42  13      A.   That's correct.

11:42  14      Q.   And you agree that FIVR is a voltage regulator,

11:42  15  right?

11:42  16      A.   Yes.

11:42  17      Q.   And using regulated voltage ensures that a circuit

11:42  18  performs predictably and reliably, right?

11:43  19      A.   Yes.

11:43  20      Q.   And you played a role in the creation of FIVR, right?

11:43  21      A.   Yes.  I did.

11:43  22      Q.   And by the way, the Penryn and Nehalem processors you

11:43  23  were discussing, those did not have FIVR, correct?

11:43  24      A.   No.  They had external regulators.

11:43  25      Q.   Thank you.

11:43  1        You're also familiar with a component in Intel's accused

11:43  2    products called the PCU.  I think we saw that on your block

11:43  3    diagram as well, right?

11:43  4        A.   Yes.

11:43  5        Q.   And PCU stands for power control unit, right?

11:43  6        A.   That's correct.

11:43  7        Q.   And the PCU is present in both the Haswell and the

11:43  8    Broadwell, right?

11:43  9        A.   Yes.

11:43 10        Q.   And the PCU is a part of a chip that controls some of

11:43 11    the power management functions, correct?

11:43 12        A.   Yes.

11:43 13        Q.   And in particular, the PCU has the ability to control

11:43 14    the operation of the FIVR domain, right?

11:43 15        A.   Yes.  In some aspects.

11:43 16        Q.   And so, for example, the PCU is responsible for

11:43 17    telling the FIVR when the PCU wants the voltage to ramp down to

11:43 18    zero, correct?

11:44 19        A.   That's correct.

11:44 20        Q.   All right.  Let's talk about that voltage ramping

11:44 21    upwards and downwards.  After the PCU tells the voltage

11:44 22    regulator to ramp down to zero, the process of the FIVR ramping

11:44 23    its voltage down to zero takes some time, right?

11:44 24        A.   Yes.  It does.

11:44 25        Q.   It's not instantaneous, right?

11:44  1        A.    No.   It cannot be.

11:44  2        Q.    And now, the rate at which the FIVR ramps down the

11:44  3   voltage is actually programmable, correct?

11:44  4        A.    Yes.   By Intel.

11:44  5        Q.    Right.   And that rate, that programmed rate, it's

11:44  6   programmed not by anyone, but it's programmed by Intel in the

11:44  7   accused products, right?

11:44  8        A.    That's correct.

11:44  9        Q.    And so in other words, Intel determines how quickly

11:44  10  or how slowly the voltage ramps up and down, right?   That's

11:44  11  what you mean by programmable?

11:44  12       A.    Yes.   It determines that voltage.

11:44  13       Q.    And on the Haswell processor, Intel set that ramp

11:45  14  down rate to be 2 volts per microsecond, right?

11:45  15       A.    Yes.   Approximately.

11:45  16       Q.    So it takes about 500 nanoseconds to ramp down from

11:45  17  1 volt to approximately zero volts in the accused products,

11:45  18  right?

11:45  19       A.    Yes.   That's that half microsecond.

11:45  20       Q.    And then at the conclusion of what I think you called

11:45  21  the Package C7 sleep state, the FIVR will ramp that voltage

11:45  22  back up, correct?

11:45  23       A.    That's correct.

11:45  24       Q.    And that voltage ramp-up process also takes some

11:45  25  time, right?

11:45    1        A.    Yes.  It does.

11:45    2        Q.    In fact, the voltage ramping out of the Package C7

11:45    3    state in the accused processors takes about 2,000 nanoseconds,

11:45    4    right?

11:45    5        A.    The process of ramping the voltage up takes the same

11:45    6    amount of time as ramping it down.

11:45    7        Q.    So 500 nanoseconds?

11:45    8        A.    Yes.

11:45    9        Q.    All right.  And the voltage that we're talking about

11:45   10    as being ramped up, it's called VCCR.  It's that ring voltage

11:46   11    that you referred to earlier, correct?

11:46   12        A.    We were talking generic, but yes.  It happens to the

11:46   13    ring.

11:46   14        Q.    Okay.  And for that 500-nanosecond period after

11:46   15    exiting the Package C7 state, the VCCR voltage is nonzero and

11:46   16    ramping up, correct?

11:46   17        A.    That is correct.

11:46   18        Q.    So in summary, when the processor exits the Package

11:46   19    C7 state, the VCCR voltage begins to ramp up and then continues

11:46   20    to ramp up over a period of time, right?

11:46   21        A.    Yes.

11:46   22        Q.    And similarly when the processor enters the Package

11:46   23    C7 state, the VCCR voltage begins to ramp down and ramps down

11:46   24    for a period of time as well, correct?

11:46   25        A.    That's correct.

11:46   1          Q.   Thank you.

11:46   2          Now, let's turn to a different subject.

11:46   3          Typically, if you're adding a complex circuit to a

11:46   4   processor at Intel, you're going to have a good reason for

11:46   5   doing that, right?

11:46   6          A.   Generally.  Yes.

11:47   7          Q.   You wouldn't just add a complicated circuit to an

11:47   8   Intel processor for no reason, right?

11:47   9          A.   That's generally the case.  Yes.

11:47   10         Q.   Okay.  The voltage ramping we just discussed is

11:47   11  controlled by a circuit called the "ramp controller," right?

11:47   12         A.   That is correct.

11:47   13         Q.   And Haswell and the Broadwell, they both have that

11:47   14  ramp controller inside of them, right?

11:47   15         A.   Yes.  They do.

11:47   16         Q.   And the ramp controller is a pretty complicated

11:47   17  circuit, isn't it, sir?

11:47   18         A.   Not for that function.  It's a pretty straightforward

11:47   19  sequencer.

11:47   20         Q.   Okay.

11:47   21         MR. HATTENBACH:  Let's take a look, Mr. Simmons, if you

11:47   22  could bring up PTX-4454 at Page 33.  I think we're about to

11:47   23  have another video problem here.

11:47   24         THE WITNESS:  Do I open my binder?

11:47   25  BY MR. HATTENBACH:

874

11:47  1        Q.   Yes.  It's in your binder.  It's -- I think it's the

11:47  2  last document, and we're looking at Page 33.

11:47  3        A.   So 4454?

11:48  4        Q.   I believe that's right.  You got it.  There you are.

11:48  5        And so this figure at the top of the page here, this is

11:48  6  the one that you're saying is a pretty straightforward circuit?

11:48  7        A.   Okay.

11:48  8        Q.   The one with --

11:48  9        A.   Give me a second to look at that.

11:48  10        Q.   Sure.

11:48  11        MR. MUELLER:  Your Honor, we ask that the public screens

11:48  12  be turned off for this.

11:48  13        THE COURT:  Okay.

11:48  14  BY THE WITNESS:

11:48  15        A.   Okay.  I've looked at it.

11:48  16  BY MR. HATTENBACH:

11:48  17        Q.   And so your testimony, I believe, was -- I might be

11:48  18  misremembering.  I think you said something about it's a pretty

11:48  19  straightforward circuit, something to that effect?

11:48  20        A.   I said the ramp portion is a pretty straightforward

11:48  21  circuit.

11:48  22        Q.   The rail portion?  What's the rail portion?

11:48  23        A.   The ramp portion.

11:48  24        Q.   Ramp?

11:48  25        A.   Yes.

11:48  1        Q.   Thank you.

11:48  2        And so how many boxes do we see here?

11:49  3        A.   I see one, two, three, four, five, six, seven, eight,

11:49  4   nine, ten, eleven, twelve --

11:49  5        Q.   It's got to be a couple dozen boxes in here, right?

11:49  6   And those are each functional blocks of this circuit that you

11:49  7   call straightforward?

11:49  8        A.   Yes.  Many of them are not involved in the ramp

11:49  9   operation.

11:49  10        Q.   Okay.  The circuit is simply -- the circuit is surely

11:49  11   complicated enough that your counsel wants to prevent the

11:49  12   public from finding out about it, right?

11:49  13        MR. MUELLER:  Your Honor, I object.

11:49  14        THE COURT:  Sustained.

11:49  15   BY MR. HATTENBACH:

11:49  16        Q.   You understand this is confidential to Intel how this

11:49  17   ramp controller is designed?

11:49  18        A.   Yeah.  The entire document is confidential.

11:49  19        Q.   But I'm asking about the ramp controller.  This ramp

11:49  20   controller design is confidential to Intel, and Intel would not

11:49  21   want members of the public knowing about it, right?

11:49  22        A.   Yes.  That and the whole document.

11:49  23        Q.   And you know this ramp controller is squarely at

11:49  24   issue in this case, right?

11:50  25        A.   I was not aware of that.

11:50   1        Q.   Did you hear Professor Conte testifying a couple of

11:50   2   days ago?

11:50   3        MR. MUELLER:  Your Honor, I object.  He's been sequestered

11:50   4   from hearing anyone.

11:50   5        THE COURT:  Correct.

11:50   6        MR. HATTENBACH:  Okay.  That's fine.  He can just answer

11:50   7   now.

11:50   8   BY THE WITNESS:

11:50   9        A.   No.

11:50  10   BY MR. HATTENBACH:

11:50  11        Q.   Now, this ramp controller was not shown on your

11:50  12   magnet board that you presented to the jury, right?

11:50  13        A.   That's correct.

11:50  14        Q.   Okay.  And Intel includes this ramp controller in its

11:50  15   products for a reason, right?

11:50  16        A.   Yes, that's correct.

11:50  17        Q.   The ramp controller makes sure that the FIVR in the

11:50  18   accused products ramps the voltage up and down in a very

11:50  19   carefully controlled way, right?

11:50  20        A.   Yes.  It ramps it at a fixed rate up and down.

11:50  21        Q.   And that fixed rate is very carefully controlled,

11:50  22   right?

11:50  23        A.   Yes.  It's a fixed rate.

11:50  24        Q.   And it's very carefully controlled by Intel, right?

11:50  25        A.   It is set by Intel at a fixed rate.

11:50  1      Q.   And are you disagreeing or agreeing that's it's very

11:50  2   carefully controlled by Intel?  I just want to be clear about

11:50  3   that.

11:50  4      A.   It's math.  So I would not say careful.  It's just a

11:51  5   number.

11:51  6      Q.   Okay.  Intel chose that number, right?

11:51  7      A.   Yes.

11:51  8      Q.   Did Intel choose that number intentionally or

11:51  9   arbitrarily?

11:51  10      A.   It was reasonably intentional.

11:51  11      Q.   Okay.  So to be more specific, Intel's ramp

11:51  12   controller circuitry makes sure that the voltage is ramped up

11:51  13   and down at rates especially chosen by Intel, correct?

11:51  14      A.   Yes.  At rates chosen by Intel.

11:51  15      Q.   And both the starting voltage and ending voltage are

11:51  16   also specially chosen by Intel, right?

11:51  17      A.   Yes.  Those are.

11:51  18      Q.   Okay.  I just have a few more questions.

11:51  19      You're aware of no policy that Intel has that discourages

11:51  20   employees from reading patents, correct?

11:51  21      A.   I'm aware of no policy.

11:51  22      Q.   All right.  The rate we were talking about of ramping

11:52  23   up and down out of the FIVR, that does not vary, correct?  It's

11:52  24   a fixed rate?

11:52  25      A.   Yes.  It was a fixed rate for all processors shipped.

11:52  1      Q.   It's a constant rate?

11:52  2      A.   Yes.

11:52  3      Q.   All right.  And that property of FIVR has not changed

11:52  4  in the processors from Intel that contain FIVR, right?

11:52  5      A.   I believe in here for the VCCR specifically, that's

11:52  6  set the same between Haswell and Broadwell.

11:52  7      Q.   And in those Haswell and Broadwell products, there is

11:52  8  a voltage where if it goes below some point, one or more of the

11:52  9  components within the C6 SRAM could not function properly,

11:52 10  right?

11:52 11      A.   Yeah.  There's a theoretical voltage.

11:52 12      Q.   Well, but in real life there's a voltage below which

11:52 13  in the Broadwell and Haswell products, the C6 SRAM will not

11:52 14  function properly, right?

11:52 15      A.   Yes.  I don't know what that is.

11:53 16      Q.   All right.  And there's another voltage you talked

11:53 17  about called VCCIO.  Do you recall that?

11:53 18      A.   Yes.

11:53 19      Q.   All right.  And that voltage typically tends to be

11:53 20  around 1 volt, right?

11:53 21      A.   Roughly, plus or minus some amount.

11:53 22      Q.   All right.  On the '373 accused products, again

11:53 23  Haswell and Broadwell, there's a FIVR that is supplying voltage

11:53 24  to the CLR domain, right?

11:53 25      A.   Yes.

11:53   1       Q.   I think we saw that on your board, right?

11:53   2       A.   Yep.

11:53   3       Q.   And that's the VCCR voltage, correct?

11:53   4       A.   Yeah.  It supplies that to the whole ring domain.

11:53   5       Q.   Okay.  And there's also in the Haswell and Broadwell

11:53   6   accused products a VCCIO voltage that's being provided by a

11:53   7   FIVR domain, correct?

11:53   8       A.   Yes.  And may I ask you to just come a little closer

11:53   9   to the mic here?  You're tailing off a little.

11:53   10      Q.   Apologies.

11:53   11      A.   Thanks.

11:53   12      Q.   Different question, different topic.

11:54   13      Do you understand that the amount of a reasonable royalty

11:54   14   for use of a patent can be based on the value that use provides

11:54   15   to the company using the patent?

11:54   16      A.   I'm not that familiar with royalties and patent

11:54   17   cases.

11:54   18      Q.   So you don't have that understanding?

11:54   19      A.   I believe that's roughly the case.

11:54   20      Q.   All right.  Thank you, sir.

11:54   21      MR. HATTENBACH:  That's all I have.

11:54   22      THE COURT:  Mr. Mueller?

11:54   23      MR. MUELLER:  Thank you, Your Honor.

11:54   24                        REDIRECT EXAMINATION

11:54   25   BY MR. MUELLER:

11:54  1      Q.   Just a few final questions, Mr. Douglas.

11:54  2      You were shown a document and reference was made to the

11:55  3  number of components on the page.  Do you recall that?

11:55  4      A.   Yes, I do.

11:55  5      Q.   And a suggestion that the number of components showed

11:55  6  it was complicated.  Do you recall that?

11:55  7      A.   I do.

11:55  8      Q.   How many components are in a computer chip like

11:55  9  Haswell?

11:55  10     A.   At the level of the drawing I was shown, that would

11:55  11  be tens of thousands.

11:55  12     Q.   Now, you were asked some questions about the

11:55  13  ramp-down process for the VCCR.  Do you recall those, sir?

11:55  14     A.   I do.

11:55  15     Q.   And let's just make sure we're on the same page.

11:55  16     MR. MUELLER:  I'm going to put DDX-5.5 one more time.

11:55  17  BY MR. MUELLER:

11:55  18     Q.   Let's just set the stage here.

11:56  19     I want you to have in mind a situation where, first, the

11:56  20  voltage is being supplied by the VCCR.  Do you have that in

11:56  21  mind?

11:56  22     A.   I do.

11:56  23     Q.   And then the PCU makes the decision to go into

11:56  24  Package C7 sleep state.  Do you have that in mind?

11:56  25     A.   I do.

881

11:56   1        Q.   What happens in that circumstance?

11:56   2        A.   So in that circumstance it will turn the clocks off,

11:56   3   which we don't show here, and then it will switch that supply

11:56   4   mux over to VCCIO.

11:56   5        Q.   And power is then supplied by VCCIO?

11:56   6        A.   To the C6 SRAM, yes.

11:56   7        Q.   Now, while that's happening, what is the ramp-down

11:56   8   process for the VCCR?

11:56   9        A.   Sure.  So the PCU will give VCCR a target voltage of

11:56  10   zero.  It will tell it to ramp to zero.  So it will do that,

11:56  11   and then it will essentially float the voltage like we had

11:56  12   talked about earlier.

11:56  13        Q.   In this ramp-down process, is it using a ramp-down

11:56  14   because if it just plummeted to zero, it would end up frying

11:56  15   the circuits or decreasing the useful life?  Is that true?

11:57  16        A.   No.  Not at all.  No voltage regulator can plummet

11:57  17   down to zero.

11:57  18        Q.   What happens to the other circuits in the ring domain

11:57  19   during the ramp?

11:57  20        A.   They are shut off, and they're not active at all.

11:57  21        Q.   And is the VCCR supplying a reliable voltage during

11:57  22   that ramp-down period?

11:57  23        A.   No, it is not.

11:57  24        Q.   Just a few final questions, Mr. Douglas.

11:57  25        You were asked a few times about the accused '373

11:57  1    products.  Do you recall that?

11:57  2         A.    I do.

11:57  3         Q.    Now, those are just what's accused, right?

11:57  4         A.    Yes.

11:57  5         Q.    If we look at any of these Intel documents for the

11:57  6    architecture you've been describing, are we going to see a

11:57  7    reference to the '373 patent in those documents?

11:57  8         A.    No.  Never.

11:57  9         Q.    Now, you were asked some questions about a policy

11:57  10   about reading patents from other companies.  Do you recall

11:57  11   that?

11:57  12        A.    I do.

11:57  13        Q.    You've been at Intel 28 years, right, sir?

11:57  14        A.    That's correct.

11:57  15        Q.    Over the years have you made it a personal practice

11:58  16   to read other companies' patents?

11:58  17        A.    No, I have not.

11:58  18        Q.    Why not?

11:58  19        A.    Because I'm focused on innovating and doing my own

11:58  20   design work.

11:58  21        Q.    Where did the ideas in the architecture that you've

11:58  22   explained to the jury come from?

11:58  23        A.    They came from me and my colleagues at Intel.

11:58  24        Q.    And you're proud of your work?

11:58  25        A.    Extremely.

11:58  1          Q.   Thank you, sir.

11:58  2          MR. MUELLER:  I have no further questions.

11:58  3          THE WITNESS:  You're welcome.

11:58  4          MR. HATTENBACH:  Nothing further.

11:58  5     Thank you, Mr. Douglas.

11:58  6          THE WITNESS:  Thank you.

11:58  7          THE COURT:  You may step down.  Thank you, sir.

11:58  8     And may he be released?

11:58  9          MR. LEE:  Your Honor, we would next play a deposition.

11:58 10          THE COURT:  May this witness be released?

11:58 11          MR. LEE:  Yes.

11:58 12          THE COURT:  And, Mr. Hattenbach, may this witness be

11:58 13     released?

11:58 14          MR. HATTENBACH:  Yes.

11:58 15          THE COURT:  You're free to go, sir.  And that means you're

11:58 16     free to really go.

11:58 17          (Laughter.)

11:58 18          THE COURT:  Mr. Lee?

11:58 19          MR. LEE:  I think he actually wants to stay.

11:59 20          THE COURT:  And let me -- if I wasn't clear, you're

11:59 21     welcome to stay as well.  So I'm not telling you you have to

11:59 22     leave.  I'm just saying you may.

11:59 23          THE WITNESS:  Okay.  Thank you.

11:59 24          MR. LEE:  Your Honor, we'll do whatever's best for the

11:59 25     jury and for you.  We have an eight-minute deposition clip.  We

11:59  1  could do that before the lunch hour --

11:59  2      THE COURT:  Let's do it now and get it done and then we'll

11:59  3  go.

11:59  4      MR. LEE:  Ladies and gentlemen --

11:59  5      THE COURT:  Let me take a vote.  Is that okay?

11:59  6      Okay.  Yeah.  Let's do that.

11:59  7      MR. LEE:  We're going to show an eight-minute deposition

11:59  8  clip from one of the inventors of the '373 patent, Shayan

11:59  9  Zhang, who you heard about.  The running time is eight minutes

11:59  10  and 22 seconds.  Six minutes and 32 seconds are allocated to

11:59  11  Intel.  One minute and 51 seconds are allocated to VLSI, so you

11:59  12  have both parties' designations, Your Honor.

11:59  13      THE COURT:  But we're going to round up on both of those.

11:59  14      MR. SLUSARCZYK:  Your Honor, we have objections that are

11:59  15  unresolved to Mr. Zhang's testimony.

11:59  16      THE COURT:  Do you have a transcript of it?

11:59  17      MR. LEE:  Sure.

11:59  18      THE COURT:  If you'll hand it to me, I'll resolve them in

12:00  19  less time than it'll take to play it, I promise you.

12:00  20      Is there a specific question you have an objection to?

12:00  21      MR. SLUSARCZYK:  To the entire thing, Your Honor.

12:00  22      THE COURT:  The entire thing?

12:00  23      MR. SLUSARCZYK:  Yes.

12:00  24      THE COURT:  That'll be overruled.

12:00  25      Mr. Lee, you may play it.

12:01   1        MR. LEE:  Thank you, Your Honor.

12:01   2                    DIRECT EXAMINATION

12:01   3   BY MR. COX:

12:01   4        Q.   Could you please state your full name for the record?

12:01   5        A.   Shayan Zhang.

12:01   6        Q.   And do you understand your testimony here today is

12:01   7   given under oath?

12:01   8        A.   Understand.  Yes.

12:01   9        Q.   Is there any reason that you cannot provide complete

12:01   10  and accurate testimony here today?

12:01   11       A.   I don't think I have any reason.

12:01   12       Q.   VLSI is paying you $360 per hour in connection with

12:01   13  this deposition?

12:01   14       A.   For this one.

12:01   15       Q.   How did you prepare for your deposition today?

12:01   16       A.   I met with my attorney on Saturday and Thursday.  We

12:02   17  discussed for about five, six hours.  Yes.  That's what we --

12:02   18  yes.

12:02   19       Q.   When you're referring to your attorney, are you

12:02   20  referring to Mr. Slusarczyk?

12:02   21       A.   Yes.  Dominik.  Yeah.

12:02   22       Q.   And have you heard of VLSI?

12:02   23       A.   I don't know much about VLSI except the name.

12:02   24       Q.   This lawsuit began on April 11th, 2019.  Did anyone

12:02   25  from VLSI talk to you before the lawsuit started?

886

12:02  1     A.   No.

12:02  2     Q.   Okay.  I'll represent to you that U.S. Patent No.

12:02  3  7,523,373 is a patent that VLSI alleges that Intel infringes.

12:03  4     You are a named inventor on U.S. Patent No. 7,523,373; is

12:03  5  that correct?

12:03  6     A.   Yes.

12:03  7     Q.   Before this lawsuit was filed, did VLSI ever ask your

12:03  8  views on whether Intel infringes U.S. Patent No. 7,523,373?

12:03  9     A.   No.

12:03  10    Q.   In your own words, can you tell me what the invention

12:03  11  of the '373 patent is?

12:03  12    A.   I did not write this document.  I don't remember it.

12:03  13    Q.   The title of the '373 patent is "Minimum Memory

12:03  14  Operating Voltage Technique"; is that right?

12:03  15    A.   It is shown on this paper.  Yes.

12:03  16    Q.   What do the words "minimum memory operating voltage

12:04  17  technique" mean to you?

12:04  18    A.   I did not write this document.  I don't remember the

12:04  19  details.  In general, it can mean different things.  But I -- I

12:04  20  don't remember.

12:04  21    Q.   Dr. Zhang, do you see the abstract on the screen in

12:04  22  front of you?

12:04  23    A.   Yes.  I see it.

12:04  24    Q.   Is that an accurate description of the claimed

12:04  25  invention of the '373 patent?

12:04  1      A.   I did not write it.  I don't remember it.  And I'm

12:04  2  not in a position to interpret the invention.

12:04  3      Q.   Can you tell me what problems you were trying to

12:04  4  solve when you invented the ideas in the '373 patent?

12:04  5      A.   It has been a long time ago.  I don't remember it.

12:05  6      Q.   Are there reasons that a circuit would be improved by

12:05  7  implementing the invention of the '373 patent?

12:05  8      A.   It has been a long time.  I don't remember it.

12:05  9      Q.   Can you tell me anything about how the '373 patent

12:05  10  was different than what came before the '373 patent?

12:05  11      A.   I don't know.  I'm not in a position to interpret

12:05  12  that.

12:05  13      Q.   Did you ever build a product that implemented the

12:05  14  invention of the '373 patent?

12:05  15      A.   I don't remember it.

12:05  16      Q.   Did your co-inventors ever build a product like the

12:05  17  system described in the '373 patent?

12:05  18      A.   No.  I don't remember it.

12:06  19      Q.   You can't tell us what the invention of the '373

12:06  20  patent is, correct?

12:06  21      A.   I did not write a document, and I'm not in the

12:06  22  position to interpret the invention.

12:06  23      Q.   Are you aware of any articles, books or papers that

12:06  24  mention the '373 patent?

12:06  25      A.   No.  I don't remember it.

888

12:06   1       Q.   To your knowledge, has the '373 patent ever been

12:06   2   discussed at any academic or industry conferences?

12:06   3       A.   I don't remember it.

12:06   4       Q.   Did Freescale ever implement the '373 patent in any

12:06   5   products?

12:06   6       A.   No.  I don't know, and I don't remember.

12:06   7       Q.   Did NXP ever implement the '373 patent in any

12:07   8   products?

12:07   9       A.   No.  I don't know.  I don't remember it.

12:07   10      Q.   Has VLSI ever implemented the '373 patent in any

12:07   11  products?

12:07   12      A.   No.  I don't know.

12:07   13      Q.   Are you aware of any product at all that used the

12:07   14  invention described in the '373 patent?

12:07   15      A.   No.  I don't know.

12:07   16      Q.   To your knowledge, has anyone ever taken a license to

12:07   17  the '373 patent?

12:07   18      A.   No.  I don't know.

12:07   19      Q.   In your view, has the '373 patent changed the

12:07   20  microprocessor industry in any way?

12:07   21      A.   No.  I don't know.

12:07   22                          CROSS-EXAMINATION

12:07   23  BY MR. SLUSARCZYK:

12:07   24      Q.   Are you currently employed full time by TSMC?

12:07   25      A.   I'm currently full employed by TSMC.  Yes.

12:08    1    Q.   About how many hours do you work in a typical week as

12:08    2   a full-time employee at TSMC?

12:08    3    A.   Averagely, around 40, 50 hours a week.

12:08    4    Q.   Did you work a full week last week?

12:08    5    A.   Yes.   I worked full week last week.

12:08    6    Q.   And did you work a full week the week before last

12:08    7   week?

12:08    8    A.   Yes.   I worked a full week before last week.

12:08    9    Q.   Do you anticipate working a full week this coming

12:08   10   week at your job as a full-time employee at TSMC?

12:08   11    A.   Yes.   I anticipate I will work the whole week next

12:08   12   week.

12:08   13    Q.   And today is a Saturday, correct?

12:08   14    A.   Yes.   Today is a Saturday.

12:08   15    Q.   And you took several hours out of your day last

12:09   16   Saturday as well to prepare for this deposition; is that

12:09   17   correct?

12:09   18    A.   Yes.   I did.

12:09   19    Q.   You also took time out of your week on Thursday

12:09   20   evening this past week to further prepare for this deposition;

12:09   21   is that correct?

12:09   22    A.   Yes.   I did.

12:09   23    Q.   If you were not here to testify this Saturday, today,

12:09   24   at this deposition, what would you be doing?

12:09   25    A.   For sure I will spend the time with my family.

| | | |
|--|--|--|
|12:09|1|REDIRECT EXAMINATION|
|12:09|2|BY MR. COX:|
|12:09|3|    Q.   And you are in fact being paid $360 an hour for the|
|12:09|4|time you spent preparing for this deposition?|
|12:09|5|    A.   I think I will be paid for my time.  Yes.|
|12:10|6|    MR. LEE:  Your Honor, that completes the deposition clip.|
|12:10|7|    THE COURT:  Thank you.  Got it.|
|12:10|8|    Ladies and gentlemen of the jury, it's a little after|
|12:10|9|12:00.  Why don't -- if you will come back and be in your --|
|12:10|10|wherever it is that they have you -- it used to be as you come|
|12:10|11|through this hallway, there's a jury room in here, which is|
|12:10|12|very tiny.  And so I used to know where you all were at all|
|12:10|13|times and it was much easier for us, but for obvious reasons we|
|12:10|14|have you sitting in places a little larger and you can spread|
|12:10|15|out a little bit more.|
|12:10|16|    So wherever it is they take you during these periods of|
|12:10|17|time, if you'll be back by about 1:20, we'll get started at|
|12:10|18|1:30.  Remembering my instructions not to discuss the case|
|12:10|19|amongst yourselves.|
|12:10|20|    THE BAILIFF:  All rise.|
|12:10|21|    (Jury exited the courtroom at 12:10.)|
|12:11|22|    THE COURT:  You may be seated.|
|12:11|23|    Mr. Chu, is there anything we need to take up at this|
|12:11|24|time?|
|12:11|25|    MR. CHU:  No, Your Honor.|

12:11  1         THE COURT:  Mr. Lee?

12:11  2         MR. LEE:  Your Honor, I just have to state for the record

12:11  3    the JMOL, but we can do that when we come back.

12:11  4         THE COURT:  Why don't -- how long is it going to take?

12:11  5         MR. LEE:  Five minutes.

12:11  6         THE COURT:  Go ahead, please.

12:11  7         MR. LEE:  Okay.

12:11  8         THE COURT:  And thank you for -- I'd forgotten it, so I'm

12:11  9    glad you remembered.

12:11  10        MR. LEE:  So Your Honor --

12:11  11        THE COURT:  And let me interrupt one more time.  I want to

12:11  12   put on the record, again, that the reason for the timing of you

12:11  13   doing it now rather than at the time when Mr. Chu closed was an

12:11  14   accommodation to the Court and that Mr. Chu agreed on behalf of

12:11  15   VLSI, that this, what you're about to say right now, would have

12:11  16   been -- the argument would have been made at the end of VLSI's

12:11  17   case to protect your record.

12:12  18        MR. LEE:  And what I'll do, Your Honor, as I mentioned to

12:12  19   you and Mr. Chu, is I will do it at a very high level, a table

12:12  20   of contents level, and we will file a written motion so the

12:12  21   record is complete and I don't burn our lunchtime

12:12  22   unnecessarily.

12:12  23        So, Your Honor, we would move under Rule 50A for JMOL as

12:12  24   to all issues on which VLSI carries the burden of proof,

12:12  25   infringement, willfulness and damages, that would include

892

| | | |
|---|---|---|
| 12:12 | 1 | direct infringement of the '373 patent.  It would include |
| 12:12 | 2 | literal infringement, because they have failed to meet their |
| 12:12 | 3 | burden of demonstrating infringement of the asserted claims. |
| 12:12 | 4 | The written submission will identify the specific limitations |
| 12:12 | 5 | and absence of proof. |
| 12:12 | 6 | We would also move for JMOL on the Doctrine of Equivalents |
| 12:12 | 7 | for a similar reason, the failure to meet the burden of proof |
| 12:12 | 8 | and to offer the type of linking arguments that are required. |
| 12:13 | 9 | We would move and we'll move specifically for its failure |
| 12:13 | 10 | to carry its burdens on dropped claims for the Haswell and |
| 12:13 | 11 | Broadwell products, and we'll identify them. |
| 12:13 | 12 | We will -- we are moving for JMOL on literal infringement |
| 12:13 | 13 | of the '759 patent for the Lake products that include Intel's |
| 12:13 | 14 | Speed Shift technology or any other processors the essentially |
| 12:13 | 15 | the same structures. |
| 12:13 | 16 | In the written submission, Your Honor, we'll identify the |
| 12:13 | 17 | specific limitations -- I think Your Honor knows them from the |
| 12:13 | 18 | evidence -- that we contend are -- have not been satisfied. |
| 12:13 | 19 | On the Doctrine of Equivalents, we would move for JMOL as |
| 12:13 | 20 | well.  But let me just say that in addition to the failure to |
| 12:13 | 21 | satisfy the burden of proof for the Doctrine of Equivalents |
| 12:13 | 22 | test, one of the issues Your Honor allowed to go to the jury |
| 12:14 | 23 | was the question of prosecution history estoppel.  And given |
| 12:14 | 24 | the amendments made to the claims, we would contend that as a |
| 12:14 | 25 | matter of law they are precluded.  And again, we'll amplify |

12:14  1    that in the written submission.

12:14  2        And similarly for the dropped claims, VLSI failed to meet

12:14  3    its burden of proof, that the Lake products infringe.

12:14  4        On indirect infringement, Your Honor, there was no

12:14  5    evidence to support the direct infringement, so there can't be

12:14  6    any indirect infringement and they haven't offered any evidence

12:14  7    to support independently an indirect infringement claim.

12:14  8        On willfulness, Your Honor allowed both post -- pre-suit

12:14  9    willfulness and post-suit willfulness to go to the jury.  Now

12:14  10   that they've rested, and this is one of the reasons I wanted to

12:14  11   be sure that they rested before we made these motions, there's

12:14  12   no evidence to support a pre-suit willfulness claim nor a

12:15  13   post-suit willfulness claim.

12:15  14       And again, we'll amplify, but I think given the arguments

12:15  15   we've made to Your Honor previously, given the evidence that

12:15  16   came in before they rested, there's nothing to support as a

12:15  17   legal matter or a factual matter those claims.

12:15  18       And, finally, we will move -- we move JMOL for the failure

12:15  19   to meet their burden on the damages claims, the failure to

12:15  20   offer a reliable and tested methodology that can be implemented

12:15  21   in this context.  We will -- we have briefed some of that to

12:15  22   Your Honor before.  We will amplify it in the written

12:15  23   submission.

12:15  24       We'd move for JMOL on all of those issues.

12:15  25       Thank you, Your Honor.

| | | |
|---|---|---|
| 12:15 | 1 | THE COURT: They'll be overruled. And so we will -- |
| 12:15 | 2 | without prejudice to you raising them again at the end of |
| 12:15 | 3 | trial. |
| 12:15 | 4 | MR. LEE: I understand. Yeah. |
| 12:16 | 5 | THE COURT: So -- |
| 12:16 | 6 | MR. LEE: Just have to do it now. |
| 12:16 | 7 | THE COURT: No. I understand. I had a case where the |
| 12:16 | 8 | defendant failed to do what you just did and the plaintiff won |
| 12:16 | 9 | a verdict. And had they preserved their record, I would have |
| 12:16 | 10 | taken the verdict away at the end, but I couldn't because they |
| 12:16 | 11 | didn't think to do that. So I get it. |
| 12:16 | 12 | Is there anything else we need to take up now? |
| 12:16 | 13 | MR. LEE: Nothing, Your Honor, for us. |
| 12:16 | 14 | THE COURT: Mr. Chu? |
| 12:16 | 15 | MR. CHU: There is. And it's up to you, Your Honor. I |
| 12:16 | 16 | mentioned early this morning they have Dr. Rotem who is going |
| 12:16 | 17 | to testify and we have an issue to call to Your Honor's |
| 12:16 | 18 | attention. |
| 12:16 | 19 | THE COURT: What is that? |
| 12:16 | 20 | Yes, sir. |
| 12:16 | 21 | MR. REDJAIAN: Good afternoon. Babak Redjaian |
| 12:16 | 22 | representing VLSI. |
| 12:16 | 23 | THE COURT: Good to see you. |
| 12:16 | 24 | MR. REDJAIAN: Good to see you. |
| 12:16 | 25 | We have an issue with one of the slides that they produced |

12:16  1   last night with respect to Dr. Rotem.  And if I can put that

12:16  2   and show you.

12:17  3        THE COURT:  Sure.  It's easier to use just the -- there we

12:17  4   go.  Or you could just hand it to me.

12:17  5        MR. REDJAIAN:  Maybe that's easier.

12:17  6        THE COURT:  Okay.  And for the record, this is Slide --

12:17  7        MR. REDJAIAN:  PTX-8.4.

12:17  8        THE COURT:  And this will be offered by Intel?

12:17  9        MR. REDJAIAN:  Yes.

12:17  10       THE COURT:  Okay.  Go ahead.

12:17  11       MR. REDJAIAN:  And, Your Honor, it looks like expert

12:17  12  opinion.  It has prior art mention on it.  Mr. Rotem is a fact

12:17  13  witness.  And there's a hearsay document, the thesis that's put

12:17  14  on the timeline.  And it just looks like expert-type slides you

12:18  15  see as a legal conclusion with respect to what's prior art.

12:18  16  And so we --

12:18  17       THE COURT:  And he's an Intel witness?

12:18  18       MR. REDJAIAN:  Yes, Your Honor.

12:18  19       THE COURT:  I mean, an Intel corporate witness, not a --

12:18  20       MR. MUELLER:  We might be able to make this a little bit

12:18  21  easier.  We can take prior art off the slide.  The remaining

12:18  22  facts are all personal knowledge facts.

12:18  23       THE COURT:  I agree.  And it's just a demonstrative, so

12:18  24  I'm okay with the rest of it.  But to the extent, again, for

12:18  25  example, if this gentleman is an Intel corporate person or an

12:18  1  engineer at Intel, he's not going to be discussing prior art or

12:18  2  validity or those type of issues.

12:18  3      MR. MUELLER:  Absolutely not.

12:18  4      THE COURT:  I mean, certainly he can say if he knew about

12:18  5  these patents or not.  I don't perceive that.  But again, VLSI

12:19  6  if they believe that -- are you going to be handling this

12:19  7  witness on cross?

12:19  8      MR. REDJAIAN:  Yes, Your Honor.

12:19  9      THE COURT:  If you believe that this witness veers into

12:19  10  expert world as opposed to an engineer at Intel world, you

12:19  11  object and we'll go question by question, and I'll deal with

12:19  12  it, because I certainly understand what the issue is.

12:19  13      MR. REDJAIAN:  Okay.  Thank you, Your Honor.

12:19  14      MR. MUELLER:  Thank you, Your Honor.

12:19  15      THE COURT:  Oh.  And one final thing which is not for you

12:19  16  two, I've got -- and I started going through the deposition of

12:19  17  Mr. Stolarski -- is with regard to the Fortress issue.  Are the

12:19  18  only areas you care for me to rule on where you had put in red

12:19  19  where it says "Fortress MIL prejudicial"?  Or is it everywhere

12:19  20  where Fortress is mentioned?

12:20  21      There's a lot of stuff, I'll tell you, Mr. Chu, here about

12:20  22  Fortress that is very innocuous that I don't have a problem

12:20  23  with coming in.  I do -- there may be other -- there may be

12:20  24  parts of this I have an issue with, but, you know, the jury's

12:20  25  going to hear -- I'm looking at Page 73, it says "who are these

12:20  1   three people," and then the three people are named.  "And were

12:20  2   at that time they contacted me working for Fortress Investment

12:20  3   Group to my knowledge."  It seems to me that that's just a

12:20  4   fact.  I don't see how that could be prejudicial.

12:20  5       There are -- but that's not my question at the moment.  My

12:20  6   question at the moment is:  Does VLSI object to everywhere

12:20  7   Fortress is mentioned?  That's the question.

12:20  8       MR. HEINRICH:  So I believe our objections -- we had

12:20  9   narrow objections, but I believe that they included every

12:20  10  instance where Fortress was mentioned.

12:21  11      THE COURT:  That's fine.  I will rule, then, on every

12:21  12  instance where Fortress is mentioned.

12:21  13      MR. HEINRICH:  Okay.

12:21  14      THE COURT:  And take that up.

12:21  15      Yes, sir?

12:21  16      MR. CHU:  So there is another upcoming witness, a

12:21  17  Dr. Sylvester.  We'll get to him today and --

12:21  18      THE COURT:  Okay.  Is he an expert or --

12:21  19      MR. CHU:  Yes, he is.

12:21  20      THE COURT:  Okay.

12:21  21      MR. CHU:  And we submitted but would expect the Court

12:21  22  didn't have an opportunity to see our submission yet.  There is

12:21  23  this slide that I have put on the ELMO.

12:21  24      THE COURT:  Why don't you just hand it to me.  Or if it's

12:21  25  up, that's fine.  Go ahead.  I can see it.

12:21    1      MR. CHU:  Okay.  Now Intel dropped its validity case

12:21    2   against the '373 patent.  And what they're doing is highly

12:21    3   prejudicial, because they're trying to suggest to the jury that

12:21    4   the '373 patent is invalid.  As you can see from the slide they

12:21    5   have, it depicts Intel patents predating the '373 patent,

12:22    6   creating a high risk of juror confusion and unfair prejudice to

12:22    7   VLSI.

12:22    8      This slide and related argument and testimony are also

12:22    9   barred by the Court's ruling on MIL 4.3.  So you can see on the

12:22   10   slide they are pointing out specific parts that relate to

12:22   11   claims.  Intel tries to make the argument, well, this is just

12:22   12   state of the art, but they're pointing out specifics of issues

12:22   13   that we are discussing with respect to infringement and the

12:22   14   claim itself.

12:22   15      The only reason to do this is to suggest that the patents

12:22   16   are invalid.

12:22   17      This ends up being, not only from the slide, but from

12:22   18   Dr. Sylvester's expert report, an invalidity analysis or is

12:22   19   strongly suggested --

12:23   20      THE COURT:  Let me ask you this:  Did he give an

12:23   21   invalidity opinion and then you all, Intel, decided not to

12:23   22   maintain an invalidity defense?

12:23   23      MR. LEE:  He did two things, Your Honor.  And Your Honor

12:23   24   may recall that after you ruled on that MIL, at the second --

12:23   25   the next hearing I asked for clarification.  Because I said

12:23  1   that there would be information that would still be relevant to

12:23  2   damages and the value of the patent.  And one of the questions

12:23  3   is the value of the patent over what had existed before.

12:23  4        He also opined on that because he was responding on

12:23  5   damages issues.  So we're not putting this in to demonstrate

12:23  6   invalidity in any way.  We're saying this is the state of the

12:23  7   art.  And then the question is:  What's the value over the

12:23  8   state of the art?

12:23  9        And that happens to include -- and we try to be very

12:23  10  precise because we know Your Honor didn't want us just randomly

12:23  11  picking Intel patents, the Intel patents that would be part of

12:24  12  it.  But this is -- he has given technical -- his expert

12:24  13  report --

12:24  14        THE COURT:  Here's what I'm going to do.  If when you

12:24  15  are -- Mr. Chu, here's what I'm going to do in response to your

12:24  16  objection.

12:24  17        When this issue comes up and the slide comes up, if Intel

12:24  18  makes it clear to the jury that this is not about invalidity --

12:24  19        MR. LEE:  I'll do that.

12:24  20        THE COURT:  -- it has nothing to do with invalidity,

12:24  21  because you are not raising an invalidity defense, then I will

12:24  22  allow this testimony to come in.

12:24  23        MR. CHU:  Your Honor, there is a separate issue --

12:24  24        THE COURT:  Okay.

12:24  25        MR. CHU:  -- that was discussed with Your Honor.  And I

12:24  1   thought the Court's ruling was very clear.  According from what

12:24  2   I believe is the transcript, this was in connection with the

12:24  3   MILs.  Statements that certain patents exist is allowed, but no

12:24  4   need to mention they're Intel patents.  Intel must notify the

12:24  5   Court if they plan to discuss one of their patents.

12:25  6       By the way, that notice didn't occur.  We're providing the

12:25  7   notice because they were complying with the disclosure rules to

12:25  8   opposing counsel.

12:25  9       Continuing on, "Intel is not going to connect, intimate or

12:25  10  say explicitly that the fact that they have patents has any

12:25  11  impact with respect to the value of the patents."

12:25  12      Now, Mr. Lee just said two things.  He said, well, this is

12:25  13  state of the art.  If that's so, no need to say anything about

12:25  14  Intel patents or to call out particular limitations.

12:25  15      And then he just said, oh, well, we have this damages

12:25  16  theory to make this relevant.  And that was directly ruled upon

12:25  17  by the Court.

12:25  18      MR. LEE:  And that's why I came back at the next hearing

12:25  19  to ask Your Honor for a clarification so that we could be sure

12:25  20  that -- and I will make it very clear that we're not pursuing

12:25  21  an invalidity attack, that we're putting this in for the value

12:25  22  of the invention.  And we'll put it in precisely that way.

12:25  23      MR. CHU:  There was no clarification to change the Court's

12:26  24  ruling.  We tried our case and rested relying on that, and now

12:26  25  for them to pop up based on the disclosure of the slides when

12:26  1   the Court was very clear that they needed to bring it to the

12:26  2   attention of the Court in advance.  "Intel must notify the

12:26  3   Court if they plan to discuss one of the patents."  That did

12:26  4   not occur.

12:26  5        THE COURT:  When will this expert go on?

12:26  6        MR. CHU:  I think this afternoon.

12:26  7        MR. LEE:  And, Your Honor, yes, he's going to go right

12:26  8   after lunch.  And one of the things we had intended to raise

12:26  9   this morning is when the patents might arrive with the

12:26  10  different witnesses, but there's a discrete number.  These are

12:26  11  the only two that he's going to be talking about.

12:26  12       THE COURT:  Okay.  Well, I'll think about this over lunch

12:26  13  and I'll give you a ruling after lunch.  But it will be before

12:26  14  that witness goes on.

12:26  15       MR. LEE:  That's fine.

12:26  16       MR. CHU:  Thank you, Your Honor.

12:26  17       THE COURT:  Anything else?

12:26  18       MR. LEE:  Nothing for Intel, Your Honor.

12:26  19       MR. CHU:  Not for us, Your Honor.  Have a nice lunch.

12:27  20       THE BAILIFF:  All rise.

12:27  21       (Recess taken from 12:27 to 1:40.)

01:40  22       THE BAILIFF:  All rise.

01:40  23       THE COURT:  Thank you.  You may be seated.

01:40  24       I thought about the issue we took up right before lunch

01:40  25  over the lunch break.  I'm going to exclude the demonstrative

01:40   1   that Mr. Lee wanted to present.

01:40   2        With regard to questioning in that area, I would be very

01:40   3   cautious, if I were Intel, about mentioning Intel patents, but

01:40   4   I'm going to allow Mr. -- or whoever it is, Mr. Lee or whoever

01:40   5   it is on behalf of Intel to ask the questions.

01:40   6        If VLSI objects to the questions, we'll do it the old

01:40   7   fashioned way, which is you stand up and you say, Your Honor, I

01:40   8   object, and I will rule on it -- I'll rule on the specific

01:40   9   questions, but I'm going to exclude that specific

01:40   10  demonstrative.

01:40   11       I heard there was one issue we needed to take up?

01:40   12       MR. CHU:  I think earlier today I was not in the

01:41   13  courtroom.  It was during the break and Your Honor came in and

01:41   14  said something to the effect you'd like to finish up by Friday

01:41   15  afternoon, and I had a question.

01:41   16       THE COURT:  Oh, no, no, no.  I'm sorry.  If I said I'd

01:41   17  like to finish by -- that's, I'd like to finish by Friday

01:41   18  afternoon.

01:41   19       MR. CHU:  Oh.

01:41   20       THE COURT:  I'm doing my best.  I'm going to do everything

01:41   21  I can to get finished by Friday, but I'm not -- I was only

01:41   22  trying to tell the folks I'm going to go, if we need to, a

01:41   23  little long today, to 5:30 or 6:00 just so if we can finish

01:41   24  tomorrow, we will.  But I'm not -- if we go over to Monday, we

01:41   25  go over to Monday.

01:41   1        If that was -- that was my fault for -- maybe for saying

01:41   2   it the way I did.  Y'all have time limits -- I'm sorry.  Y'all

01:41   3   have time limits, and I'm not revoking those.  Y'all have been

01:41   4   great.  I doubt you all will use your time limits, in fact, and

01:41   5   so there's no goal to get this done by Friday.

01:41   6        Tomorrow after we finish with the trial, we will take up

01:42   7   the jury charge so that we can on Monday when you finish

01:42   8   take -- we really do need to get this to the jury on Monday.

01:42   9   That is for sure.  But I have no goal to land the jet by

01:42   10  5:00 p.m. tomorrow.

01:42   11       MR. CHU:  I just wanted to remind the Court, we do have a

01:42   12  rebuttal case because they have an invalidity position --

01:42   13       THE COURT:  Understood.

01:42   14       MR. CHU:  -- and we haven't addressed that.  We expect

01:42   15  Professor Conte will be addressing that.

01:42   16       They also have a damages case that's based in part on

01:42   17  license agreements, and we have Mark Chandler who's an expert

01:42   18  in that area who'll be responding.  So we at least have those

01:42   19  two rebuttal witnesses.

01:42   20       THE COURT:  I'm -- you all have the time that you have.

01:42   21       MR. CHU:  Thank you.

01:42   22       THE COURT:  I mean, I in no way meant to imply I was

01:42   23  planning on getting this done.  I would like to finish by

01:42   24  tomorrow if we can.

01:42   25       MR. CHU:  Okay.  Thank you very much, Your Honor.

01:42  1    THE COURT:  Mr. Lee?

01:42  2    MR. LEE:  Your Honor, we can take this up later, but on

01:43  3  the rebuttal case, they have the burden on damages.

01:43  4    THE COURT:  I understand.

01:43  5    MR. LEE:  So Mr. Chandler in rebuttal, we can come back to

01:43  6  it.

01:43  7    THE COURT:  We can come back to it.

01:43  8    MR. LEE:  Dr. Conte and invalidity, we anticipate and we

01:43  9  understand completely.

01:43  10    THE COURT:  I understand.

01:43  11    MR. LEE:  On the demonstrative, if I take the Intel

01:43  12  patents off, can I use the demonstrative?

01:43  13    THE COURT:  Mr. Chu?  That -- my recollection from that

01:43  14  demonstrative was it was -- that was the concern and that would

01:43  15  be fine with me.  That would certainly -- that would certainly

01:43  16  cure the concern I have.

01:43  17    MR. LEE:  I'll do that, and I won't ask.  Your Honor,

01:43  18  there will be for some of the subsequent witnesses, the fact

01:43  19  witnesses, they will testify about their own patents that...

01:43  20    THE COURT:  That's -- it kind of -- just, yeah, I get it.

01:43  21    MR. LEE:  Okay.

01:43  22    THE COURT:  Certainly they get to say, I'm an inventor too

01:43  23  and all that.  You know, we'll just have to -- and VLSI can

01:43  24  object.

01:43  25    You know, the point here is to -- the ultimate point here

01:43  1    is to not say, we're Intel and we have a lot of patents and we

01:43  2    wouldn't violate their patents.

01:44  3         MR. LEE:  I understand, and I'm not going to ask

01:44  4    Dr. Sylvester about the patents.

01:44  5         THE COURT:  No, no.  Certainly if your witnesses have

01:44  6    patents, that's part of their life story, and that's fine.

01:44  7         MR. LEE:  Okay.  Thank you, Your Honor.

01:44  8         MR. CHU:  My understanding is there'll be no reference to

01:44  9    patents of any kind with respect to the demonstrative, and if

01:44  10   that's --

01:44  11        THE COURT:  Let me just say, there's nothing in the

01:44  12   demonstrative.  I don't know what -- I don't know what Intel

01:44  13   wants to say.  So it won't be in the demonstrative, and I

01:44  14   discourage discussion at that time of Intel patents.

01:44  15        But I don't know what Intel's going to ask, and I'm not

01:44  16   prejudging that.  Intel can ask a question, and you all can

01:44  17   connect -- I'm not restricting them from what they can say at

01:44  18   this point.  They can ask a question, and as sexy as you all

01:44  19   think this case is, no matter what they ask about a patent,

01:44  20   it's unlikely to be so prejudicial that I can't cure it by just

01:45  21   saying, objection sustained, and the person can move on.

01:45  22        MR. CHU:  Understood, Your Honor.

01:45  23        MR. LEE:  To follow up on Mr. Chu's --

01:45  24        THE COURT:  Yes.

01:45  25        MR. LEE:  -- you would anticipate that we would close on

01:45    1    Monday, sometime Monday.

01:45    2         THE COURT:  I was hoping we could close by tomorrow.  I

01:45    3    was hoping.  But you all have the time that I've given you, and

01:45    4    we'll -- what my plan is is as soon as you all -- as soon as we

01:45    5    finish and that's within the number of hours that I've given

01:45    6    you, we're going to do the closing arguments immediately

01:45    7    thereafter.

01:45    8         And that's why my plan is tomorrow night -- I'm happy to

01:45    9    do the charges tonight.  It's just I know when I was in you

01:45    10    all's chairs, I -- there was a lot of stuff to do.  So I was

01:45    11    hoping if we waited till tomorrow night, we'll work through

01:45    12    everything, and it won't interrupt you all's ability to prepare

01:45    13    for tomorrow's trial.

01:45    14         MR. LEE:  That's great.

01:45    15         MR. CHU:  In connection with the jury charge at the end of

01:45    16    the case, is it Your Honor's preference to do it before or

01:46    17    after closing arguments?

01:46    18         THE COURT:  You know, I'm agnostic.  Other than I grew up

01:46    19    with a judge who did it that way.  I've always done it where I

01:46    20    read it first and let you all argue second.

01:46    21         But if, you know, there's some heartburn about that, I'm

01:46    22    happy to hear it.  But I've always read the jury charge, and

01:46    23    then the lawyers have argued, and then the jury goes back.

01:46    24         MR. CHU:  Thank you.

01:46    25         THE COURT:  That's the way I prefer to do it.

01:46    1          MR. LEE:  And, Your Honor, since I had missed the
01:46    2    30 minutes on the openings, do you have any time limits or
01:46    3    expectations on the closing arguments?
01:46    4          THE COURT:  No.
01:46    5          MR. LEE:  Okay.
01:46    6          THE COURT:  No time limits on the closing.
01:46    7          MR. CHU:  Thank you.
01:46    8          THE COURT:  So I'm going to rethink no time limits on the
01:46    9    openings, but that's -- I'm kidding.  You all both did a great
01:46   10    job.  No.
01:46   11          I think -- I mean, there's a counsel from the Roku trial
01:46   12    in the back, and so I'm afraid whatever I say he might say, I
01:46   13    was there and that's not what happened.  I don't remember
01:47   14    giving them a time limit on their closing arguments in that
01:47   15    case either.  That's my recollection.  And I think they both
01:47   16    did a great job in that case, and that -- and so I'll say this.
01:47   17    You know, if you get to an hour, I'm going to be -- you know,
01:47   18    an hour is a long time frame when to talk.  But really it's --
01:47   19    you would have to really go a long way past 45 minutes, I
01:47   20    think.  I will tell you all, it may not seem like it, but I'm
01:47   21    really trying to help you all.
01:47   22          MR. LEE:  I understand.
01:47   23          THE COURT:  There's just a length of time people can pay
01:47   24    attention to closing arguments, and that's why I'm --
01:47   25    45 minutes seems to be about the right amount.  But I'm not

01:47  1  going to have a clock up here.  You know, I didn't pay any

01:47  2  attention to the clock when you all did the openings.  I just

01:47  3  listened and I thought they were great.

01:47  4      MR. LEE:  And last question.  We would expect, if it was

01:47  5  all right with Your Honor, for Mr. Mueller and I to split the

01:48  6  closing.

01:48  7      THE COURT:  You can do it literally however you want to do

01:48  8  it.

01:48  9      MR. LEE:  Great.  Thank you, Your Honor.

01:48  10     MR. CHU:  Thank you very much, Your Honor.

01:48  11     THE COURT:  Very good.

01:49  12     THE BAILIFF:  All rise.

01:49  13     THE COURT:  Please remain standing for the jury.

01:49  14     (The jury entered the courtroom at 1:49.)

01:49  15     THE COURT:  Thank you all.  You may all be seated.

01:49  16     Ladies and gentlemen, thank you for coming back.

01:49  17     Mr. Lee?

01:49  18     MR. LEE:  Your Honor, ladies and gentlemen of the jury,

01:49  19  our next witness is Dr. Dennis Sylvester.

01:49  20     (The witness was sworn.)

01:49  21                      DIRECT EXAMINATION

01:49  22  BY MR. LEE:

01:50  23     Q.  Dr. Sylvester, let's just do a test, make sure you're

01:50  24  close enough to the mic.

01:50  25     A.  Yeah, test.

01:50  1      Q.   A little closer.

01:50  2      A.   Test.

01:50  3      Q.   Stay as close as you can --

01:50  4      A.   Yep.

01:50  5      Q.   -- for the court reporter.  Okay?

01:50  6      Good afternoon.

01:50  7      A.   Good afternoon.

01:50  8      Q.   Would you introduce yourself to the jury, please?

01:50  9      A.   Sure.  My name is Dennis Sylvester.  I'm a professor

01:50 10  of electrical engineering in computer science at Michigan,

01:50 11  University of Michigan.  I conduct research and teach there and

01:50 12  live in Ann Arbor with my wife and two teenage boys.

01:51 13      Q.   What is your position at the University of Michigan?

01:51 14      A.   So professor of electrical engineering and computer

01:51 15  science.

01:51 16      Q.   How long have you been a professor at the University

01:51 17  of Michigan?

01:51 18      A.   21 years.

01:51 19      Q.   Can you describe your educational background?

01:51 20      A.   Yeah.  So I got my bachelor's degree in electrical

01:51 21  engineering from the University of Michigan in 1995, and then I

01:51 22  went to graduate school and got my master's degree and Ph.D. in

01:51 23  also electrical engineering from the University of California

01:51 24  at Berkeley.

01:51 25      Q.   And what did you do after receiving your Ph.D.?

01:51  1        A.    So I spent about a year working in San Jose,

01:51  2   California for a company called Synopsis.

01:51  3        Q.    What were you doing while working for that company?

01:51  4        A.    So I worked at that time on automatic design of low

01:51  5   power circuits.

01:51  6        Q.    What type of research do you focus upon at the

01:51  7   University of Michigan?

01:51  8        A.    So my research is really about low power integrated

01:51  9   circuits, low power -- low voltage memories, power management

01:52  10  circuits, things like that.

01:52  11       Q.    What classes do you teach?

01:52  12       A.    I teach both graduate classes and undergraduate

01:52  13  classes in digital integrated circuits.

01:52  14       Q.    Have you published any papers related to integrated

01:52  15  circuits?

01:52  16       A.    Yeah.  I published over 500 papers in those topics.

01:52  17       Q.    Have you specifically published any papers related to

01:52  18  power management and low voltage memories?

01:52  19       A.    Yeah.  Quite a few of those were on those topics

01:52  20  specifically.

01:52  21       Q.    And have you received any patents of your own on

01:52  22  integrated circuit technology?

01:52  23       A.    Yeah.  I think I hold 51 patents right now.

01:52  24       Q.    And I'm going to ask you to be immodest on your own

01:52  25  behalf just for a second.  Have you won any awards for your

01:52    1    work?

01:52    2         A.    Yeah.  I've been fortunate enough to win some awards.

01:52    3    Conferences give best paper awards to the top paper at a

01:52    4    conference.  I've won a number of those.  I'm a fellow of my

01:52    5    professional society, the IEEE.

01:52    6         MR. LEE:  Your Honor, we offer Professor Sylvester as an

01:53    7    expert in the field of integrated circuits.

01:53    8         MR. CHU:  No objection.

01:53    9         THE COURT:  He'll be so offered.

01:53   10    BY MR. LEE:

01:53   11         Q.    Professor Sylvester, what have you been asked to do

01:53   12    in this case?

01:53   13         A.    So I was asked to independently assess whether a set

01:53   14    of accused products from Intel infringed upon a specific

01:53   15    patent, the '373 patent.

01:53   16         Q.    What opinion have you reached on that issue?

01:53   17         A.    So my opinion at the end of that analysis is that the

01:53   18    products that are accused do not infringe on this '373 patent.

01:53   19         Q.    Have you prepared a set of demonstratives to help

01:53   20    guide us through your testimony today?

01:53   21         A.    Yes.  I have.

01:53   22         Q.    Are you being compensated for the time you've spent

01:53   23    in this case?

01:53   24         A.    Yes.  I am.

01:53   25         Q.    How much an hour?

01:53   1       A.    $450.

01:53   2       Q.    Does your compensation depend in any way on the

01:53   3   opinions you offer?

01:53   4       A.    No.  It does not.

01:53   5       Q.    Does it depend in any way on the outcome of the case?

01:53   6       A.    No.  Not at all.

01:53   7       Q.    Have you ever testified in court before?

01:53   8       A.    No.  This is the first time.

01:54   9       MR. LEE:  Could I have DDX-7.2 on the screen?

01:54   10  BY MR. LEE:

01:54   11      Q.    Using DDX-7.2, could you describe for us what

01:54   12  materials you reviewed?

01:54   13      A.    Sure.  So the first thing I did, of course, was

01:54   14  thoroughly read the '373 patent in its entirety, but

01:54   15  specifically now focusing on the Claims 1, 5, 6, 9 and 11,

01:54   16  which are the asserted claims in this case.  I also looked at

01:54   17  the prosecution history or file history of the '373 patent, how

01:54   18  it was issued and that process.

01:54   19      I looked at a lot of Intel documentation.  That was

01:54   20  schematics, source code, specification documents, Intel

01:54   21  engineers' depositions over the last summer largely, and then I

01:54   22  also carefully read Dr. Conte's reports as well as his

01:54   23  deposition transcripts.

01:54   24      Q.    Were you present for the testimony of Jonathan

01:54   25  Douglas this morning?

01:54  1        A.   Yes.   I was.

01:54  2        MR. LEE:   Could I have DDX-7.3?

01:54  3   BY MR. LEE:

01:55  4        Q.   Before we get into the specifics of your analysis,

01:55  5   could you remind us at a high level just how the microprocessor

01:55  6   works?

01:55  7        A.   Yeah.   Sure.   So I think you've heard it said a

01:55  8   couple of times already in this case, you know, that the

01:55  9   processor is like the brain of the computing system.   And I

01:55  10  think that's a valid, accurate way of thinking about it.

01:55  11       You know, what we've shown on the right here of this

01:55  12  demonstrative, I've chosen to show the core, which is the --

01:55  13  again, executes the instructions and things like that, does the

01:55  14  actual computations, the memory, which is another major

01:55  15  component on the processor, and then a couple of other things

01:55  16  I'll highlight.

01:55  17       Q.   So the box shown in dark blue is the core?

01:55  18       A.   That's right.

01:55  19       Q.   And the box shown in light blue?

01:55  20       A.   Yeah.   That's the memory.

01:55  21       Q.   And there's a circle between the core and the memory.

01:55  22  What is that?

01:55  23       A.   Yeah.   That's a clock.   It's just meant to indicate

01:55  24  that there is a clock that synchronizes the activities of the

01:55  25  entire processor, or there's multiple clocks often, and the

01:56  1    frequency at which -- or the rate at which the clock runs.  How

01:56  2    fast is an indication of how quickly it can execute the

01:56  3    instructions.

01:56  4        Q.   And there is a battery-shaped rectangle at the

01:56  5    bottom.  What is that?

01:56  6        A.   Yeah.  So that is the power source for the

01:56  7    microprocessor.  There could be multiple voltages being

01:56  8    supplied to the different components, but that's basically

01:56  9    providing power to operate those components.

01:56  10       Q.   What, if any, is the relationship between frequency

01:56  11   and voltage?

01:56  12       A.   So generally that has a relationship where you turn

01:56  13   up the voltage and the frequency can increase, so they kind of

01:56  14   move together in that way.

01:56  15       MR. LEE:  Could I have DDX-7.4 on the screen, please?

01:56  16   BY MR. LEE:

01:56  17       Q.   Do you have that before you?

01:56  18       A.   Yes.

01:56  19       Q.   What does DDX-7.4 show?

01:56  20       A.   So this kind of zooms in a little bit on the memory

01:56  21   because we're going to be talking about that today.  So it

01:56  22   shows you the general structure of what a memory on a processor

01:56  23   looks like.

01:56  24       There's an array of these small squares which are called

01:57  25   bit cells that hold the data.  And then there's other boxes

01:57  1   around the edges which allow the memory to be read from or

01:57  2   written to, for instance.

01:57  3       Q.   What is a bit cell?

01:57  4       A.   So a bit cell is sort of this fundamental unit that

01:57  5   holds a bit of information, a one or a zero.  And a memory is

01:57  6   made up by replicating this bit cell many, many, many times to

01:57  7   hold more data.

01:57  8       Q.   Are all of the bit cells in a memory the same?

01:57  9       A.   So they're nominally the same, which means the

01:57  10  designer, you know, puts down the same thing many times.  But

01:57  11  then when it's actually manufactured, due to variations and you

01:57  12  can't perfectly make them the same every time, there's some

01:57  13  small differences between them.

01:57  14      Q.   You appear to have included multiple copies of the

01:57  15  microprocessor; is that right?

01:57  16      A.   That's right.

01:57  17      Q.   Why?

01:57  18      A.   Well, this is just to indicate the same idea, that

01:57  19  across many chips of course there's, you know, you replicate

01:57  20  the chips many times and -- to sell different ones.  Nominally,

01:58  21  they're all identical, those bit cells, across the chips but

01:58  22  they're again varying a little bit between them as well.

01:58  23      Q.   And are some of those variations a result of

01:58  24  manufacturing variances?

01:58  25      A.   Yeah.  That's right.

916

01:58   1        Q.   It's the same concept we know of -- in manufacturing

01:58   2    almost anything, correct?

01:58   3        A.   That's right.  There's tolerances.  Yeah.

01:58   4        MR. LEE:  Could I have DDX-7.5, please?

01:58   5    BY MR. LEE:

01:58   6        Q.   Why are the bit cells on the right-hand side sized

01:58   7    differently?

01:58   8        A.   Yeah.  So this is meant to kind of indicate that, you

01:58   9    know, because of these variations, the bit cells are going to

01:58  10    come out -- you can visualize them as a little bit bigger or a

01:58  11    little bit smaller than they were supposed to be.  That's one

01:58  12    way to think about it.

01:58  13        And so then here, for example, this memory has, you know,

01:58  14    different size bit cells, slightly, inside of it.

01:58  15        Q.   And what is shown on the left-hand side of the

01:58  16    demonstrative?

01:58  17        A.   So that's the voltage.  I'm eventually going to

01:58  18    animate that, but that's the voltage at which each of those

01:58  19    size bit cells can operate.

01:59  20        Q.   And what is -- withdrawn.

01:59  21        MR. LEE:  If we could have DDX-7.6 on the screen, please.

01:59  22    BY MR. LEE:

01:59  23        Q.   This demonstrative adds something called the "minimum

01:59  24    operating voltage."  Do you see that?

01:59  25        A.   Yes.

01:59  1    Q.   What is the minimum operating voltage of memory?

01:59  2    A.   So that is the memory -- or excuse me -- the voltage

01:59  3  at which if you go below that the memory is no longer able to

01:59  4  function in some way.

01:59  5    Q.   What is the relationship between the minimum

01:59  6  operating voltage for the memory and the minimum operating

01:59  7  voltage for individual bit cells?

01:59  8    A.   Well, because the memory's made up of a lot of

01:59  9  different bit cells and there are differences among those bit

01:59  10  cells, the minimum operating voltage of the memory,

01:59  11  collectively, is set by the bit cells that are going to fail at

01:59  12  the highest voltage, okay?  And I'm going to show an animation

02:00  13  here that kind of shows that process.

02:00  14    Q.   That was my next question.  Have you prepared an

02:00  15  animation that will help illustrate that process for the jury?

02:00  16    A.   Yeah.

02:00  17    MR. LEE:  Could I have DDX-7.7, please?

02:00  18  BY THE WITNESS:

02:00  19    A.   Okay.  So let me just talk through this, I guess.

02:00  20  BY MR. LEE:

02:00  21    Q.   Yes.  Go ahead.

02:00  22    A.   That might be easiest.  So in this case I've now

02:00  23  populated the bit cells with data.  Ones or zeros, like again

02:00  24  that's what they're going to hold.

02:00  25    Now, in this case, the yellow dot on the scale indicates

02:00   1   that the voltage being applied to this memory is fairly high.

02:00   2   It's above that minimum operating voltage line that I've drawn.

02:00   3        Now, this means that if I apply a high enough voltage, the

02:00   4   memory's going to work perfectly, right?  That is what we

02:00   5   expect and the data's all correct here in the memory array, and

02:00   6   I have that green checkbox to say this memory function is just

02:00   7   fine at that voltage.

02:00   8        Now, if you step to the next animation.

02:00   9        Now, if I turn down that voltage, I'm still here at least

02:00   10  as great as that minimum operating voltage, and actually the

02:00   11  memory's still going to work then.  Okay.  And the ones and the

02:01   12  zeros are all correct, and I have that green check still.

02:01   13       Now, if I --

02:01   14       Q.   If we advance the animation?

02:01   15       A.   Yeah.  Advance the animation.

02:01   16       And now we are getting to a point where I'm applying a

02:01   17  voltage of the entire memory that's actually less than the

02:01   18  minimum operating voltage of some of the bit cells, right?

02:01   19       And so you can see now in the array on the right, there's

02:01   20  question marks for those small bit cells.  Those bit cells are

02:01   21  not -- no longer operating.  Those are failing.

02:01   22       The other ones still function.  So the memory's partially

02:01   23  working, but that's not good enough.  We need the whole memory

02:01   24  to work.  So this memory has now failed, and that's why we have

02:01   25  that X.

02:01   1        Q.   And if we advance animation.

02:01   2        A.   Yeah.  And as you continue to reduce the voltage

02:01   3    further, more and more bit cells are going to fail and the

02:01   4    memory is still remaining to be nonfunctional.

02:01   5        MR. LEE:  Now, could I have DDX-7.8 on the screen, please?

02:01   6    BY MR. LEE:

02:01   7        Q.   Using DDX-7.8, could you explain to us, what are the

02:01   8    different types of minimum operating voltages for memory?

02:02   9        A.   Sure.  So the memory kind of has three tasks really.

02:02   10   You need to be able to read data out of the memory, write new

02:02   11   data into the memory, and you need to be able to just hold the

02:02   12   data or retain the data, right?  That's the jobs of the memory.

02:02   13        Each of those tasks has a different complexity or, you

02:02   14   know, a different minimum voltage associated with it, so there

02:02   15   could be a minimum retention voltage and a minimum read and

02:02   16   write voltage, for instance.

02:02   17        Q.   Now, if I look at the voltage regulators in the

02:02   18   center, the voltage regulator for the minimum retention voltage

02:02   19   seems slightly lower than the minimum read/write voltage; is

02:02   20   that right?

02:02   21        A.   Yeah.  That's right.

02:02   22        Q.   And why is that?

02:02   23        A.   Well, you know, in retention, you're just sort of

02:02   24   sitting there holding the data.  It's the easiest task for the

02:02   25   memory to do, okay?  And so, therefore, it requires the least

02:02  1    amount of voltage to do that.  So a minimum retention voltage

02:02  2    is the lowest of these voltages listed here on this slide.

02:02  3        Q.   Now, using the demonstrative, can you explain to us

02:03  4    how to determine a minimum operating voltage of a memory?

02:03  5        A.   Yeah.  So to determine that, you need to really test

02:03  6    the memory.  And to test it is kind of costly in terms of time,

02:03  7    you know, and I've done this before in my own lab.

02:03  8        You have to basically apply voltage for a retention, for

02:03  9    instance, write date into the memory confidently and then

02:03  10   reduce the voltage, let it sit there for awhile, see if it

02:03  11   forgets and wait, you know, bring it back up again, read it

02:03  12   out.  Does it give you the right data?  If yes, you go back,

02:03  13   you do the whole thing again at a lower voltage, and you have

02:03  14   to iterate constantly to do this.

02:03  15       Q.   And does the manufacturing variation of the bit cells

02:03  16   have an effect on what the minimum retention voltage, for

02:03  17   instance, would be?

02:03  18       A.   Yes.  It does.

02:03  19       MR. LEE:  Now, could I have DDX-7.9, please?

02:03  20   BY MR. LEE:

02:03  21       Q.   Is there an everyday analogy --

02:03  22       THE COURT:  Mr. Lee, maybe it's just me, because no one

02:03  23   else seems to have this issue, but could you pull the

02:03  24   microphone just a little closer?

02:03  25       MR. LEE:  Sure.

02:03    1        THE COURT:  That's better.  I can hear you a little

02:03    2   better.  Thank you.

02:04    3        MR. LEE:  Could we have DDX-7.9, please?

02:04    4   BY MR. LEE:

02:04    5        Q.   Do you see that?

02:04    6        A.   Yes, I do.

02:04    7        Q.   Is there an everyday analogy that you could use to

02:04    8   help explain the relationship among the different types of

02:04    9   minimum operating voltages?

02:04   10        A.   Yeah.  So since the -- you know, the second most

02:04   11   popular thing at this trial, besides processors, is vehicles, I

02:04   12   guess we'll stick with vehicles.

02:04   13        So thinking about a car or truck in this case, you know,

02:04   14   retentions like idling.  The engine's running, but it's not

02:04   15   doing really anything else.  And you put that truck in neutral,

02:04   16   and it's going to require some energy from the engine, some

02:04   17   gas, right?  So that's pretty easy.  Now, that's like a

02:05   18   retention voltage, a minimum retention voltage.

02:05   19        Now, if I want to move that truck, it weighs 4,000,

02:05   20   5,000 pounds, it's going to, you know, take more energy, more

02:05   21   power from the engine.  So I put that in gear, that's going to

02:05   22   take more voltage in the case of a memory.

02:05   23        So you can think of that as the minimum read voltage to

02:05   24   move that vehicle in gear.

02:05   25        MR. LEE:  Now, could I have DDX-7.10 on the screen,

02:05  1  please?

02:05  2  BY MR. LEE:

02:05  3      Q.   What is the component that's depicted between the

02:05  4  power source and the memory in this slide?

02:05  5      A.   So that's the voltage regulator, which has been

02:05  6  talked about a little bit in this trial.

02:05  7      Q.   What is a voltage regulator?

02:05  8      A.   So a voltage regulator is a circuit component that

02:05  9  takes in an input voltage and then outputs a different voltage,

02:05  10  an output voltage.  So you have Vin and Vout typically.

02:05  11      Q.   And what is a regulated voltage?

02:05  12      A.   So a regulated voltage is a voltage that's stable and

02:06  13  reliable and basically will remain that way in the face of

02:06  14  environmental changes and things like that.

02:06  15      Q.   How does a voltage regulator work?

02:06  16      A.   So I have a little bit of a blowout here at the

02:06  17  bottom that shows some of the components.  And we don't need to

02:06  18  go into detail on all these or anything, but the general idea

02:06  19  is that you have a target that you're trying to regulate to,

02:06  20  okay?  Like 5 volts.  And you basically have feedback that says

02:06  21  the output voltage is 5 volts, everything's good.

02:06  22      Now, if that voltage starts to move at all, the feedback

02:06  23  quickly changes the control element here to maintain the 5

02:06  24  volts at the output.  So there's this feedback loop that keeps

02:06  25  it always right at 5 volts in my example.

02:06  1      Q.   Why, if at all, is the output of a voltage regulator

02:06  2  not regulated?

02:06  3      A.   Well, there's several scenarios where that would be

02:06  4  the case.  I mean, if I turn the thing off -- if I turn the

02:06  5  control element off altogether, the output could be floating.

02:06  6  That's definitely one example.

02:07  7      When I'm moving from one set point to another set point,

02:07  8  I'm changing the voltage.  It's not stable, right?  It's not

02:07  9  reliably giving you a stable output, so it's not regulated then

02:07 10  either.

02:07 11      Q.   Is there an analogy in our everyday lives that would

02:07 12  help illustrate the operation of a voltage regulator?

02:07 13      A.   Yeah.  So if you click to the next slide.

02:07 14      So this is cruise control.  This is a great example in a

02:07 15  vehicle.  Again, a cruise control is a regulated system where

02:07 16  you're setting a target, which is speed in this case, not

02:07 17  voltage.  But speed, and the car is automatically feeding back

02:07 18  the speed and making sure that when I start to go up a hill, it

02:07 19  adds more throttle response to maintain that speed, right?  So

02:07 20  that same feedback loop is exactly the same concept.

02:07 21      Q.   Now, let's turn to the '373 patent, if we could.

02:07 22      MR. LEE:  Could I have PTX-004, the first page on the

02:07 23  screen?

02:07 24  BY MR. LEE:

02:07 25      Q.   Do you see it?

02:07  1      A.   Yes, I do.

02:07  2      Q.   Would you remind us what the title is?

02:07  3      A.   Yeah.  It's "Minimum Memory Operating Voltage

02:08  4  Technique."

02:08  5      Q.   And the owner was at the time?

02:08  6      A.   Freescale Semiconductor.

02:08  7      Q.   When did you first hear of the '373 patent?

02:08  8      A.   That was in connection with this litigation.

02:08  9      Q.   When you were retained in this case?

02:08  10     A.   That's correct.

02:08  11     Q.   Now, in general terms, what is the subject matter of

02:08  12  the '373 patent?

02:08  13     A.   So this patent deals with a way of using a minimum

02:08  14  operating voltage for a memory.  So determining what that is

02:08  15  and then using that to decide whether it's safe to apply a

02:08  16  voltage to the memory or not.  And then having a second voltage

02:08  17  that you could bring in, if needed, in cases where that first

02:08  18  voltage drops below.

02:08  19     Q.   Now, you understand that the claims determine what

02:08  20  the invention is for a patent, correct?

02:08  21     A.   That's correct.

02:08  22     Q.   Have you read the entirety of the '373 patent?

02:08  23     A.   I have.

02:08  24     Q.   So let's look at a few of the portions that precede

02:09  25  the claims, okay?

02:09  1          A.   Sure.

02:09  2          MR. LEE:   Could I have Column 2, Lines 1 to 7 of the

02:09  3    patent on the screen?

02:09  4    BY MR. LEE:

02:09  5          Q.   Do you see that?

02:09  6          A.   Yes, I do.

02:09  7          Q.   Would you explain to us what is being discussed in

02:09  8    this portion of the patent?

02:09  9          A.   So this is kind of background motivation for the

02:09  10   patent.  It talks about some of the topics we've already

02:09  11   mentioned, voltage and frequency can change.  It also mentions

02:09  12   that the minimum operating voltages for memories may be

02:09  13   different than that from other components, such as the

02:09  14   processors or cores.

02:09  15         MR. LEE:   If we could now focus on Column 2, Lines 17 to

02:09  16   28, please.

02:09  17   BY MR. LEE:

02:09  18         Q.   Do you see that?

02:09  19         A.   Yes, I do.

02:09  20         Q.   What does the patent tell us about minimum operating

02:09  21   voltage in this section?

02:09  22         A.   So this talks about the fact that minimum operating

02:10  23   voltage for a memory can vary from memory to memory or part to

02:10  24   part, you know, which I've also talked about already.

02:10  25         And it also mentions that because there is a different

02:10  1   minimum operating voltage for every memory, not just

02:10  2   part-to-part but even memory-to-memory within chips, actually,

02:10  3   you know, you don't necessarily want to just assume

02:10  4   one-size-fits-all for them. So the patent kind of calls that

02:10  5   out and says that's not a good idea.

02:10  6       MR. LEE: If we could go back to an earlier portion of the

02:10  7   patent in the abstract.

02:10  8   BY MR. LEE:

02:10  9       Q.   Do you have that before you?

02:10  10      A.   Yes, I do.

02:10  11      Q.   Can you tell us what the patent abstract tells us

02:10  12  about the minimum operating voltage technique?

02:10  13      A.   Sure. So, you know, this pretty much spells out some

02:10  14  of the key elements of the invention. It talks about the

02:10  15  determination of a minimum operating voltage for the memory.

02:10  16  It talks about the storage of that in a non-volatile memory

02:11  17  location.

02:11  18      And then it says, "The minimum operating voltage

02:11  19  information can then be used in determining when an alternative

02:11  20  power supply voltage may be switched to the memory or ensuring

02:11  21  that the minimum voltage is otherwise met."

02:11  22      So this is what I referred to earlier where, you know, you

02:11  23  have to decide whether you can apply the first voltage or not.

02:11  24  And if not, you have the second voltage kind of waiting in the

02:11  25  wings.

927

02:11  1       Q.   Are there any figures in the patent that are useful

02:11  2  for illustrating this technique?

02:11  3       A.   Yeah.  Figure 1's very illustrative.

02:11  4       MR. LEE:   Could I have DDX-7.12 on the screen?

02:11  5  BY MR. LEE:

02:11  6       Q.   Have you prepared an animation that will help

02:11  7  illustrate how the invention of the '373 patent works?

02:11  8       A.   Yes, I have.

02:11  9       Q.   Using DDX-7.12 and advancing through it, would you

02:11 10  explain it to us?

02:11 11       A.   Yeah, sure.  So this shows the cover sheet, and this

02:11 12  is Figure 1 shown on the front.  So this shows the components,

02:11 13  really, that are the elements of the invention.

02:12 14       And so if we click first, we'll highlight the memory

02:12 15  array, right?  That's the key here.  The memory has a minimum

02:12 16  operating voltage, as the title of the patent mentions.  And

02:12 17  that minimum operating voltage is determined in some way,

02:12 18  right?

02:12 19       And then if you click to the next one, it is stored.  So

02:12 20  the minimum operating voltage of the memory is stored in these

02:12 21  non-volatile registers.  That means they never forget, right?

02:12 22  You can turn the power off, and it will retain that data.

02:12 23       If we click again, then there are these two voltage

02:12 24  regulators, okay?  And I'm going to call the green one the

02:12 25  first voltage regulator and the orange -- yellow -- yellowish

02:12  1   one, I guess, the second voltage regulator, okay?  So we've got

02:12  2   those components as well.

02:12  3        Now, if we click to the next one, we have a processor, a

02:12  4   core we often call it nowadays.  It's some functional circuit

02:12  5   other than the memory, okay?  That's what the patent typically

02:13  6   calls it, a functional circuit.

02:13  7        Now, if we click again, we see the power supply selector,

02:13  8   okay?  So this has two inputs, right?  Actually, there are two

02:13  9   main inputs and then there's one bit that controls it.  But the

02:13 10   inputs are the two voltage regulators, the outputs, the actual

02:13 11   regulated voltages, right?

02:13 12        And if we click again, I'm going to then go into the

02:13 13   operation of the patent by breaking it into two scenarios,

02:13 14   okay?

02:13 15        So I've repeated -- I've replicated the same figure on

02:13 16   both sides here.

02:13 17        So on the left side, in the scenario where the first

02:13 18   regulated voltage is greater than or equal to the minimum

02:13 19   operating voltage that's been stored.  Then the power supply

02:13 20   selector selects that first regulated voltage in green, if you

02:13 21   click, and provides that to the memory array, at the same time

02:13 22   that the functional circuit, the processor here, also is

02:13 23   provided or is using the first regulated voltage, okay?  So

02:13 24   that's the operation in this scenario.

02:13 25        The other scenario would be, as you might guess, when the

02:14  1  first regulated voltage is less than the minimum operating

02:14  2  voltage.  And that's on the right here.

02:14  3       So if we click on that, we see that, again, the first

02:14  4  regulated voltage, for whatever reason in this scenario, is

02:14  5  really low, okay?  It's lower than the minimum operating

02:14  6  voltage that's stored in the chip.

02:14  7       And if we click again, we cannot apply that green, that

02:14  8  voltage regulator output to the memory, otherwise it will fail.

02:14  9  That's the definition of minimum operating voltage, right?

02:14  10      So instead, the supply selector chooses the second

02:14  11  regulated voltage in orange that's going to be greater than the

02:14  12  first regulated voltage, provides that to the memory array

02:14  13  while the first regulated voltage in green continues to be

02:14  14  provided to or used by the functional circuit.

02:14  15      Q.   Using integers, could you just give us a simple

02:14  16  example of how this would work?

02:14  17      A.   Yeah.  Sometimes it's easiest to think about it with

02:14  18  numbers.  I do that in my classes a lot.

02:14  19      So, you know, for instance, let's say you determine that

02:15  20  the minimum operating voltage of a memory on a particular chip

02:15  21  is 2 volts, okay?  And I'm just using round numbers here.  So I

02:15  22  would store that 2 volts in those registers.

02:15  23      And on the left, if the first regulated voltage that's

02:15  24  being requested here is 3 volts, well, 3 volts is greater than

02:15  25  2, so the memory will work at 3 volts.  So I apply 3 volts to

02:15   1   both the memory and the processor, and they both operate, you

02:15   2   know, with that same voltage.

02:15   3       Now, later maybe I enter a low-performance mode, okay?

02:15   4   Low frequency mode.  And now the first regulated voltage that's

02:15   5   requested is 1 volt.  But 1 volt is less than 2 volts, right?

02:15   6   It's less than the minimum operating voltage of the memory.

02:15   7       So now what happens is the power supply selector switches

02:15   8   over, chooses the second regulated voltage, which let's just

02:15   9   say it's 4 volts or something like that, to apply to the memory

02:15   10  so it can safely operate.

02:15   11      Meanwhile, the 1 volt, the first regulated voltage,

02:15   12  continues to be provided to the processor so it can do its

02:16   13  work.

02:16   14      Q.   Did you hear Dr. Conte testify on Tuesday?

02:16   15      A.   Yes, I did.

02:16   16      MR. LEE:  Could we have Dr. Conte's demonstrative

02:16   17  PDX-4.33?

02:16   18  BY MR. LEE:

02:16   19      Q.   So you recall Dr. Conte using the same Figure 1 in

02:16   20  discussing Figure 1?

02:16   21      A.   Yes.

02:16   22      Q.   Do you recall him suggesting that the '373 patent is

02:16   23  about putting circuits to sleep?

02:16   24      A.   Yeah.  I remember that.

02:16   25      Q.   Do you agree?

02:16   1    A.   No, I don't.

02:16   2    Q.   Why not?

02:16   3    A.   Well, that's not what the patent talks about.  That's

02:16   4    not what it's aimed at.  And it's important that the functional

02:16   5    circuit, which is at the far right here, is really using that

02:16   6    or, you know, is provided a regulated voltage to -- to it to

02:16   7    operate.

02:16   8    Q.   Is the word "sleep" anywhere in the patent?

02:16   9    A.   Not that I could find.

02:16   10   Q.   Now, Professor Sylvester, if I could pull up the

02:16   11   cover page of the '373 patent again, would you remind us the

02:17   12   date when it was filed?

02:17   13   A.   Yeah.  That's August 30th of 2006.

02:17   14   Q.   Now, if I go back to August of 2006, could you tell

02:17   15   the jurors what was the state of the technology back then?

02:17   16   A.   Yeah, sure.  There was a lot of work in this area.  I

02:17   17   was actually doing some of it myself.

02:17   18        There was a lot of work on low voltage memories.  There

02:17   19   was a lot of work on power management techniques, you know, for

02:17   20   mobile chips and things like that.

02:17   21   MR. LEE:  Could I have DDX-7.14, please?

02:17   22   BY MR. LEE:

02:17   23   Q.   Did you help prepare this slide?

02:17   24   A.   Yes, I did.

02:17   25   Q.   Could you tell us what was going on in the 1950s to

02:17   1   the 1970s?

02:17   2       A.   Well, this was the early days, obviously, of the

02:17   3   integrated circuit industry, and so people were developing

02:17   4   ideas rapidly, basics, fundamentals, voltage regulators, how to

02:17   5   build them out of semiconductor-based chips.  Memories, these

02:18   6   were the very first integrated circuit products were actually

02:18   7   memories.  Things like that.

02:18   8       Q.   And as you move forward into the 1990s, what was

02:18   9   happening in the field?

02:18  10       A.   Well, in the '90s we started to think more about

02:18  11   mobile devices, right?  Very early laptops and things like

02:18  12   that.  Battery life became more important, and so as a result,

02:18  13   we cared more about power than ever before.

02:18  14       So people started to do things like try to reduce the

02:18  15   voltages in the chips because voltage is a strong -- or power

02:18  16   is a strong function of voltage.  Okay?

02:18  17       They started to work on switching between power supplies,

02:18  18   you know, when you unplugged your computer, you know, and

02:18  19   things like that, right?

02:18  20       Q.   Now, the filing date of the '373 patent is in August

02:18  21   of 2006, correct?

02:18  22       A.   That's right.

02:18  23       Q.   Now, there's an indication of some work on power

02:18  24   supply switches in mux in the late 1990s.  Can you describe

02:18  25   that to us?

02:18  1      A.   Yeah, this was just, like I said, you know, the idea

02:19  2   of having two different voltage supplies and then switching

02:19  3   between them based on some criteria like unplugging your

02:19  4   laptop.  It might move into a lower voltage state to retain

02:19  5   battery life or something like that.

02:19  6      Q.   So is it correct then that integrated circuits,

02:19  7   memories, voltage regulators, microprocessors, voltage scaling,

02:19  8   power supply switches, muxes were all known and had been worked

02:19  9   on by others before the date of the filing of this patent

02:19  10  application?

02:19  11     A.   Yeah.  Actually, I was doing some work before that

02:19  12  date myself on power supply switching, on very low voltage

02:19  13  memories, minimum operating voltage and memory.  So yes.

02:19  14     Q.   Now, Professor Sylvester, you understand that Intel

02:19  15  has not challenged the validity of the claims -- of the patent

02:19  16  claims in this case, correct?

02:19  17     A.   That's right.

02:19  18     Q.   In your view, is the state of the art and its

02:19  19  development relevant to the value of the patent?

02:20  20     A.   Yes, it is.

02:20  21     Q.   Okay.  Now, did you review the prosecution history of

02:20  22  the patent?

02:20  23     A.   I did.

02:20  24     MR. LEE:  Could I have D-598, please, on the screen?

02:20  25  BY MR. LEE:

02:20  1      Q.   Can you tell us what this is?

02:20  2      A.   Yeah.  So this is the application that the inventors

02:20  3  originally filed for the techniques of the '373 patent.

02:20  4      Q.   Do you recall on Tuesday that I asked Dr. Conte some

02:20  5  questions about the back-and-forth between the applicants and

02:20  6  the Patent Office?

02:20  7      A.   Yes.  I remember that.

02:20  8      Q.   All right.  Now, I asked Dr. Conte about the original

02:20  9  claim that had been applied for in the original application.

02:20  10  Do you recall that?

02:20  11      A.   Yes.

02:20  12      Q.   What did the Patent Office do in response to the

02:20  13  original request for claims?

02:20  14      A.   So they rejected all the claims.

02:20  15      Q.   What did Freescale do after that?

02:20  16      A.   So Freescale amended the claims.  They merged some of

02:20  17  the claims together, added a few requirements to try to narrow

02:21  18  them so that they could be potentially patented.

02:21  19      MR. LEE:  Could I have Pages 73 to 74 of D-598, please?

02:21  20  BY MR. LEE:

02:21  21      Q.   Do you have that page before you?

02:21  22      A.   Yes.  I do.

02:21  23      Q.   And let me ask Mr. Lee to put together from Pages 3

02:21  24  and 4 the proposed claim 11 from Freescale.  Do you see that?

02:21  25      A.   Yes.

02:21   1        Q.   Could you explain to us what is shown on the screen?

02:21   2        A.   Yeah, so this was after the response by the patent --

02:21   3   or the inventors.  They amended the claims that were originally

02:21   4   rejected, and this is a merged version of a couple of the

02:21   5   claims.

02:21   6        Q.   Now, the jury will have this exhibit with them in the

02:21   7   jury room.  What does the underlining mean?

02:21   8        A.   Yeah, so the underlining was actually originally part

02:22   9   of a different claim in the original application.  I believe it

02:22  10   was Claim 12 at that point, but now it's been combined into one

02:22  11   larger claim here.

02:22  12        Q.   And if I were to highlight the "wherein" clauses,

02:22  13   these are underlined, correct?

02:22  14        A.   Yes.

02:22  15        Q.   So these are things that Freescale is adding in order

02:22  16   to get the Patent Office to give them a patent, correct?

02:22  17        A.   Well, yeah.  The highlighted and underlined portions

02:22  18   specifically were completely new to the revision.  Yes.

02:22  19        Q.   And what did those completely new aspects of the

02:22  20   claims concern?

02:22  21        A.   Well, the first one just talks about the fact that

02:22  22   the second regulated voltage needs to be greater than the

02:22  23   first.  Okay?

02:22  24        Q.   So that's your example of three is greater than two?

02:22  25        A.   Yeah, or four is greater than whatever.  Yeah.

02:22  1   Exactly.

02:22  2       And the second one is actually the -- it talks about the

02:23  3   fact that in the scenario on the right -- if you remember, I

02:23  4   had the left and the right scenarios -- in the scenario on the

02:23  5   right where the memory is getting the second voltage, that

02:23  6   first voltage which is low needs to still be, in this case, A,

02:23  7   regulated and, B, used by the processor.

02:23  8       Q.   And what happened after Freescale said, we'll limit

02:23  9   our claims in this way?

02:23  10      A.   So at that point the Patent Office granted the

02:23  11  patent.

02:23  12      Q.   And what does that prosecution history tell you as a

02:23  13  person of skill in the art about the importance of these

02:23  14  limitations?

02:23  15      A.   Well, I mean, it tells me that, you know, the

02:23  16  original application was anticipated by other -- or the work

02:23  17  and then they had to narrow their claims, add a few

02:23  18  requirements in order to get the patent issued.

02:23  19      Q.   Now, "anticipated by other work," would you explain

02:23  20  to us what that means?

02:23  21      A.   Oh, that just means there was prior work that made

02:23  22  the invention obvious or just not patentable.

02:23  23      Q.   Right.  Now, how does the claim on the screen now,

02:24  24  Claim 11, relate to the issued claims of the '373 patent?

02:24  25      A.   So this claim here in its entirety is identical to

02:24  1    Claim 9 of the issued patent.

02:24  2        Q.   So when the jury looks at Claim 9 of the patent, they

02:24  3    will see this claim?

02:24  4        A.   Correct.

02:24  5        Q.   And they will see the wherein clauses that were added

02:24  6    to get it out of the Patent Office, correct?

02:24  7        A.   That's true.

02:24  8        Q.   Now, in connection with your work, did you review the

02:24  9    depositions and hear the testimony of Mr. Bearden and the

02:24  10   deposition testimony of Mr. Zhang?

02:24  11       A.   Yes.  I did.

02:24  12       Q.   Were either of them able to identify any products

02:24  13   they had using the '373 patent?

02:24  14       A.   No.  They weren't.

02:24  15       Q.   And in the course of all your work, have you seen any

02:24  16   evidence that anyone or any company used the '373 patent

02:24  17   technique in a product?

02:24  18       A.   I have not.

02:24  19       Q.   All right.  Now, let's turn to your analysis of

02:25  20   Dr. Conte's opinions.  Okay?

02:25  21       A.   Sure.

02:25  22       Q.   You told me you were present during Mr. Douglas'

02:25  23   testimony, correct?

02:25  24       A.   Yes.

02:25  25       Q.   And when Mr. Douglas and Mr. Mueller assembled

938

02:25  1    DDX-5.5, the magnet board --

02:25  2         A.   Yes.

02:25  3         Q.   -- you were here for that process?

02:25  4         A.   Yep.

02:25  5         Q.   Now, first at a high level, remind us where the C6

02:25  6    SRAM is located on the board.

02:25  7         A.   On the board right there, it's the blue, small blue

02:25  8    rectangle on top of the LLC, the green region.

02:25  9         Q.   And what is the function of the C6 SRAM?

02:25 10         A.   It's basically a backup memory.  It's a memory that

02:25 11    holds some important state for the cores and things when the

02:25 12    cores and other components go to sleep and otherwise would

02:25 13    forget what they were holding.

02:25 14         Q.   Now, is the C6 SRAM the only memory in the

02:25 15    microprocessor?

02:25 16         A.   No.

02:25 17         Q.   How many more memories are there?

02:26 18         A.   I couldn't give a specific number, but, you know,

02:26 19    there's many.

02:26 20         Q.   And is it the only memory within the ring domain?

02:26 21         A.   No.

02:26 22         MR. LEE:  Now, if I could have DDX-7.15 on the screen.

02:26 23    BY MR. LEE:

02:26 24         Q.   Using DDX-7.15, can you explain to us what's shown on

02:26 25    the left-hand side of the diagram?

02:26  1     A.   Yes.   So the left-hand side is showing the operation

02:26  2  of the voltages associated with the C6 SRAM and the ring

02:26  3  domain, when the processors, the accused processors here, like

02:26  4  the Haswell and Broadwell processors are either active or in a

02:26  5  shallow sleep state.

02:26  6     Q.   And what is the name of the voltage that both the C6

02:27  7  SRAM and the other RAM components receive?

02:27  8     A.   So in this -- in these states, the entire ring domain

02:27  9  receives VCCR, again where the R stands for ring, so it's easy

02:27  10  to kind of keep in mind.

02:27  11     Q.   So what is shown on the right-hand side of this

02:27  12  slide?

02:27  13     A.   So the right-hand side shows you when you move into

02:27  14  these deep sleep states, specifically the Package C7 state that

02:27  15  we've heard about in the trial so far, and this shows you the

02:27  16  voltages and what they're doing and the ring domain and what

02:27  17  the various components are doing in that state.

02:27  18     Q.   And what happens in that state?

02:27  19     A.   Well, what happens in that state is that the mux

02:27  20  that's shown here, the multiplexer now selects the VCCIO

02:27  21  voltage to be applied to the C6 SRAM.

02:27  22     However, the rest of the ring domain does not receive a

02:27  23  voltage at all.  It doesn't receive VCCR because VCCR is turned

02:27  24  off altogether.

02:27  25     Q.   So what happens to the ring domain when this C6 SRAM

02:27  1    is switched to this alternative voltage?

02:28  2         A.   It's powered down.

02:28  3         Q.   Now, you mentioned the Package C7 state.  What is the

02:28  4    Package C7 state?

02:28  5         A.   That's just a deep sleep state associated with the

02:28  6    microprocessors that allow you to reduce the amount of power

02:28  7    they consume when you're not actively doing much at all.

02:28  8         Q.   So let's get to the specific infringement question

02:28  9    that the jurors will ultimately decide.

02:28  10        MR. LEE:  Could I have DDX-7.16 on the screen?

02:28  11   BY MR. LEE:

02:28  12        Q.   What claims of the patent is VLSI asserting against

02:28  13   Intel?

02:28  14        A.   Well, so they're asserting two independent claims, so

02:28  15   1 and 9.  And then they're asserting three dependent claims

02:28  16   that stem from those, so 5 and 6 depend on 1, and then Claim 11

02:28  17   is asserted, that depends on 9.

02:28  18        Q.   What differences, if any, are there between

02:28  19   independent Claims 1 and 9?

02:28  20        A.   There's a few differences.  You know, you can see at

02:29  21   the beginning the left one it says "a method" and the right one

02:29  22   says "an integrated circuit."  So one's called a method claim.

02:29  23   One's called an apparatus claim.  So that's one difference.

02:29  24        Q.   Now, have you reached an opinion concerning

02:29  25   infringement of these claims by Intel's C6 SRAM feature and its

02:29    1    Haswell and Broadwell products?

02:29    2         A.   I have.

02:29    3         Q.   What definitions of the words in the claim did you

02:29    4    use?

02:29    5         A.   Well, so I used the plain meaning of the terms in all

02:29    6    the claim language to a person of skill in the art.

02:29    7         Q.   If I could have DDX-7.17.

02:29    8         Could you use this slide to summarize the reasons you have

02:29    9    found no infringement, and I'll then take you through each of

02:29   10    them in more detail.

02:29   11         A.   Okay.  Yeah.

02:29   12         So the first one -- I've got three things listed here.  So

02:29   13    there are three major reasons that I have concluded that the

02:29   14    products do not infringe.

02:29   15         The first one is that the products don't determine or

02:29   16    store the minimum operating voltage of the C6 SRAM, the accused

02:30   17    memory.  And that's required by the claims.

02:30   18         Secondly, the C6 SRAM's voltage is not provided or

02:30   19    selected when VCCR is at least, or when VCCR is less than the

02:30   20    minimum operating voltage, which is also directly in the claim

02:30   21    language.

02:30   22         And then finally, the fact that VCCR itself is not

02:30   23    regulated in the Package C7 state also means the claim

02:30   24    requirements are not met.

02:30   25         Q.   Do these conclusions apply to all of the claims that

02:30  1    VLSI asserts against Intel?

02:30  2        A.   Yes, they do.

02:30  3        Q.   All right.  So let's look at them in a little bit

02:30  4    more detail.

02:30  5        MR. LEE:  Could I have DDX-7.18 on the screen?

02:30  6    BY MR. LEE:

02:30  7        Q.   And your first reason was that the Intel products do

02:30  8    not determine or store the minimum operating voltage of the C6

02:30  9    SRAM, correct?

02:30  10       A.   That's correct.

02:30  11       Q.   Where in the claims is this requirement?

02:31  12       A.   Well, in Claim 1 I've highlighted the determination

02:31  13   aspect and then the storage aspect in yellow and blue,

02:31  14   respectively.

02:31  15       Q.   Where in Claim 9 do we find these requirements?

02:31  16       A.   So if you click, I think I put a -- I may have put it

02:31  17   on the right here.  The wording's a little bit different in 9,

02:31  18   right?  So I've highlighted in blue that the claim requires a

02:31  19   memory location that stores a value representative of the

02:31  20   minimum operating voltage.

02:31  21       Q.   Now, there's a reference to "the memory," correct?

02:31  22       A.   Yes.

02:31  23       Q.   From all of the memories in the Intel

02:31  24   microprocessors, what is the memory that Dr. Conte says is "the

02:31  25   memory" for purposes of infringement?

02:31  1      A.   He's identified the C6 SRAM specifically.

02:31  2      Q.   And is that the only memory from all of the memories

02:31  3  in the Intel microprocessors that he's identified?

02:31  4      A.   Yes.

02:31  5      Q.   And what are the reasons that you have concluded that

02:32  6  these two -- these limitations on the screen now are not

02:32  7  satisfied or not met by Intel's products?

02:32  8      A.   Well, I looked at all the materials I mentioned

02:32  9  before in terms of design documents, specifications, engineers'

02:32  10  testimony and also found some data of my own that demonstrates

02:32  11  that there is no such value here that's being stored.

02:32  12      Q.   Is there a reason that Intel doesn't test for and

02:32  13  then store a minimum operating voltage for the C6 SRAM portion

02:32  14  of the ring domain?

02:32  15      A.   Yeah.  Actually, there's several reasons.

02:32  16      Q.   What are they?

02:32  17      A.   Well, for one, I mentioned this a little bit earlier,

02:32  18  testing for a minimum operating voltage and determining it is

02:32  19  actually a very time-intensive task.  You're constantly

02:32  20  checking and checking and reducing.  That's costly because

02:32  21  testing time costs Intel money on each part.

02:32  22      Also another reason is that you saw that the C6 SRAM

02:33  23  resides within this large ring domain, okay?  And all the

02:33  24  testing Intel does in their products is at the domain level.

02:33  25  So they're testing this big set of circuits.  They're not

02:33  1    testing specifically the C6 SRAM.  That would be a lot more

02:33  2    complex, okay?  And --

02:33  3         Q.   Now -- I'm sorry.  Go ahead.

02:33  4         A.   Well, you know, so there's another reason, which is

02:33  5    that the knowledge of that minimum operating voltage, even if

02:33  6    they decided to do all of that, wouldn't help them in the sense

02:33  7    that they don't use that value to make any decisions on when to

02:33  8    change the voltage of C6 SRAM.

02:33  9         Q.   So let's keep ourselves focused on the C6 SRAM which

02:33  10   Dr. Conte says is the memory that infringes, okay?

02:33  11        A.   Okay.

02:33  12        Q.   Dr. Conte mentioned the testing and fusing of

02:33  13   something called RING_RETENTION_VOLTAGE.  Do you recall that?

02:33  14        A.   Yes.

02:33  15        Q.   And he says that that satisfies the claims, correct?

02:33  16        A.   He does say that, yes.

02:33  17        Q.   Do you agree?

02:33  18        A.   No, I do not.

02:34  19        Q.   Why do you disagree?

02:34  20        A.   Well, the RING_RETENTION_VOLTAGE is not a minimum

02:34  21   operating voltage or a minimum retention voltage of the

02:34  22   memory -- of the C6 SRAM specifically.

02:34  23        Q.   And it's RING_RETENTION_VOLTAGE, correct?

02:34  24        A.   That's right.

02:34  25        Q.   Are there parts of the ring in addition to the C6

02:34  1    SRAM?

02:34  2         A.    Yes.

02:34  3         Q.    It's not the C6 SRAM retention voltage, correct?

02:34  4         A.    That's right.

02:34  5         MR. LEE:  Now, Your Honor, I'm going to have to go on

02:34  6    the -- to seal the courtroom.  It's only for a couple pages,

02:34  7    and I'll go immediately back on the public record, but it's to

02:34  8    deal with the source code.

02:34  9         THE COURT:  Absolutely fine with me.

02:34  10        MR. LEE:  Okay.

02:34  11        THE COURT:  If you are not under -- I'm sorry.  If you're

02:34  12   not under the protective order, if you -- we'll give you a few

02:34  13   seconds to dismiss yourselves.  And we'll also go off of the

02:34  14   public record in terms of the publication of the audio.

02:34  15        Mr. Lee, I think you're in good shape.

02:34  16        (Sealed proceedings.)

02:38  17        MR. LEE:  Your Honor, we can go back on the public record.

02:38  18        THE COURT:  Okay.

02:38  19   BY MR. LEE:

02:38  20        Q.    Now, what did you do with this data?

02:38  21        A.    So I looked at it.  Continue?

02:38  22        Q.    Just a second.  So let me restate the question to put

02:39  23   us all -- to level-set us all.

02:39  24        What did you do with the data?

02:39  25        A.    So I had sort of put in that histogram form so I

02:39   1   could tell what was fused into all these millions of actual

02:39   2   accused products.  And I was looking at the

02:39   3   RING_RETENTION_VOLTAGE values, which was the accused minimum

02:39   4   retention voltage of the C6 SRAM.  And I looked at another

02:39   5   parameter which was the Ring_VF_Voltage_0 parameter for the

02:39   6   same parts.

02:39   7       MR. LEE:  Could I have DDX-7.20 on the screen?

02:39   8   BY MR. LEE:

02:39   9   Q.   What did you determine from your analysis of the

02:39  10   histogram data you just described?

02:39  11   A.   Yeah.  So this kind of summarizes the data across

02:39  12   those millions of parts, as I mentioned.  So here the Haswell

02:40  13   at the top shows that the median value, right, so half are

02:40  14   greater, half are less than.  That's just what was used here.

02:40  15   Median value of the RING_RETENTION_VOLTAGE converted to actual

02:40  16   voltage level is .76 volts.

02:40  17       And for the Broadwell for the same parameter, the

02:40  18   RING_RETENTION_VOLTAGE as we saw, actually the raw data, pretty

02:40  19   much every single part had the same value, and that was

02:40  20   0.7500 volts.  So that data is collected here.

02:40  21       And then I also collected the Ring_VF_Voltage_0 data,

02:40  22   okay?  And that one I'm reporting out here the median result

02:40  23   for that.  And you can see that it's actually less than the

02:40  24   RING_RETENTION_VOLTAGE in both cases by a good margin.

02:40  25   Q.   Now, let's take them each in part.

02:40  1          So for Haswell the RING_RETENTION_VOLTAGE is what

02:40  2   Dr. Conte says is the minimum operating voltage, correct?

02:40  3          A.   Yes.  That's right.

02:40  4          Q.   And that is .7617 across all of these products that

02:41  5   you looked at, correct?

02:41  6          A.   The median value, yes.

02:41  7          Q.   Okay.  The ring is .6719 volts, correct?

02:41  8          A.   Right.

02:41  9          Q.   And that's the median across all of these products?

02:41  10         A.   All the Haswell parts that I analyzed, yeah.

02:41  11         Q.   Were you here when Mr. Douglas testified that at

02:41  12  RING_VOLTAGE_0, the memory is still operating?

02:41  13         A.   Yes, I was.

02:41  14         Q.   Is that consistent with what you found?

02:41  15         A.   Yes, it is.

02:41  16         Q.   So for Haswell the memory is actually working below

02:41  17  what Dr. Conte says is the minimum operating voltage?

02:41  18         A.   That's right.

02:41  19         Q.   What does that tell you about whether it's a minimum

02:41  20  operating voltage?

02:41  21         A.   Well, it told me that that's just not the case.  It's

02:41  22  clearly not the minimum retention voltage.

02:41  23         Q.   And if we look at Broadwell across all of these

02:41  24  products, the median was .750 for the RING_RETENTION_VOLTAGE,

02:42  25  correct?

948

02:42  1      A.   That's right.

02:42  2      Q.   And the median for RING_VOLTAGE_0 was .6172?

02:42  3      A.   Correct.

02:42  4      Q.   What does that tell you about whether the

02:42  5  RING_RETENTION_VOLTAGE is a minimum operating voltage?

02:42  6      A.   Same conclusion, that, you know, this is clear

02:42  7  evidence that the RING_RETENTION_VOLTAGE is not a minimum

02:42  8  retention voltage.

02:42  9      Q.   And to be a little bit more specific, when we have

02:42 10  ring, what is happening to the ring?

02:42 11      A.   The ring is -- and RING_VOLTAGE_0?  Is that what you

02:42 12  said?

02:42 13      Q.   Yes.

02:42 14      A.   It's operating.  The ring is working.  Typically, I

02:42 15  believe, in these products it's running at about 800 megahertz

02:42 16  at that point.  So it's just doing its task at 800 million

02:42 17  times a second.

02:42 18      Q.   Would you explain to the members of the jury why you

02:42 19  used medians to compute these values?

02:42 20      THE COURT:  Mr. Lee, again, I'm having a hard time hearing

02:42 21  you.

02:43 22  BY MR. LEE:

02:43 23      Q.   Would you explain to the jury why you use medians to

02:43 24  compute these values?

02:43 25      A.   Well, in some of these cases there's distributions,

02:43  1   and I'm trying to kind of boil it down to one number.  So

02:43  2   that's one thing.

02:43  3        Dr. Conte, his original report actually reported the

02:43  4   RING_RETENTION_VOLTAGE medians as well, so I was following that

02:43  5   convention.  And it's also a good way just to represent data

02:43  6   that is fairly consistent but maybe has a few outliers that you

02:43  7   kind of want to just ignore.

02:43  8        Q.   Have you prepared a demonstrative to illustrate how

02:43  9   the memory operates below what Dr. Conte says is the minimum

02:43  10  operating voltage?

02:43  11       A.   Yes.

02:43  12       MR. LEE:  Could I have DDX-7.21, please?

02:43  13  BY MR. LEE:

02:43  14       Q.   Do you have that on the screen?

02:43  15       A.   Yes.

02:43  16       Q.   Can you tell us what is shown on the screen and what

02:43  17  that tells you about whether RING_RETENTION_VOLTAGE is a

02:44  18  minimum operating voltage?

02:44  19       A.   Right.  So on the right here, we actually have this

02:44  20  curve, and I believe your co-counsel had drawn it up actually

02:44  21  during Mr. Douglas' testimony, but this is actually a more

02:44  22  representative kind of looking diagram for the VF curve, the

02:44  23  voltage versus frequency relationship of the ring, for

02:44  24  instance.

02:44  25       And this is showing you the Ring_VF_Voltage_0 resides at

02:44  1  that bottom point here, that blue dot.  We've shown you the

02:44  2  data for that.  So we know that the ring operates perfectly

02:44  3  well down to those voltages.  And it's significantly lower than

02:44  4  the RING_RETENTION_VOLTAGE, which has been identified as a

02:44  5  minimum regulated voltage for the C6 SRAM.

02:44  6      Q.   And to be clear, if we focus on the diagram on the

02:44  7  right-hand side, do you see that?

02:44  8      A.   Yes.

02:44  9      Q.   And there's a red arrow and a red line with arrows

02:44  10  pointing up and down right above Ring_VF_Voltage_0, correct?

02:45  11      A.   That's right.

02:45  12      Q.   And in that range, is the memory operating or is it

02:45  13  not?

02:45  14      A.   The memory can fully operate in that range.

02:45  15      Q.   All right.  Now, we've just heard that the -- you

02:45  16  just told us that the RING_RETENTION_VOLTAGE is not a minimum

02:45  17  operating voltage for the ring, okay?

02:45  18      Did you find anything in the Intel documents that referred

02:45  19  to a minimum retention voltage for C6 SRAM?

02:45  20      A.   No.  I did not.

02:45  21      Q.   Let me bring up DDX-7.22 and ask you this question:

02:45  22  Is it correct to take the RING_RETENTION_VOLTAGE for the whole

02:45  23  ring domain and assume that it's the same as the C6 SRAM as

02:46  24  Dr. Conte does?

02:46  25      A.   No.  You can see here in this diagram that the ring

02:46  1    contains a lot of different components.  And, you know, the LLC

02:46  2    here is drawn the largest because it is by far the largest, and

02:46  3    that's actually relevant here in my conclusions as well.

02:46  4         Q.   Does Dr. Conte agree with you that the ring domain

02:46  5    includes all the components that are identified on DDX-7.22?

02:46  6         A.   He does.

02:46  7         Q.   All right.  So if this RING_RETENTION_VOLTAGE fuse is

02:46  8    a -- I'm sorry.  Is this RING_RETENTION_VOLTAGE fuse a voltage

02:46  9    setting for the C6 SRAM specifically or the entire ring domain?

02:46  10        A.   It's for the entire ring domain.

02:46  11        Q.   And is there a good technical reason why you would

02:46  12   set it for the entire ring domain?

02:46  13        A.   Well, the use of the RING_RETENTION_VOLTAGE in the

02:46  14   products is in the C3 or C6 states, where the ring is just sort

02:47  15   of parked there and idling.  And so the whole ring in that case

02:47  16   is going to be retaining, so you want to make sure that

02:47  17   everything in there can retain.

02:47  18        Q.   Now, if I turn you to DDX-7.23, can you just tell the

02:47  19   jurors, remind the jurors, what is the relative size of the C6

02:47  20   SRAM to the last-level cache?

02:47  21        A.   The last-level cache is about 50 times larger than

02:47  22   the C6 SRAM in terms of its capacity.

02:47  23        Q.   And is there a simple way to think about that?

02:47  24        A.   Well, yeah.  So the key idea here, the argument that

02:47  25   I'm trying to get across with this demonstrative, is that if

02:47   1   you just could measure the minimum retention voltage of the

02:47   2   memories here, if you could do that, it's much, much more

02:47   3   likely, because of the size of the LCC, that it is going to

02:47   4   contain those bit cells that are going to fail at the higher

02:48   5   voltages.

02:48   6        If you remember that animation I drew with the yellow dot

02:48   7   moving down, where some of the bit cells failed first, okay,

02:48   8   those bit cells are going to be distributed across this whole

02:48   9   diagram.

02:48   10       And because the LLC is so much bigger, there's much, much

02:48   11  more likely to be there and set the minimum retention voltage

02:48   12  of this entire set of memories, not the C6 SRAM, which is quite

02:48   13  small.

02:48   14       Q.   Is there a simple way to think about how this size

02:48   15  difference matters --

02:48   16       A.   Yeah.

02:48   17       Q.   -- in making the equation that Professor Conte's

02:48   18  making?

02:48   19       A.   Yeah.  So I think if we click -- there's a little jar

02:48   20  here of marbles.  And there's maybe 50 green marbles and one

02:48   21  blue marble, right?  So this is like blindly reaching into the

02:48   22  jar, you pull out a marble, you know, you're going to get a

02:48   23  green marble 98 percent of the time.

02:48   24       So that's the same thing with getting these bit cells that

02:48   25  are kind of bad over here.  It's going to be in the LLC almost

02:48   1   all the time.

02:48   2        MR. LEE:  Can I have PTX-3662 on the screen?

02:49   3   BY MR. LEE:

02:49   4        Q.   Do you see that, Dr. Sylvester?

02:49   5        A.   Yes.  I do.

02:49   6        Q.   Is this one of the documents you reviewed?

02:49   7        A.   Yes.  That's right.

02:49   8        Q.   Could we turn to Page 702, and I'd like to ask you

02:49   9   about something Dr. Conte said about this page.

02:49  10        A.   Okay.

02:49  11        Q.   Do you have that before you?

02:49  12        A.   Yes.

02:49  13        Q.   And do you remember Dr. Conte focusing on the

02:49  14   RING_RETENTION_VOLTAGE passage?

02:49  15        A.   Yes.

02:49  16        MR. LEE:  Could we have that?

02:49  17   BY THE WITNESS:

02:49  18        A.   Yes.

02:49  19   BY MR. LEE:

02:49  20        Q.   Does this portion of the specification show that

02:50  21   RING_RETENTION_VOLTAGE is a minimum retention voltage of the C6

02:50  22   SRAM?

02:50  23        A.   No.  It doesn't.

02:50  24        Q.   Why not?

02:50  25        A.   Well, for example, this is a ring-specific value, so

02:50  1    the marble analogy comes into play here, right?  This is a --

02:50  2    this has a lot of other circuit components associated with it.

02:50  3    It's not isolated to the C6 SRAM.  That's one reason.

02:50  4        The other reason is just that it doesn't say it's a

02:50  5    minimum retention voltage.  It says it's a "worst case

02:50  6    retention voltage," which is not the same.

02:50  7        Q.   And when you reviewed the Intel documents, did you

02:50  8    find any Intel documents that referred to a worst-case

02:50  9    retention voltage for the C6 SRAM as distinguished from the

02:50  10   ring?

02:50  11       A.   No.

02:50  12       MR. LEE:  Now, if I could have DDX-7.25 on the screen.

02:50  13   BY MR. LEE:

02:51  14       Q.   How does your conclusion concerning the C6 SRAM and

02:51  15   the RING_RETENTION_VOLTAGE factor into your first reason that

02:51  16   Intel doesn't infringe?

02:51  17       A.   Well, since I found a couple, you know, clear pieces

02:51  18   of evidence to me that showed that the RING_RETENTION_VOLTAGE

02:51  19   is not the minimum retention voltage, or any minimum operating

02:51  20   voltage of the C6 SRAM, then, therefore, the products aren't

02:51  21   meeting these requirements.

02:51  22       Q.   Is it correct to state that what you found was that

02:51  23   the minimum operating voltage that Dr. Conte identified is not

02:51  24   a minimum operating voltage for the memory he identified,

02:51  25   correct?

02:51  1        A.    That's right.

02:51  2        Q.    And the minimum operating voltage that he did

02:51  3   identify for the entire ring domain is not a minimum at all?

02:51  4        A.    That's correct.

02:52  5        Q.    Okay.

02:52  6        MR. LEE:  Now, let's bring up DDX-7.2.

02:52  7   BY MR. LEE:

02:52  8        Q.    Can you remind us what your second reason was that

02:52  9   there's no infringement of the '373 patent?

02:52  10       A.    Yeah.  So I'm going to be talking about a different

02:52  11  claim requirement here, but this has to do with the operation

02:52  12  of the accused power supply mux.  And it does not provide or

02:52  13  select, based on when VCCR is at least or less than a minimum

02:52  14  operating voltage.

02:52  15       Q.    So if we go to DDX-7.27, I'm going to put Claim 1

02:52  16  back on the screen.

02:52  17       Would you explain to the jurors where in the claim these

02:52  18  requirements are found?

02:52  19       A.    Yes.  So looking at the highlighted requirements, so

02:52  20  the two shown there, I've underlined some keywords, right?  So

02:52  21  we need to provide a voltage, either the first or second

02:52  22  regulated voltage, to the memory when the first regulated

02:53  23  voltage is either at least the value of or is less than the

02:53  24  value of the minimum operating voltage.

02:53  25       Q.    So you mentioned the word "when."  That is in the

02:53 1   claim explicitly twice, correct?

02:53 2       A.   That's right.

02:53 3       Q.   And you understand that for infringement purposes

02:53 4   every word counts?

02:53 5       A.   That's right.

02:53 6       MR. LEE:   Turn to DDX-7.28 if you would.

02:53 7   BY MR. LEE:

02:53 8       Q.   Can you explain to us what you have depicted on

02:53 9   DDX-7.28?

02:53 10      A.   Yeah.   So this is like a decision tree, right, you

02:53 11  know, trying to figure out how this -- how these claims map to

02:53 12  operation.

02:53 13      I've kind of showed this earlier in a certain way, but

02:53 14  this is a different way of looking at it.   And I've color-coded

02:53 15  it so the different requirements map to the different sort of

02:53 16  parts of the process or method on the right.

02:54 17      Q.   All right.   So -- and you had the limitations on the

02:54 18  left, correct?

02:54 19      A.   Uh-huh.   That's right.

02:54 20      Q.   And you have -- you've basically mapped them to the

02:54 21  diagram on the right, correct?

02:54 22      A.   Yeah.   So, for instance, to start, the first one's in

02:54 23  blue, you know, you need to store the minimum operating voltage

02:54 24  of the memory, which we've already talked about.

02:54 25      Then you have this decision tree, left or right, here.

02:54  1   And the yellow is that when the first regulated voltage is

02:54  2   either at least or less than, those are the two scenarios,

02:54  3   right?

02:54  4       And when the first regulated voltage is at least the

02:54  5   minimum operating voltage, then you go ahead and move down to

02:54  6   the left and you provide that first regulated voltage to the

02:54  7   memory, right?

02:54  8       The alternative scenario is in orange that, you know, when

02:54  9   it's less than the value, I go to the right and I go ahead and

02:55  10  provide the second regulated voltage as the operating voltage

02:55  11  of the memory.

02:55  12      Q.   And what are the reasons you concluded that Intel

02:55  13  does not meet the requirements of the claim on the left?

02:55  14      A.   Well, the products don't work this way.  So the power

02:55  15  supply selector, the power supply mux, as it were, that's -- it

02:55  16  doesn't have anything to do with the minimum operating voltage,

02:55  17  for instance, which is in these claim requirements explicitly.

02:55  18      Q.   And how does that conclusion apply to the other

02:55  19  asserted claims?

02:55  20      A.   Same conclusion.  It demonstrates noninfringement.

02:55  21      Q.   Have you reviewed the actual source code that

02:55  22  describes the operation of the C6 SRAM power mux?

02:55  23      A.   Yes.  I have.

02:55  24      MR. LEE:  And, Your Honor, we'll have to seal again for

02:55  25  just a very brief time to look at the source code.

02:55  1    THE COURT:  I don't believe there's anyone in the --

02:55  2  anyone needs to leave, but I don't believe there's anyone left.

02:55  3    (Sealed proceedings.)

03:02  4    MR. LEE:  Could I have DDX-7.30 on the screen, which is

03:02  5  now Claim 9, another claim asserted by VLSI?

03:02  6  BY MR. LEE:

03:02  7    Q.   Can you explain to us why Claim 9 -- this portion of

03:02  8  Claim 9 is not satisfied?

03:02  9    A.   Yeah, so this portion is similar in a lot of the

03:03  10  language, but it calls out specifically a component, right, the

03:03  11  power supply selector, which is being pointed to as the C6

03:03  12  power mux component, and for the same reasons, it doesn't

03:03  13  operate in the way that's required by the claims.  There's no

03:03  14  reference to any value of the minimum operating voltage in its

03:03  15  switching.

03:03  16    Q.   Is there a third reason you have concluded that Intel

03:03  17  C6 SRAM does not infringe the '373 patent?

03:03  18    A.   Yes.

03:03  19    Q.   What is the third reason?

03:03  20    MR. LEE:  And could I have DDX-7.31?

03:03  21  BY THE WITNESS:

03:03  22    A.   So this one has to do with sort of a different part

03:03  23  of the -- that requirement that we were just looking at.  And

03:03  24  the requirement there is that when the memory has been switched

03:03  25  in the claim language to the second regulated supply, the

03:03  1  functional circuit needs to be continuing to use or be provided

03:03  2  a regulated first voltage.

03:04  3  BY MR. LEE:

03:04  4      Q.   And why do you conclude that that requirement is not

03:04  5  met?

03:04  6      A.   Well, I've looked at the operation of the products

03:04  7  and, you know, looked at all the specifications that I

03:04  8  mentioned, and I, you know, have determined that VCCR, you

03:04  9  know, is not regulated in this time period.

03:04  10     We're moving into a deep sleep state, the entire goal of

03:04  11 which is to turn off VCCR and put that component to sleep, and

03:04  12 that's -- that goes against the other language.

03:04  13     Q.   How, if at all, does that conclusion apply to the

03:04  14 other asserted claims?

03:04  15     A.   Well, it's consistent.  So this same reason would

03:04  16 apply to all the asserted claims.

03:04  17     MR. LEE:  Could I have DDX-7.33 on the screen?

03:04  18 BY MR. LEE:

03:04  19     Q.   And using DDX-7.33, can you illustrate why for this

03:04  20 third reason, Intel doesn't infringe the claims?

03:04  21     A.   Sure.  So this is just showing you again the -- what

03:05  22 the patent spells out and then what the products do.  And we'll

03:05  23 see how they compare.

03:05  24     So the '373 patent in the scenario, the second scenario

03:05  25 we've been talking about where the first regulated voltage in

960

03:05  1  green is low, it's lower than the minimum operating voltage of

03:05  2  the memory.  The power supply selector there in white selects

03:05  3  the second regulated voltage to be given to the memory so the

03:05  4  memory can hold its data or do whatever it needs to do.

03:05  5      Meanwhile the claim language says:  At the same time while

03:05  6  the functional circuit is continuing to be provided or

03:05  7  continues to use the first regulated voltage.  That's the '373

03:05  8  invention.

03:05  9      Q.   Now let's turn to DDX-7.34.  What is shown on

03:05  10  DDX-7.34?

03:05  11      A.   So this is the actual product operation when those

03:05  12  products are in Package C7 or deeper sleep states.  And the C6

03:06  13  SRAM is kept alive as its backup memory, right?  And it's being

03:06  14  provided VCCIO, okay?  But the rest of the ring domain, it's

03:06  15  the gray region kind of below some of that X there, is powered

03:06  16  down.  It's off.  It's not doing anything.  It can't do

03:06  17  anything because the VCCR, the voltage, has been turned off.

03:06  18  It's floating, it's not regulated.

03:06  19      MR. LEE:  Could I have DDX-7.35 which puts these two

03:06  20  together?

03:06  21  BY MR. LEE:

03:06  22      Q.   All right.  And what does that tell us about the

03:06  23  difference between the manner in which the Intel product

03:06  24  operates and the manner in which the '373 patent operates?

03:06  25      A.   It just shows you they're not consistent, so the

03:06  1   claims related to this part of the operation are not met.

03:06  2       Q.   How did you determine how the C6 SRAM specifically

03:06  3   operates?

03:06  4       A.   Again, looking at specification documents, reading

03:06  5   engineer depositions about -- that were involved in the design

03:07  6   of the different components, you know, largely those things.

03:07  7       MR. LEE:   Could I have D-27 on the screen, please?

03:07  8   BY MR. LEE:

03:07  9       Q.   Do you recognize this?

03:07  10      A.   Yes, I do.

03:07  11      Q.   Is it one of the documents you reviewed?

03:07  12      A.   It is.

03:07  13      Q.   What is it?

03:07  14      A.   So this is called a mass microarchitectural

03:07  15  specification of the last-level cache, which is that big

03:07  16  component inside the ring.  Actually the C6 SRAM is also

03:07  17  described in this document.

03:07  18      Q.   If we move to Page 39 at the bottom to the top of

03:07  19  Page 40, do you see the section entitled "Power Supply Mux"?

03:07  20      A.   Yes.

03:07  21      Q.   All right.  How does this document in this portion of

03:07  22  the document relate to the C6 SRAM operation you've just

03:07  23  described?

03:07  24      A.   Well, this specific section, 4.7, is describing the

03:08  25  operation of that power supply mux component, which is part of

03:08  1    the C6 SRAM.  So it's just describing, you know, how that

03:08  2    functions.

03:08  3         Q.   Now I'm going to highlight the last sentence of the

03:08  4    first full paragraph.  "When VCCR is powered down, the mux will

03:08  5    switch the bit cells over to VCCIO supply which never powers

03:08  6    down."

03:08  7         Have I read that correctly?

03:08  8         A.   Yes.

03:08  9         Q.   Now, what does that tell you about how the C6 SRAM

03:08  10   operates?

03:08  11        A.   Well, I mean, it tells us that the idea here, you

03:08  12   know, when we're using the power supply mux and switching it is

03:08  13   we're going to turn off the VCCR, we're powering it down.  Any

03:08  14   circuit connected to it isn't going to be able to do anything.

03:08  15   It's not provided a stable voltage.  And we're moving -- we're

03:08  16   moving the memory over to VCCIO to make sure that it sort of

03:08  17   retains state.  That's the idea.

03:08  18        Q.   Now, do you and Dr. Conte agree or disagree that VCCR

03:09  19   is a regulated voltage when the chip is in the Package C7

03:09  20   state?

03:09  21        A.   I believe we disagree.

03:09  22        Q.   And to be clear, the claim that will be before the

03:09  23   jurors refers to a regulated voltage, correct?

03:09  24        A.   Yes.

03:09  25        Q.   Not just to any voltage?

03:09 1       A.   That's right.

03:09 2       Q.   Why do you disagree?

03:09 3       A.   Well, based on documents like this and other

03:09 4   schematics and things and my own experience designing voltage

03:09 5   regulators, you know, if you turn off a regulator and you have

03:09 6   a floating output, that's the opposite of regulation.

03:09 7       Regulation's supposed be stable, reliable.  You can count

03:09 8   on it to be a value that you can use.

03:09 9       If you let it float, it can move all over the place, so

03:09 10  that's definitely not regulated.

03:09 11      Q.   In all your years in the field, have you ever heard

03:09 12  any of your colleagues or persons of skill in the art refer to

03:09 13  the output of a voltage regulator that has stopped regulating

03:10 14  as a regulated voltage?

03:10 15      A.   No.

03:10 16      Q.   Now let's focus on the time frame when the VCCR is

03:10 17  turning off.  Dr. Conte referred to that as the ramp, correct?

03:10 18      A.   Okay.  Yep.

03:10 19      Q.   Hold on.

03:10 20      And let me ask you this:  How long does that transition

03:10 21  take?

03:10 22      A.   Takes about a half a microsecond.

03:10 23      Q.   How long is a microsecond?

03:10 24      A.   A microsecond is one one-millionth of a second.

03:10 25      Q.   Why does a VCCR simply not turn off immediately?

03:10    1         A.   Why does the voltage --

03:10    2         Q.   Yes.

03:10    3         A.   -- not go to zero immediately, or why does it --

03:10    4         Q.   Why does it not go to zero immediately?

03:10    5         A.   Well, voltages have to transition.  This is physics.

03:10    6    So we can't move from one volt to zero volts instantaneously.

03:11    7    That's just against the fundamental laws of physics.

03:11    8         So it has to be -- it has to go down either gradually or

03:11    9    rapidly.  It doesn't matter, but it has to transition downward

03:11   10    and -- yeah.  So that's the reason it doesn't happen

03:11   11    instantaneously.

03:11   12         Q.   Is the voltage regulated or not regulated during that

03:11   13    transition period?

03:11   14         A.   It's not regulated because it's rapidly

03:11   15    transitioning.  It's moving.  You're trying to get to zero, and

03:11   16    as you're moving through things, that's not stable.  That's not

03:11   17    regulated.

03:11   18         Q.   Now, if I bring up DDX-7.36, do Intel's products

03:11   19    infringe during this half a microsecond when VCCR is

03:11   20    transitioning off?

03:11   21         A.   No.  They don't.

03:11   22         Q.   Is there an everyday analogy you could give to the

03:11   23    jurors that might help explain why a fast microsecond ramp-down

03:11   24    period is not a regulated voltage?

03:11   25         A.   I would think something like if you're driving in

965

03:12  1   your car and you've driving at 60 miles an hour and a deer runs

03:12  2   in front of you and you want to slam on your brakes, your goal

03:12  3   is to get to zero as quickly as possible.

03:12  4       You pass through every mile per hour in between, right?

03:12  5   At some point in that really split second, you're going

03:12  6   30 miles an hour, but you wouldn't say that you were reliably

03:12  7   or stably driving 30 miles an hour obviously.  You're just

03:12  8   trying to stop as quickly as possible from 60 to zero, so

03:12  9   that's a way of thinking about it.

03:12  10      MR. LEE:  Could we have DDX-7.37 on the screen, please?

03:12  11  BY MR. LEE:

03:12  12      Q.   Do you see Claim 9?

03:12  13      A.   Yes, I do.

03:12  14      Q.   And do you see the underlined words, "While the

03:12  15  circuit uses the first regulated voltage"?

03:12  16      A.   Yes.

03:12  17      Q.   And what conclusion have you reached about whether

03:12  18  the Intel products satisfy this limitation of Claim 9?

03:12  19      A.   Well, so we've already talked about the regulation

03:12  20  being missing, right?  So it's not a regulated voltage in this

03:12  21  scenario.

03:12  22      But the Claim 9 also employs the word "uses," implying

03:13  23  that the circuit is operating from this regulated voltage, and

03:13  24  as we know, you know, the circuit's turned off, the clocks

03:13  25  aren't running, there's no activity.  It's being -- it's

966

03:13  1   asleep.  It's not doing anything.

03:13  2       Q.   Now, what happens to the clock in connection with

03:13  3   transitioning to the Package C7 sleep mode?

03:13  4       A.   Those clocks are turned off in the ring.

03:13  5       Q.   And what does that mean about whether the claim is

03:13  6   satisfied?

03:13  7       A.   Well, again, you know, the clock's not toggling.

03:13  8   You're not going to be doing anything, so it's hard to say

03:13  9   you're using something if you can't actually do anything.  Just

03:13  10  turning it off.

03:13  11      Q.   All right.  Now, let me move to a different topic.

03:13  12      You heard Dr. Conte and Dr. Annavaram testify about their

03:13  13  testing and analysis of the C6 SRAM feature?

03:14  14      A.   Yes, sir.

03:14  15      Q.   And they testified about the power savings supposedly

03:14  16  attributable to the C6 SRAM power mux, correct?

03:14  17      A.   Yes.  I heard that.

03:14  18      Q.   Before I ask you for your opinion on them, could you

03:14  19  just remind us how they came up with those estimates and maybe

03:14  20  we can start with PDX-7.38.

03:14  21      A.   Yeah, so I'll just be brief here because I know the

03:14  22  jury has heard a little bit about this model already.

03:14  23      But Dr. Annavaram was asked to create an alternative

03:14  24  design to what was in the accused products to try to evaluate

03:14  25  the value of that feature, and in doing so, he used the Intel

03:14  1  Power Model, which is a spreadsheet as we show here or a set of

03:14  2  spreadsheets, and he modified those and chose a bunch of inputs

03:14  3  to try to come up with his result.

03:14  4      MR. LEE:  Could I have DDX-7.39 on the screen?

03:14  5  BY MR. LEE:

03:14  6      Q.  Can you briefly remind us of the inputs to the Power

03:15  7  Model?

03:15  8      A.  Yeah.  So the first four rows are really the main

03:15  9  ones that I believe he looked at.

03:15  10      So project, and then SKU, collectively kind of choose like

03:15  11  the characteristics of the product.  Like in this case, it's a

03:15  12  mobile Haswell, if you look at Line 2, part with two cores, two

03:15  13  graphics engines and 15 watts as the peak power.

03:15  14      Q.  So just so we know we can judge the testing that was

03:15  15  done, how many different combinations of these inputs are there

03:15  16  in the Intel Power Model?

03:15  17      A.  Well, if you take residency and workload as well as

03:15  18  the first two, is that what you're asking?

03:15  19      Q.  Yes.

03:15  20      A.  Yeah.  So if you take all four of those, I think it

03:15  21  would probably be in the 1000-plus range.

03:15  22      MR. LEE:  Now, if I could have DDX-7.40.

03:15  23  BY MR. LEE:

03:15  24      Q.  How did Dr. Annavaram go about making his

03:16  25  computations or his calculations?

968

03:16   1        A.   Okay.  So what he did was, as I mentioned, Dr. Conte

03:16   2   had asked him to evaluate an alternative design and gave him

03:16   3   some directions on what that should look like.

03:16   4        And then to do that, he had to modify the Power Model.  So

03:16   5   he had sort of a baseline and then he had his other one, and

03:16   6   then he compared those.  So that's -- that was what he did

03:16   7   there.

03:16   8        And then he also had to select the inputs.  Now, I talked

03:16   9   a little bit about the SKU, which is the product kind of thing.

03:16   10  I didn't talk too much about the residency and workload, but

03:16   11  those I will talk about more.  Those are what the computer's

03:16   12  basically doing, you know.  Is it playing a game or is it using

03:16   13  Microsoft Word or whatever?

03:16   14       Q.   And how did Dr. Annavaram modify the Power Model?

03:16   15       A.   So he was told to assume that the components in the

03:16   16  rest of the ring domain -- so everything outside of the C6 SRAM

03:16   17  in the ring, so LLC, CBO, everything else like that -- had to

03:17   18  remain powered.

03:17   19       So basically they had to remain at some voltage level that

03:17   20  was enough to retain state, as opposed to being powered down.

03:17   21  So that all that power that was saved in the products he's

03:17   22  attributing now to that.

03:17   23       Q.   And how did Dr. Annavaram select his inputs for his

03:17   24  Power Model?

03:17   25       A.   So he selected one Haswell product and one Broadwell

03:17   1   product to run through the spreadsheet, and he did that based

03:17   2   on sales volume.

03:17   3       Q.   Then what did he do?

03:17   4       A.   And then the Lines 3 and 4 in the inputs which we

03:17   5   didn't talk too much about, residency and workload, he did some

03:17   6   of his own testing on some computers using some benchmark

03:17   7   programs.

03:17   8       And then he evaluated how much time his computers were

03:17   9   spending in different states, like Package C7 or whatever.  And

03:17   10  then he mapped that to the most, you know -- to a value inside

03:17   11  the spreadsheet.

03:17   12      Q.   Now, you agree with the power savings estimates that

03:18   13  Dr. Conte and Dr. Annavaram generated with these calculations?

03:18   14      A.   No, I don't.

03:18   15      MR. LEE:   Could I have DDX-7.41?

03:18   16  BY MR. LEE:

03:18   17      Q.   Using DDX-7.41, can you explain the problem with

03:18   18  Dr. Annavaram's analysis of the alternative design?

03:18   19      A.   Yeah, sure.  So the left side here shows sort of the

03:18   20  actual product operation, a little bit like what was on the

03:18   21  magnet board, right?  There's that switch that goes between the

03:18   22  two voltages.  There's the two voltage supplies, VCCIO and

03:18   23  VCCR.

03:18   24      And, you know, we've grayed out regions here, because when

03:18   25  the chip is actually in the Package C7 state, remember the

03:18  1    other circuitry is powered down.  It's consuming basically no

03:18  2    power.  The VCCR is turned off.  That's why it's gray, okay?

03:19  3        Now, on the right side, the proposed alternative by VLSI

03:19  4    actually said, well, we're going to throw away the power supply

03:19  5    mux and we're going to throw away the VCCIO, and we're left

03:19  6    with just the VCCR.  And since we have to keep the C6 SRAM

03:19  7    alive, we have to keep everything in the ring alive.  And

03:19  8    that's what they assumed.

03:19  9        Q.   And that is the only alternative that Dr. Annavaram

03:19  10   considered, correct?

03:19  11       A.   Yeah, that's right.

03:19  12       Q.   Were there other alternatives for him to consider?

03:19  13       A.   Yes, there were.

03:19  14       MR. LEE:  Could I have DDX-7.42 on the screen?

03:19  15   BY MR. LEE:

03:19  16       Q.   And did these other alternatives actually come from

03:19  17   older generations of products?

03:19  18       A.   Yes, they did.

03:19  19       Q.   Could you explain to us what other alternatives there

03:19  20   were that Dr. Annavaram didn't even consider?

03:19  21       A.   Yes.  So there's two that I focus on here, right?  So

03:19  22   the far left is so-called Penryn processors.  These predated

03:19  23   the accused products by several product generations, and they

03:19  24   were being designed in the 2004/2005 time frame.

03:20  25       And the way those worked is they had a C6 SRAM as well.

03:20  1    So Intel was already using C6 SRAMs.  And what they did was

03:20  2    they had two supply voltages, okay?  So that's not any

03:20  3    different in some ways than the accused products.  But they

03:20  4    powered the C6 SRAM on the VCCIO, or the second voltage, all

03:20  5    the time, just to keep it safe, right?

03:20  6        And then when they wanted to go to these deep-sleep

03:20  7    states, they would just turn off voltage 1, turn off the rest

03:20  8    of that domain, and they would get a lot of power savings from

03:20  9    that, okay?

03:20  10       And then the next generation of processors was called

03:20  11   Nehalem.  They also included a C6 SRAM.

03:20  12       The engineers decided to do it a little bit differently

03:20  13   that time.  They only used one voltage, okay?  But they used

03:20  14   this switch.  It's not the same as the power supply mux but

03:20  15   it's very similar.  It's a power gate and it can turn on or

03:20  16   off.  Very simple, right?

03:20  17       So what happens is that usually that's on and this entire

03:21  18   domain is operating like normal.

03:21  19       When you move into the deep-sleep states that we're

03:21  20   concerned with here, you turn that off.  But that only controls

03:21  21   the power going to the rest of the domain, the gray region

03:21  22   here.

03:21  23       So I can locally turn that power off while retaining the

03:21  24   power voltage 1 applied to C6 SRAM and retaining that data.

03:21  25   That was another known design that had shipped millions of

03:21  1  times in product.

03:21  2       So both of these were designs that Intel already knew how

03:21  3  to do that would achieve the same function, you know, basically

03:21  4  as the accused products.

03:21  5       MR. LEE:  And if we could have DDX-7.43.

03:21  6  BY MR. LEE:

03:21  7       Q.   On the left-hand side is what?

03:21  8       A.   That's the Haswell and Broadwell designs of the C6

03:21  9  SRAM.

03:21  10      Q.   On the right-hand side in the top portion is what?

03:21  11      A.   Those are previous Intel products that also use the

03:21  12  C6 SRAM.

03:21  13      Q.   And the lower right-hand corner is what?

03:21  14      A.   That's the design alternative that they came up with

03:22  15  to try to estimate the power savings of the C6 SRAM power mux.

03:22  16      Q.   And by not failing to consider the options used in

03:22  17  prior Intel products on the top half of the slide, what was the

03:22  18  effect on the power savings conclusions that Dr. Annavaram and

03:22  19  Dr. Conte reached?

03:22  20      A.   I think you might have said "not failing to

03:22  21  consider," so if you want to restate --

03:22  22      Q.   Yes, let me restate it.

03:22  23      Dr. Annavaram did not consider the alternatives in the top

03:22  24  right-hand portion of the slide, correct?

03:22  25      A.   That's true.

03:22  1    Q.   By not considering them, what was the effect on his

03:22  2  computations and his conclusions?

03:22  3    A.   Well, the green region at the bottom right, the other

03:22  4  circuitry, is big.  It leaks a lot.  And by keeping that awake

03:22  5  and alive, the power savings was overestimated significantly

03:22  6  compared to the top designs which Intel already knew how to do,

03:23  7  because there the green region is completely powered down or

03:23  8  asleep.

03:23  9    MR. LEE:  And let me have DDX-7.44, please.

03:23  10  BY MR. LEE:

03:23  11    Q.   You mentioned the SKUs.  Would you remind us how

03:23  12  Dr. Annavaram selected his SKUs?

03:23  13    A.   Yes.  So he was given information on the highest

03:23  14  sales volume by SKU, by part, by specific chip that was sold.

03:23  15  And then he tried to map that to the set of input SKUs that

03:23  16  were there.  And he found the closest fit that he could find.

03:23  17    Q.   Now, Dr. Annavaram testified yesterday that his test

03:23  18  results were applicable across all the versions of the

03:23  19  different products of Haswell and Broadwell.  Do you remember

03:23  20  that?

03:23  21    A.   I do.

03:23  22    Q.   Do you agree?

03:23  23    A.   No.

03:23  24    Q.   Why not?

03:23  25    A.   Well, the characteristics of the products differs,

03:23  1   right?  They've got different size memories, different numbers

03:23  2   of cores, the total power budget of each chip is different by a

03:24  3   factor of five or six across the product family.

03:24  4        It's a very broad product family, so picking one

03:24  5   particular chip out of dozens or even more and saying that

03:24  6   represents the value of the feature for everything is

03:24  7   over-simplified.

03:24  8        Q.   And have you identified an everyday example that

03:24  9   would explain that to the jurors?

03:24  10       A.   Yeah, I have.  It's on the next slide, I think.

03:24  11       MR. LEE:  Could I have DDX-7.45 on the screen?

03:24  12  BY THE WITNESS:

03:24  13       A.   I wish I could say this is the last car example, but

03:24  14  we might have one more.  So sorry.

03:24  15       But this is showing you for Ford vehicle sales, Ford has a

03:24  16  lot of products too in a given year.  And the characteristics

03:24  17  of these products varies.  You can see here you've got trucks,

03:24  18  you've got hybrid vehicles, right?

03:24  19       And, you know, the sales vary as well.  The best selling

03:24  20  is the truck, F-150 series -- of F series, excuse me.  But the

03:24  21  value of a feature on, say, fuel economy for that truck is not

03:24  22  necessarily the same -- doesn't have the same value if you

03:24  23  apply that same feature to the hybrid vehicle, for instance,

03:24  24  right?  So this is a similar way of looking at it.

03:25  25  BY MR. LEE:

03:25   1      Q.   And what does -- what effect does Dr. Annavaram's

03:25   2   selection of one SKU family to represent power savings for many

03:25   3   have on his results?

03:25   4      A.   Well, it means to me it's unreliable.  I don't -- I

03:25   5   don't know what it's going to impact, but it means that you

03:25   6   just can't make that simplification.

03:25   7      MR. LEE:   Could I have DDX-7.47 on the screen?  And let's

03:25   8   turn to the third bullet point.

03:25   9   BY MR. LEE:

03:25   10     Q.   Remind us what residency and workload inputs are.

03:25   11     A.   Yeah.  So residency is -- you can think of it as how

03:25   12  often the chip resides in these different operating states.

03:25   13  Package C7 is the one we're talking mostly about, but there's

03:25   14  C3, there's C6.  There's C0 where it's crunching numbers and

03:25   15  doing its work.  It's active.

03:25   16     How much percentage-wise does it spend in every one of

03:25   17  those states?  Workload is sort of, you know, what kind of

03:25   18  programs are -- it's running and things like that.

03:25   19     Q.   Now, Dr. Annavaram testified yesterday that he used

03:26   20  the Core C7 data from his MobileMark testing rather than the

03:26   21  Package C7 data.  Did you hear that?

03:26   22     A.   Yeah, I did.

03:26   23     Q.   Do you have any concerns with that decision?

03:26   24     A.   Well, yeah.  That was a mistake, right?  So he should

03:26   25  have used the Package C7 data that he collected because that's

03:26  1   where the C6 mux switches.  It does not switch as part of the

03:26  2   Core C7 state.

03:26  3        Q.   And is there a difference in the data for those two

03:26  4   categories?

03:26  5        A.   There is.

03:26  6        MR. LEE:  Could I have DDX-7.47, please?

03:26  7   BY MR. LEE:

03:26  8        Q.   What was the number for the Core C7 state?

03:26  9        A.   Well, the Core C7 state is entered more often.  It's

03:26  10  a lower sleep state.  So in his example he's seeing it almost

03:26  11  76 percent of the time it was in the Core C7 state.

03:26  12       Q.   And for the Package C7 state?

03:26  13       A.   In the Package C7 state, there's a couple different

03:26  14  Broadwell parts here, but the one that I've highlighted here is

03:27  15  41 percent of the time it's in the Package C7 state.

03:27  16       Q.   And what's the effect on the conclusions and numbers

03:27  17  that he comes up with at the end of the day?

03:27  18       A.   Well, basically the time spent in Package C7 goes

03:27  19  straight to their number of power savings.  So if you

03:27  20  overestimate that value, in this case by nearly a factor of

03:27  21  two, it's going to directly translate to an overestimate in

03:27  22  your power savings estimate by the same ratio.

03:27  23       Q.   Well, let's go to one other portion of the analysis

03:27  24  on damages that Dr. Conte did.

03:27  25       Did you hear him testify that power and performance have a

03:27  1    one-to-one relationship?

03:27  2        A.    Yes.

03:27  3        Q.    That performance and frequency have a one-to-one

03:27  4    relationship?

03:27  5        A.    Yes.

03:27  6        Q.    And that power and frequency have a one-to-one

03:27  7    relationship?

03:27  8        A.    Yes.

03:27  9        Q.    Is he correct?

03:27 10        A.    No.

03:27 11        Q.    Let's start with the assumption that performance and

03:27 12    frequency have a one-to-one relationship.  Why is that not

03:28 13    correct?

03:28 14        A.    Well, that's because your computing system that these

03:28 15    chips go in have a lot of other components.  And the

03:28 16    performance is a function of all those different components.

03:28 17    Any one of many components can be limiting to the performance

03:28 18    as perceived by the user.

03:28 19        So it's not just the processor frequency.  If you increase

03:28 20    the processor frequency, it doesn't always mean that the

03:28 21    performance actually increases.

03:28 22        Q.    Can you give us an example to illustrate that?

03:28 23        A.    Yeah.  So, you know, one of the other components in

03:28 24    the computing system often is not the memory as we've been

03:28 25    talking about but another piece of memory you put in your

03:28  1  computer board, motherboard, called DRAM.

03:28  2      And you might be running a job that requires you to grab a

03:28  3  lot of data constantly to the processor from the DRAM, okay?

03:28  4  And if your DRAM is too small or if your DRAM's really slow,

03:28  5  then that -- then you're going to be sitting there waiting for

03:28  6  the processor to keep grabbing data from the memory.

03:28  7      And so in that case the DRAM is actually the bottleneck.

03:29  8  And increased processor frequency is not going to really help

03:29  9  your performance, because it's going to be waiting a lot.

03:29  10      Q.   Let me ask you about the assumption that a 1 percent

03:29  11  power savings will be used to increase performance by

03:29  12  1 percent.  Do you recall him saying that?

03:29  13      A.   Yes.  I do.

03:29  14      Q.   Do you agree?

03:29  15      A.   No.  I don't.

03:29  16      MR. LEE:  Let's have -- bring up DDX-7.48.

03:29  17  BY MR. LEE:

03:29  18      Q.   Using DDX-7.48, would you explain why Dr. Conte's

03:29  19  equation of -- or Dr. Conte's conclusion that there's a

03:29  20  one-to-one relationship between power savings and frequency is

03:29  21  incorrect?

03:29  22      A.   Yeah.  So the power and frequency, you know, do have

03:29  23  a relationship, right?  So Dr. Conte's assuming that if you

03:29  24  save 1 percent power, that can be translated directly to a

03:29  25  1 percent increase in base and turbo frequencies of a

03:30  1   processor.

03:30  2       So if you click once, you'll see that, you know, for --

03:30  3   the arrows here are identically sized, right?  For one unit of

03:30  4   power saved, you can get one unit or roughly equivalent

03:30  5   percentage-wise increase in frequency.  But we've seen with

03:30  6   these voltage frequency curves that I showed, and I believe

03:30  7   Mr. Douglas also showed, that the chips actually use, the way

03:30  8   that they -- the way that we increase frequency in these chips

03:30  9   is we turn up voltage, okay, because that makes the transistors

03:30  10  faster and the chip faster.

03:30  11      And there is a relationship between power and frequency,

03:30  12  but it also includes voltage.  So, you know, the right-hand

03:30  13  side shows power actually goes or is proportional to voltage

03:30  14  squared, so voltage times voltage.  So it's actually a stronger

03:30  15  variable, has a stronger impact, and then frequency.

03:30  16      So what does this mean?  It means that if I get it some

03:30  17  power savings, like the arrow, so if we click, I can translate

03:30  18  this into frequency gain, but I do it by increasing voltage.

03:30  19  And that's going to actually take up most of my savings, just

03:31  20  turning up the voltage.

03:31  21      It's not a good trade-off, but it's what's used to

03:31  22  increase frequency.  So you're going to get a lot smaller than

03:31  23  one-to-one frequency gain there.

03:31  24      Q.   So let me bring you specifically to Dr. Conte's

03:31  25  contentions that the memory that the jury should find infringes

03:31  1    the claims is the C6 SRAM.

03:31  2          A.    Yeah.

03:31  3          Q.    Do you have that in mind?

03:31  4          A.    Yes.

03:31  5          Q.    Does Dr. Conte's assumption that power savings can be

03:31  6    capitalized as increased frequency make sense when you're

03:31  7    talking about the C6 SRAM?

03:31  8          A.    Yeah.  It doesn't for another reason.

03:31  9          So beyond, you know, this more technical argument here,

03:31  10   you know, the C6 SRAM is put into use or used in the deep-sleep

03:31  11   state.  So it's saving power in these very, very deep-sleep

03:31  12   states.

03:31  13         Now, the performance in active mode, turbo frequency, for

03:31  14   instance, that's limited by other things, okay?

03:31  15         So a good analogy here is, last car one, is a car analogy.

03:31  16   So a lot of modern cars.  You pull up to a stoplight, your car

03:32  17   will automatically shut off for you to try to save fuel.  And

03:32  18   then as soon as you start to move to the gas pedal, it'll

03:32  19   quickly start back up again and go on.

03:32  20         The idea being that, you know, you don't need to use it

03:32  21   then, so you might as well shut it off, right?  Sounds

03:32  22   familiar.

03:32  23         Now, that feature may save gas, but that feature will not

03:32  24   make the top speed of your car any higher.  That's the

03:32  25   frequency, right?  That's the turbo frequency, for instance.

03:32  1    They have no relationship there.

03:32  2         So that's an analogy here.  And so we can't take these

03:32  3    sleep mode savings and translate them to turbo frequency or

03:32  4    base frequency increase.

03:32  5         Q.   Thank you, Professor Sylvester.

03:32  6         MR. LEE:  Your Honor, that completes the direct

03:32  7    examination.

03:32  8         THE COURT:  Ladies and gentlemen of the jury, we're going

03:32  9    to take a ten-minute recess.  And might be a minute or two

03:32  10   longer than that, but we'll take a recess now.  Remembering my

03:32  11   instructions not to discuss the case amongst yourselves.

03:33  12        Doctor, you can step down as well.

03:33  13        (Jury exited the courtroom at 3:33.)

03:33  14        THE COURT:  Thank you.  You may be seated.

03:33  15        What witness will come on after this gentleman?

03:33  16        MR. LEE:  After the cross is completed and whatever

03:33  17   follows, Dr. Rotem will testify next, then Mr. --

03:33  18        THE COURT:  How long do you anticipate the next witness

03:33  19   taking?

03:33  20        MR. MUELLER:  I'd say, Your Honor, on direct, probably

03:33  21   about 45 minutes to an hour.

03:33  22        THE COURT:  Is there any way you would have a -- I mean,

03:33  23   we can go till 6:00.  I'm happy to do that, but I don't want to

03:33  24   stay too much past that, and I don't want to break -- do you

03:33  25   have a depo or something we could -- well, let's see.

| | | |
|---|---|---|
| 03:33 | 1 | We've got -- I suspect this gentleman will not be done |
| 03:33 | 2 | before 4:30.  Do you think we can get the next one -- do you |
| 03:34 | 3 | want to try doing the next witness? |
| 03:34 | 4 | MR. LEE:  I think that'd be great. |
| 03:34 | 5 | THE COURT:  Okay.  Let's do that. |
| 03:34 | 6 | MR. LEE:  Okay. |
| 03:34 | 7 | THE COURT:  Mr. Chu, is that okay with you? |
| 03:34 | 8 | MR. CHU:  It's okay.  I may go an hour and a half, hour |
| 03:34 | 9 | and three-quarters. |
| 03:34 | 10 | THE COURT:  That's -- we'll just have to do it. |
| 03:34 | 11 | MR. CHU:  All right. |
| 03:34 | 12 | THE COURT:  And if we can't -- you may go with the next |
| 03:34 | 13 | witness or with this witness? |
| 03:34 | 14 | MR. CHU:  No, with this witness on cross-examination. |
| 03:34 | 15 | THE COURT:  You may go longer than I anticipated?  You go |
| 03:34 | 16 | as long as you want.  Why don't we just wait and see where |
| 03:34 | 17 | we're at when you finish, and if Intel could find something |
| 03:34 | 18 | they could do, if we get to like 5:15 that you could do for, |
| 03:34 | 19 | you know, some small amount of time just to use up another |
| 03:34 | 20 | half-hour, that'd be great. |
| 03:34 | 21 | MR. LEE:  Okay.  That's what we can do. |
| 03:34 | 22 | THE COURT:  Because I don't want -- or we can call your |
| 03:34 | 23 | next -- we can do that and we can call your next witness and |
| 03:34 | 24 | just have him -- it's a him, correct? |
| 03:35 | 25 | MR. LEE:  Yeah.  Dr. Rotem. |

03:35   1        THE COURT:  Okay.  We can just have that person get

03:35   2   qualified up and then we'll be done.  But I'd like to go till

03:35   3   5:30 or 5:45, if we can.

03:35   4        MR. LEE:  He's just a fact witness, Your Honor.  But we

03:35   5   can put his background on for sure.  Okay.

03:35   6        THE COURT:  Mr. Chu, you have no time limit on how much

03:35   7   time you have with this gentleman at all.  If we go through the

03:35   8   end -- if we go till 6 o'clock with this gentleman, I'm sure

03:35   9   nothing will make him happier.  He's having a great time up

03:35  10   there.

03:35  11        (Laughter.)

03:35  12        THE COURT:  And so are we.  And so whatever you want to

03:35  13   do, I'm just trying to maximize our use of time, and I don't

03:35  14   want to get someone unfairly started like, as you know, is my

03:35  15   practice.  So I've already used up five of your minutes.

03:35  16   Let's -- we'll come back in ten minutes from now.

03:35  17        (Recess taken from 3:35 to 3:52.)

03:52  18        THE COURT:  Please stand for the jury.

03:52  19        (The jury entered the courtroom at 3:52.)

03:53  20        THE COURT:  Thank you.  You may be seated.

03:53  21        MR. CHU:  Thank you very much, Your Honor.

03:53  22        Good afternoon, ladies and gentlemen of the jury.  Is it

03:53  23   okay if I wear my little parka before I freeze to death?

03:53  24        Thank you very much.

03:53  25                         CROSS-EXAMINATION

03:53  1    BY MR. CHU:

03:53  2        Q.   Good afternoon, Professor Sylvester.

03:53  3        A.   Good afternoon.  Nice to meet you.

03:53  4        Q.   Nice to meet you as well.

03:53  5        You had three reasons where you're contending that Intel

03:53  6    does not infringe, correct?

03:53  7        A.   That's correct.

03:53  8        Q.   And the first two of those reasons had to do with the

03:54  9    minimum operating voltage, correct?

03:54  10       A.   Yes.  They dealt with that.  Yes.

03:54  11       Q.   And during the course of your direct testimony you

03:54  12   described the RING_RETENTION_VOLTAGE; is that correct?

03:54  13       A.   I talked about that.  Yeah.

03:54  14       Q.   So what is the CLR?

03:54  15       A.   CLR is another name for the ring domain.  CBO/LLC

03:54  16   ring, that's what it stands for.

03:54  17       Q.   So if I also refer to CLR or CBO, that would be all

03:54  18   part of the ring domain?

03:54  19       A.   I would say CLR is equivalent to the ring domain and

03:54  20   the CBO is a component inside of those domains.

03:54  21       Q.   Very good.  And would you consider the C6 SRAM to be

03:54  22   a component as part of the ring domain?

03:54  23       A.   Yes.

03:54  24       Q.   And from your interaction with Intel engineers, would

03:55  25   you say that they understand the concept of voltage minimum or

03:55   1   Vminimum?

03:55   2        A.   Vmin is a term they use --

03:55   3        Q.   Sir --

03:55   4        A.   Sorry.

03:55   5        Q.   -- would you say with your interaction with Intel

03:55   6   engineers that they understand the concept of voltage minimum?

03:55   7   Is that correct?

03:55   8        A.   That's not a term that I --

03:55   9        Q.   So it's not correct?

03:55   10       A.   I wouldn't use that exact term.  That's what I was

03:55   11   trying to clarify.

03:55   12       Q.   I wasn't asking about the term you would use.  Did

03:55   13   you have an understanding that Intel engineers would refer to

03:55   14   voltage minimum?  Is that correct?

03:55   15       A.   Vmin is a term Intel uses.  Yes.

03:56   16       Q.   And you understand when they use the term "Vmin,"

03:56   17   they're referring to the voltage minimum, correct?

03:56   18            Can you answer that fairly yes or no?

03:56   19       A.   It's a minimum voltage.

03:56   20       Q.   Sir, can you fairly answer that yes or no?

03:56   21       A.   Sorry.  Can you repeat the question?

03:56   22       Q.   When Intel engineers use the phrase "Vmin," that

03:56   23   refers to voltage minimum, correct?

03:56   24       A.   Yes.

03:56   25       Q.   Now, you were asked by Intel's counsel the following

03:56  1   question and answer -- and I take notes a lot in my bound trial

03:56  2   notebook, and I try to take very careful, copious notes, and

03:57  3   here's what I took down, and I'm going to ask you whether I got

03:57  4   the question and answer accurately:

03:57  5       "Question:  Did you find anything in Intel documents on

03:57  6   minimum operating voltage for C6 SRAM?

03:57  7       "Answer:  No.  I did not."

03:57  8       Does that comport with your memory of your testimony?

03:57  9       A.   Minimum operating voltage of the C6 SRAM, is that

03:57  10  what you said?

03:57  11      Q.   That's correct.  Is this consistent with what you

03:57  12  testified to?

03:57  13      A.   Yeah.

03:57  14      Q.   Thank you.

03:57  15      MR. CHU:  Now, I would like to call up PTX-3675.  And in

03:57  16  particular, I'll use the last three digits of the page, 353.

03:58  17      Let's blow up the second row that has the C6 SRAM.  Can

03:58  18  you blow that up?

03:58  19      MR. LEE:  Your Honor, should it be off the public screen?

03:58  20      THE COURT:  I don't think there's anyone in the

03:58  21  courtroom --

03:58  22      MR. LEE:  Okay.

03:58  23      THE COURT:  -- that is -- that can see them.  I'm going to

03:58  24  say that on the record.  I don't believe there's anyone in the

03:58  25  courtroom who isn't allowed to see them.

03:58   1        MR. CHU:  Can we blow up that second row, C6 SRAM?

03:58   2   BY MR. CHU:

03:58   3        Q.   So you see this is relating to the C6 SRAM.  Do you

03:58   4   see that?

03:58   5        A.   Yeah.  I see that.

03:58   6        Q.   Okay.

03:58   7        MR. CHU:  Let's blow up the first four rows, including the

03:58   8   headers to the columns above it.

03:59   9   BY MR. CHU:

03:59  10        Q.   So on this PTX-3675, an Intel document for the

03:59  11   Haswell 1270 Array, on the right-hand side, you see that the

03:59  12   Intel engineers recorded information for Vmin; is that correct?

03:59  13        A.   Vmin.  That's what it --

03:59  14        Q.   Is that correct?

03:59  15        A.   Yeah.  Vmin it says.

03:59  16        Q.   And they recorded it for different components of the

03:59  17   ring, correct?

03:59  18        A.   Yes.

03:59  19        Q.   And one of the components we spent a lot of time is

03:59  20   the C6 SRAM, correct?

03:59  21        A.   Yes.

03:59  22        Q.   And the Vmin for C6 SRAM was 0.75, correct?

04:00  23        A.   That's what this document says.

04:00  24        Q.   And another part of the ring is the LLC data,

04:00  25   correct?

04:00  1      A.   Yes.

04:00  2      Q.   And the Vmin for that is exactly the same, 0.75,

04:00  3  correct?

04:00  4      A.   That's what the document says.  Yes.

04:00  5      Q.   And then another component is LLC Tag/Stat, and the

04:00  6  Vmin for that is also exactly the same, correct?

04:00  7      A.   Yes.

04:00  8      Q.   And the fourth component and last component on this

04:00  9  document for the CLR CBO is the LLC CV/LRU, also part of the

04:00  10 ring, and its Vminimum is exactly the same, 0.75, correct?

04:00  11     A.   Yep.  That's what it says.

04:00  12     Q.   So the Intel engineers understand the concept of

04:01  13 voltage minimum and they were able to measure the voltage

04:01  14 minimum for each of these components separately; is that

04:01  15 correct?

04:01  16     A.   I don't know if this is a measurement or simulation,

04:01  17 but it's possible.

04:01  18     Q.   Now, I'll go back to your trial testimony this

04:01  19 afternoon.  What I wrote down was:  Question:  "Did you find

04:01  20 anything in the Intel documents on minimum operating voltage

04:01  21 for C6 SRAM?"

04:01  22     Answer:  "No.  I did not."

04:01  23     Is that - that was your testimony, correct?

04:01  24     A.   Yes, that's correct.

04:01  25     Q.   Thank you.

04:01  1      Now, what we were just looking at was for the Haswell

04:01  2  chip.  Let's go to PTX-3675, and the last three digits of the

04:02  3  page are 353, and let's blow up the same material, and you see

04:02  4  this is for the Broadwell 1272 chip, correct?

04:02  5      A.   Yes.

04:02  6      Q.   And you see the Vmin is exactly 0.75 for each and

04:02  7  every component of the ring, correct?

04:02  8      A.   Yes.  That's the Vmin, yes.

04:02  9      Q.   Thank you.

04:02  10      Now, earlier this afternoon when you were testifying about

04:02  11  the RING_RETENTION_VOLTAGE, you had created a chart to show

04:02  12  three voltage points; is that correct?

04:02  13      A.   Yeah, VF curve, yes.

04:03  14      Q.   One of those was V0, correct?

04:03  15      A.   Yeah.

04:03  16      Q.   And one was V1, correct?

04:03  17      A.   Yes.

04:03  18      Q.   And one was V2, correct?

04:03  19      A.   That's right.

04:03  20      Q.   And you were trying to make the point that V0 could

04:03  21  be below the RING_RETENTION_VOLTAGE, correct?

04:03  22      A.   It is below.  Yes.

04:03  23      MR. CHU:  And let's call up the Intel chart -- I think it

04:03  24  is DDX-7.21.

04:03  25  BY MR. CHU:

04:03    1         Q.   This was the chart that you created?

04:03    2         A.   Yes.  That's right.

04:03    3         Q.   And you knew that Jonathan Douglas, the Intel

04:03    4    engineer who was testifying before you, was going to create in

04:03    5    a handwritten fashion, or his counsel's -- in his counsel's

04:04    6    handwriting essentially the same chart, correct?

04:04    7         A.   I'm not sure I knew that actually.

04:04    8         Q.   You saw when Mr. Douglas took the stand that he

04:04    9    created by his testimony a chart that is almost exactly the

04:04   10    same as the chart that you used, correct?

04:04   11         A.   Yes.  I did see that this morning.

04:04   12         Q.   Both Mr. Douglas' chart and your chart were created

04:04   13    for the purposes of this litigation only; is that correct?

04:04   14         A.   I hadn't created this before the litigation.  No.

04:04   15    So, yes, that's correct.

04:04   16         Q.   Well, this chart did not come out of Intel's

04:04   17    engineering files, correct?

04:04   18         A.   It came from the data I looked at.

04:04   19         Q.   Sir, this chart did not come from Intel's engineering

04:05   20    files; is that correct?

04:05   21         A.   You could say that.  Yes.

04:05   22         Q.   And it's a chart that you created for the purposes of

04:05   23    illustrating your testimony, correct?

04:05   24         A.   Yes, sir.

04:05   25         Q.   You've seen Intel engineering documents that relate

04:05  1    to this subject matter in general, correct?

04:05  2         A.   Yes.

04:05  3         Q.   Let me show you one as an example, D-505, and page --

04:05  4    you see this is a document about Haswell and the FIVR, the

04:05  5    fully integrated voltage regulator; is that correct?

04:06  6         A.   Yes.

04:06  7         Q.   And let's go to Page 24.  And let's blow up the two

04:06  8    charts in this Intel engineering document that the engineers

04:06  9    had created not for the purposes of this litigation.

04:06  10        Do you see the chart on the left-hand side has a number of

04:06  11   voltage points?

04:06  12        A.   Yes.

04:06  13        Q.   And do you see beneath the curve is V retention?  Do

04:06  14   you see that?

04:06  15        A.   I do.  Yes.

04:06  16        Q.   And it would be fair to consider V retention as

04:06  17   voltage retention, correct?  Yes or no?  Can you answer that

04:06  18   for me?

04:06  19        A.   Yeah, V stands for voltage, yes, voltage.

04:06  20        MR. LEE:  Your Honor, could we have this taken off the

04:06  21   public monitor?

04:07  22        MR. CHU:  Sure.

04:07  23        THE COURT:  Yes.  Is there -- yes.  Definitely.  Of

04:07  24   course.

04:07  25        MR. CHU:  I thought it was.

04:07  1  BY MR. CHU:

04:07  2      Q.   And on the chart on the left, every single one of the

04:07  3  points is above the V retention, correct?

4      A.   That's correct.

5      Q.   And the same is true on the chart on the right.

6  Every one of the V points is above the V retention, correct?

7      A.   That's right.

8      MR. CHU:  Let's call up a slide which is PDX-4.2.

9  BY MR. CHU:

10      Q.   Well, let's do this.  We're going to go back to your

11  slide, and let me see if Mr. Simmons can put -- okay.  Very

12  good.  We have PDX-4.30.

13      You see on the left-hand side we have reproduced the chart

14  you created for the sole purposes of the litigation; is that

04:07  15  correct?

04:07  16      A.   Based on the analysis in the litigation --

04:07  17      Q.   Sir, can you answer fairly the question yes or no?

18  You can also say you can't answer it.

19      We put on the left-hand side the chart you created solely

20  for the purposes of litigation, correct?

21      A.   Yes.

22      Q.   Thank you.

23      And we put on the right a document created by Intel

04:09  24  engineers without an eye to this litigation; is that correct?

04:09  25      A.   I can assume that's the case, yes.

04:09  1     Q.   And the chart on the right that came from the Intel

04:09  2  engineering documents, is this -- this is a chart that you've

04:10  3  seen before from the Intel engineering documents; is that

04:10  4  correct?

04:10  5     A.   Yes, I've seen it.

04:10  6     Q.   And indeed the chart on the right, you actually put

04:10  7  into your expert report that you had to submit in connection

04:10  8  with this case; is that correct?

04:10  9     A.   The one on the right, you said?

04:10  10    Q.   Yes.

04:10  11    A.   Yeah, possibly.  I can't recall exactly.

04:10  12    Q.   Well --

04:10  13    A.   It could be.

04:10  14    Q.   -- will you take my representation that it is in your

04:10  15  report and that you reproduced the chart, but when it came down

04:10  16  to illustrating the technical points to the jury, you chose to

04:10  17  draw up a brand new chart, the one on the left, instead of

04:11  18  using the chart created by Intel engineers in the ordinary

04:11  19  course on the right; is that correct?

04:11  20    A.   Yes.  For good --

04:11  21    Q.   Thank you.

04:11  22    A.   Yes.

04:11  23    Q.   Going to go to a new subject.

04:11  24         You discussed Professor Annavaram's testimony; is that

04:11  25  correct?

04:11   1         A.   Yes, sir.

04:11   2         Q.   And you criticized Professor Annavaram on a number of

04:11   3    grounds, correct?

04:11   4         A.   I did.

04:11   5         Q.   And you know that Dr. Annavaram used certain

04:11   6    workloads, correct?

04:11   7         A.   Yes.

04:11   8         Q.   And the workloads are what a person with a computer

04:11   9    might do.  They might have a word processing program.  They

04:12  10    might have an Excel spreadsheet.  They might do PDFs from

04:12  11    Adobe.  That's what a workload consists of, correct?

04:12  12         A.   That's right.

04:12  13         Q.   And you basically said he -- his choice of the

04:12  14    workloads was wrong.  You were criticizing him for that,

04:12  15    correct?

04:12  16         A.   That's not exactly right.

04:12  17         Q.   Your view was that the workloads chosen by

04:12  18    Dr. Annavaram are not representative; is that correct?

04:12  19         A.   No.

04:12  20         Q.   You had criticisms of the workloads used by

04:12  21    Dr. Annavaram, correct?  Yes or no.

04:12  22         A.   I criticized the residencies.

04:12  23         Q.   The residency also incorporated workloads, correct?

04:13  24         A.   Well, they're two separate --

04:13  25         Q.   Sir, if you can fairly answer yes or no --

04:13  1        A.    Okay.

04:13  2        Q.    -- that would be helpful.

04:13  3        A.    The residency incorporated workload, is that what you

04:13  4   said?

04:13  5        Q.    Well, let's back up.

04:13  6        A.    Okay.

04:13  7        THE COURT:  Let me -- just a second.

04:13  8        MR. CHU:  Let me slow down.

04:13  9        THE COURT:  No, no.  You could slow down.  That would be

04:13  10  good.  But I want to make sure -- are you all able to hear this

04:13  11  gentlemen because I'm having a hard time.  Is it just me?  Are

04:13  12  you able to hear him?  Okay.

04:13  13        (Off-the-record discussion.)

04:13  14        THE COURT:  Mr. Chu, I'm sorry, but I wanted to make sure.

04:14  15        MR. CHU:  That's quite all right, Your Honor.

04:14  16  BY MR. CHU:

04:14  17        Q.    And if you need, Professor, to change your position

04:14  18  to adjust the microphone -- I assume someone, either members of

04:14  19  the jury or His Honor, will help us out here because we want

04:14  20  everyone to hear your testimony.

04:14  21        Despite your criticisms on this subject of Dr. Annavaram,

04:14  22  you yourself did not propose different workloads, correct?

04:14  23        A.    That's correct.

04:14  24        Q.    You yourself did not propose a different set of

04:14  25  workloads, correct?

04:14  1      A.    That's correct.

04:14  2      Q.    And you have the technical ability to choose whatever

04:14  3   you would think would be a more representative set of

04:14  4   workloads; is that correct?  Yes or no.

04:14  5      A.    I could probably do that.

04:15  6      Q.    Yes.  So you criticized, but you didn't take the risk

04:15  7   of proposing an alternative set of workloads, correct?  Is that

04:15  8   correct?

04:15  9      A.    That's correct.

04:15 10      Q.    You also criticized Dr. Annavaram in the particular

04:15 11   Intel chips he chose to examine; is that correct?

04:15 12      A.    I did.

04:15 13      Q.    You know he chose two Haswell chips, correct?

04:15 14      A.    Actually, I can't remember if it's one or two.

04:15 15      Q.    I'll represent to you in your report you describe

04:15 16   Dr. Annavaram choosing two Haswell chips and two Broadwell

04:16 17   chips; is that correct?

04:16 18      A.    I think initially, yes.

04:16 19      Q.    And SKU is an abbreviation for a stocking unit.

04:16 20   Grocery stores use this.  If it's Campbell's mushroom soup of a

04:16 21   particular size, that's one stocking unit.  Campbell's chicken

04:16 22   noodle is a different stocking unit; is that correct?

04:16 23      A.    That's right.

04:16 24      Q.    And even high-tech companies like Intel use something

04:16 25   similar.  They could have a number of Haswell chips, but they

04:16  1    might be one SKU and a second SKU, correct?

04:16  2         A.   That's correct.

04:16  3         Q.   Despite your criticism of Dr. Annavaram about his set

04:16  4    of SKUs that were Haswell and Broadwell chips, you yourself did

04:17  5    not identify a more representative set of Intel SKUs, correct?

04:17  6         A.   No.  I did not.

04:17  7         Q.   Again, you would have the technical ability to do

04:17  8    that, correct?

04:17  9         A.   I don't know if I can answer that yes or no.

04:17  10        Q.   Well, let me ask this:  You're not sure whether you

04:17  11   have the technical ability to do that, but you made clear that

04:17  12   you were being critical of Dr. Annavaram's choice; is that

04:17  13   correct?  You were clear in criticizing Dr. Annavaram, correct?

04:17  14        A.   Yeah, I was clear, yes.

04:17  15        Q.   And in your work if you wanted some Intel engineers

04:18  16   to help you out, you would expect that Intel would be fully

04:18  17   cooperative with you, correct?

04:18  18        A.   I think so.

04:18  19        Q.   And you believed that either by yourself or with the

04:18  20   help of Intel engineers, you could have identified a more

04:18  21   representative set of Intel chips or SKUs, correct?

04:18  22        A.   If that was part of my task, yes.

04:18  23        Q.   Could you answer my question fairly yes or no?  Sir,

04:18  24   do you have the question in mind?  I'm happy to repeat it.

04:18  25        A.   I think so.  Yeah, I think I have it in mind.  I

04:18  1    would say yes.

04:18  2        Q.   Thank you.

04:18  3        You're familiar with a Mr. Gunther who's an Intel

04:19  4    engineer, correct?

04:19  5        A.   Yes, I am.

04:19  6        Q.   And you spoke to Mr. Gunther about the Intel Power

04:19  7    Model, correct?

04:19  8        A.   Yes, I did.

04:19  9        Q.   And you understand that Dr. Annavaram did work using

04:19  10   the Intel Power Model, correct?

04:19  11       A.   Yes.

04:19  12       Q.   And it would be fair to say this is a model that

04:19  13   Intel created for itself for its internal use wholly apart from

04:19  14   the litigation, correct?

04:19  15       A.   Correct.

04:19  16       Q.   And it's a Power Model for the Intel engineers to

04:19  17   analyze their chips, their chip designs and new chip designs on

04:19  18   their power usage, correct?

04:19  19       A.   Yes.

04:19  20       Q.   And you specifically spoke to Mr. Gunther on at least

04:19  21   two or more occasions about the Intel Power Model, correct?

04:20  22       A.   Twice, yes.

04:20  23       Q.   And this was in connection with your work criticizing

04:20  24   Mr. Annavaram, correct?

04:20  25       A.   Yes.  That's true.

04:20  1      Q.   And during your contact with Mr. Gunther, you did not

04:20  2   ask him whether Intel has better models available for use,

04:20  3   correct?

04:20  4      A.   Correct.

04:20  5      Q.   Mr. Gunther didn't say, because you're talking to him

04:20  6   about Dr. Annavaram's use of the Intel Power Model, oh, boy,

04:20  7   why is he doing that?  We've got this super power model that's

04:20  8   so much better.  Mr. Gunther never said anything along those

04:20  9   lines to you, correct?  Let me rephrase it.

04:21 10      A.   Yeah.

04:21 11      Q.   Mr. Gunther never told you when you were working with

04:21 12   him and criticizing Dr. Annavaram:  Here is a better power

04:21 13   model than the one Dr. Annavaram used?

04:21 14      A.   I can't answer that, because the question --

04:21 15      Q.   Sir, if you can't answer it yes or no, that's fine.

04:21 16   Just say I can't answer it yes or no; is that right?

04:21 17      A.   That's right.

04:21 18      Q.   Okay, that's fair.

04:21 19      A.   Okay.

04:21 20      Q.   The fact is you were not aware of a better power

04:21 21   model than the one that Professor Annavaram actually used in

04:21 22   his work; is that correct?

04:21 23      A.   That's correct.

04:21 24      Q.   You did not also yourself try to create a new power

04:22 25   model as a part of your analysis in this case; is that correct?

04:22   1          A.    That's true.

04:22   2          Q.    Part of your criticism of Dr. Annavaram was for you

04:22   3    to suggest that his calculations and his power model might be

04:22   4    off in a material way; is that correct?

04:22   5          A.    Yeah.  That's fair.

04:22   6          Q.    But as you sit here today, you don't know whether

04:22   7    Dr. Annavaram was off by one-tenth of 1 percent or 1 percent or

04:23   8    some other number; is that correct?

04:23   9          Can you fairly answer that yes or no?

04:23   10         A.    Yeah.  I don't know the exact percentage.  Is that

04:23   11   what you're asking?

04:23   12         Q.    Well, let me just read a portion of your deposition

04:23   13   transcript.  It's at Page 95, Line 12 through 25.

04:23   14         I'll read just a portion of this.  See if it refreshes

04:23   15   your recollection.

04:23   16         MR. LEE:  Can he see it?

04:23   17         MR. CHU:  Oh, yes.  We have put for you a copy of your

04:23   18   deposition transcript -- I hope it's not that big binder.  It

04:23   19   should be.

04:23   20         THE COURT:  Mr. Chu, why don't you repeat for him the

04:23   21   page?

04:23   22         THE WITNESS:  I've got it.

04:23   23         THE COURT:  Or you can put it up on the screen, either

04:23   24   way.

04:23   25         MR. CHU:  Okay.  Well, let me just read it.  It'll just be

04:23  1    quicker.  It's Page 95 starting at Line 12.

04:24  2         THE WITNESS:  Okay.

04:24  3    BY MR. CHU:

04:24  4         Q.   Question:  "And so you don't know, as you sit here

04:24  5    today, whether according to your opinion Dr. Annavaram was off

04:24  6    by .1 percent or 1 percent or some other number, correct?"

04:24  7         Answer:  "Due to this specific topic, right."

04:24  8         That was a truthful answer, correct?

04:24  9         A.   Yes.  That's right.

04:24  10        Q.   Thank you.

04:24  11        You do understand that Intel engineers for non-litigation

04:24  12   purposes rely on their power model, the same one Dr. Annavaram

04:24  13   used in his analysis, correct?

04:24  14        A.   Yes.

04:24  15        Q.   And they use it for a number of reasons, including to

04:25  16   determine the amount of power consumption, correct?

04:25  17        A.   Yes.

04:25  18        Q.   And knowing that is useful for the Intel engineers,

04:25  19   correct?

04:25  20        A.   Yeah, it's a bit useful.

04:25  21        Q.   And you have reviewed deposition transcripts where

04:25  22   that is what the Intel engineers said, right?

04:25  23        A.   Yes.

04:25  24        Q.   And they also used the power model to reduce power

04:25  25   consumption, correct?  Can you fairly answer that yes or no?

04:25  1          A.    Not directly, no.  I would say no.

04:25  2          MR. CHU:  Well, let's put up Steven Gunther's deposition.

04:25  3   I think it's PDX-4.15 [sic].

04:26  4   BY MR. CHU:

04:26  5          Q.    This is the Intel engineer you worked with in coming

04:26  6   up with your criticisms, correct?

04:26  7          A.    I wouldn't characterize it that way, so I'd say no.

04:26  8          Q.    This is the Intel engineer you had communications

04:26  9   with in connection with your work in this case, correct?

04:26  10         A.    Yes.  That's right.

04:26  11         Q.    And you agree with his statement that they used the

04:26  12  power model to reduce power consumption, correct?

04:26  13         A.    That's not exactly what it says.

04:26  14         Q.    One of the purposes of the power model is coming up

04:26  15  with ideas to further reduce the power consumption of Intel

04:26  16  chips, correct?

04:26  17         A.    Yes.  That I would agree with.

04:26  18         Q.    And you're also aware of the fact that the Intel

04:27  19  Power Model that Dr. Annavaram used took many thousands of man

04:27  20  hours to create, correct?

04:27  21         A.    Yes.  That's right.

04:27  22         Q.    And, in fact, despite your criticisms, you would

04:27  23  agree that Dr. Annavaram could not have made the power model

04:27  24  any more accurate; is that correct?

04:27  25         A.    Yeah.  I would agree he couldn't do anything.

04:27   1       Q.   If you can fairly answer yes or no?

04:27   2       A.   Yes.

04:27   3       Q.   Thank you.

04:27   4       And you don't think that Dr. Annavaram could have improved

04:27   5  the model, correct?

04:27   6       A.   Correct.

04:27   7       Q.   Part of your expert work in this case had to do with

04:28   8  alternative power supply implementations; is that correct?

04:28   9       A.   Yeah.  I guess you could say that, yes.

04:28  10       Q.   And the reason you were doing this was to try and

04:28  11  make the point that there are alternatives to the claimed

04:28  12  invention of the '373 patent, alternatives that you believed

04:28  13  could not be subject to an infringement claim, correct?

04:29  14       A.   Yeah.  Yes.  That's true.

04:29  15       MR. CHU:  Okay.  Now, let me call up PTX-983, and in

04:29  16  particular Page 601.  This is first on the cover page.

04:29  17  BY MR. CHU:

04:29  18       Q.   You see it's a Broadwell and Haswell document about

04:29  19  C6 SRAM circuits, correct?

04:29  20       A.   Yes.

04:29  21       Q.   Okay.

04:29  22       MR. CHU:  Now, if we'll go to that particular page that

04:29  23  ends in 601.

04:29  24  BY MR. CHU:

04:29  25       Q.   I'll tell you that the page has a title "C6/C7 SRAM

04:29  1   circuit options."

04:30  2        A.   Should I look at that in my binder?  Or is it going

04:30  3   to come up on the screen?

04:30  4        Q.   I hope it's going to come up on the screen.  It'll be

04:30  5   much faster.

04:30  6        A.   Okay.  Got it.

04:30  7        Q.   As a part of your work, you looked at the particular

04:30  8   document, and in particular this part of that document entitled

04:30  9   "C6/C7 SRAM Circuit Options," correct?

04:30  10       A.   That's correct.

04:30  11       Q.   No. 1 alternative that is a switch supply alternative

04:30  12  is basically what Intel implemented, correct?

04:30  13       A.   Yes.  That's right.

04:30  14       Q.   So this was Intel engineers trying to think about how

04:31  15  they would make sure that the C6 or C7 SRAM would always be fed

04:31  16  sufficient voltage so it would not lose any data, correct?

04:31  17       A.   Yes.  That's right.

04:31  18       Q.   And they came up with No. 1, as well as Options 2 and

04:31  19  3, correct?

04:31  20       A.   Yes.

04:31  21       Q.   And when you examined this subject, you thought that

04:31  22  Options 2 and 3 were, then and today, very viable alternative

04:31  23  designs, correct?

04:31  24       A.   Yes.  I do.

04:31  25       Q.   Now, both of them are single-supply options, correct?

1005

| | | |
|---|---|---|
| 04:31 | 1 | A.   No. |
| 04:31 | 2 | Q.   Look at No. 2.  It says HSW.  That's Haswell, right? |
| 04:32 | 3 | A.   Yes. |
| 04:32 | 4 | Q.   C6 SRAM, FUB -- that's stands for functional unit |
| 04:32 | 5 | block, correct -- on the single supply, correct? |
| 04:32 | 6 | A.   That's what it says, yes. |
| 04:32 | 7 | Q.   Okay.  Look at No. 3.  That also is a single-supply |
| 04:32 | 8 | option, correct? |
| 04:32 | 9 | A.   That one's a single-supply, yes. |
| 04:32 | 10 | Q.   And both before this litigation and after this |
| 04:32 | 11 | litigation, Intel did not implement Option No. 2, correct? |
| 04:32 | 12 | A.   Are you talking about Haswell, or are you talking |
| 04:32 | 13 | about any product? |
| 04:32 | 14 | Q.   Haswell. |
| 04:32 | 15 | A.   Correct. |
| 04:32 | 16 | Q.   Same with Broadwell, correct? |
| 04:32 | 17 | A.   Correct. |
| 04:32 | 18 | Q.   And both before this litigation started and since |
| 04:33 | 19 | this litigation started, the other option which you considered |
| 04:33 | 20 | today to be a viable option, Option 3, was not implemented by |
| 04:33 | 21 | Intel for Haswell or Broadwell, correct? |
| 04:33 | 22 | A.   Yes. |
| 04:33 | 23 | Q.   And you still consider Option 3 to be a very viable |
| 04:33 | 24 | option, even though the Intel engineers on the document that |
| 04:33 | 25 | they created said "Haswell" or "HSW rejected," correct? |

04:33  1        A.   Yes, that's correct.

04:33  2        Q.   And the Intel engineers also pointed to another

04:33  3   problem in red, "comprises the power grid," correct?

04:33  4        A.   That's what it says, yes.

04:33  5        Q.   But nevertheless, you stand by your opinion that both

04:33  6   Option 2 and Option 3, today, last year, year before that were

04:34  7   viable options to the number one option that was selected for

04:34  8   Haswell and Broadwell, correct?

04:34  9        A.   Yes.

04:34  10       Q.   You would agree that the Intel engineers for the

04:34  11  purposes of providing voltage to the C6 SRAM would try and

04:34  12  choose the optimal, the best option, correct?

04:34  13       A.   Ideal, yes.

04:34  14       Q.   And they wouldn't want to move to a second-best

04:34  15  option or a third-best option, correct?

04:34  16       A.   Usually, yes.

04:34  17       Q.   An Intel processor and the processors involved in

04:35  18  this case, Haswell and Broadwell, they may make changes to

04:35  19  C-states; is that correct?

04:35  20       A.   C-states, yes.

04:35  21       Q.   And C7 would be the C-state being completely asleep?

04:35  22       A.   It's a deep-sleep state, yeah, very deep-sleep state.

04:35  23       Q.   Okay.  If processors could have REM sleep and dreams,

04:35  24  good dreams or nightmares, that would be the state, correct?

04:35  25       A.   Yeah.

1007

04:35   1        Q.    Okay.  Now, these processor changes in C-states from

04:35   2    deep sleep to being awake can occur hundreds of times a second,

04:36   3    correct?

04:36   4        A.    From deep sleep to awake, is that what you said?

04:36   5        Q.    No.

04:36   6        A.    Okay.  Could you repeat?  Sorry.

04:36   7        Q.    Sure, of course.  The Intel processors in this case

04:36   8    can have Package C-state changes hundreds of times a second,

04:36   9    correct?

04:36   10       A.    Yes.

04:36   11       Q.    Thank you.

04:36   12            You do understand that the Haswell and Broadwell chips,

04:36   13   when there is a ramp-down in the voltage from what you this

04:36   14   afternoon called voltage regulator No. 1 have a ramp-down at a

04:37   15   specific rate; is that correct?

04:37   16       A.    Yes.

04:37   17       Q.    And that ramp-down is programmed by the Intel

04:37   18   engineers, correct?

04:37   19       A.    Yes.

04:37   20       Q.    They could program it to ramp down more rapidly,

04:37   21   correct?

04:37   22            Yes or no.  Can you answer that yes or no?

04:37   23       A.    I'm not sure that's the case.  Yeah.

04:37   24       Q.    Can they program it to ramp down more slowly?  That's

04:37   25   correct?

―1008

04:37   1        A.   Yes.

04:37   2        Q.   And you're familiar with problems that can occur for

04:38   3   Intel chips if the ramp-down is too fast; is that correct?

04:38   4        A.   No.

04:38   5        Q.   Okay.  A fast ramp rate down can inject noise into

04:38   6   the system, right?  Yes or no?  Are you able to answer?

04:38   7        A.   System -- no.  I can't answer that.  It's too

04:38   8   general.

04:38   9        Q.   A ramp-down that is too fast can create noise,

04:38   10  correct?  Can you answer that fairly yes or no?

04:38   11       A.   I'd like to know more context with the question.  A

04:38   12  ramp-down of --

04:38   13       Q.   Or you can say you can't answer it yes or no.

04:39   14       A.   Okay.  I guess I can't answer that.

04:39   15       Q.   Noise in the context of the processors would be

04:39   16  considered a bad thing, correct?

04:39   17       A.   Not always.

04:39   18       Q.   Noise -- when engineers are discussing noise as a

04:39   19  problem, they're considering it to be a bad thing, correct?

04:39   20       A.   It depends.

04:39   21       Q.   I'd like to show you PTX-4448.

04:39   22       MR. CHU:  Can we -- we have on the screen -- and let's go

04:39   23  to Page 579 or Page 20 of PTX-4448.

04:40   24       Okay.  Can we blow this up?

04:40   25       MR. LEE:  I'm going to object.  This isn't even the

04:40   1   accused products.

04:40   2          THE COURT:  I'm sorry?

04:40   3          MR. LEE:  I object.  This is not even the accused

04:40   4   products.

04:40   5          THE COURT:  Mr. Chu?

04:40   6          MR. CHU:  I'm showing him an Intel document and following

04:40   7   up and hopefully refreshing him on how noise is discussed among

04:40   8   Intel engineers.

04:40   9          THE COURT:  Is this is a document that was disclosed

04:40  10   during discovery?  I take it it's an Intel document, right?

04:40  11          MR. CHU:  It is an Intel document.

04:40  12          THE COURT:  I'll overrule the objection.

04:40  13   BY MR. CHU:

04:40  14      Q.   Okay.  It's on your screen, Professor Sylvester.

04:40  15      A.   Got it.

04:40  16      Q.   Okay.  This page is entitled "VCCLN Clamping and

04:40  17   Architectural Throttling," correct?

04:40  18      A.   Yes.

04:40  19      Q.   And you see, three lines down, "existing VCCLN noise

04:41  20   violating silicon reliability limit of 2.3 volts."  In this

04:41  21   context, the Intel engineers are discussing noise as a problem,

04:41  22   correct?

04:41  23      A.   In this case, yes.

04:41  24          MR. CHU:  Let me just check something, Your Honor.

04:41  25          (Conference between counsel.)

04:41  1        MR. CHU:  I think there's something odd about this copy.

04:41  2   BY MR. CHU:

04:42  3        Q.   So, Professor, let me ask you to go to PTX-4448 and

04:42  4   Page 20.  It should be in one of the notebooks --

04:42  5        A.   Okay.

04:42  6        Q.   -- that you have there.

04:42  7        A.   Is it the new one or the old one?

04:42  8        Q.   Probably the new one.

04:42  9        A.   Sorry.  What's the PTX again?

04:42  10       Q.   4448.

04:42  11       A.   Okay.  And page number?

04:42  12       Q.   20.

04:42  13       A.   Okay.  It looks the same as this.  Yeah.

04:42  14       Q.   Oh.  Well --

04:42  15       A.   Is that right?

04:42  16       Q.   -- let me try an alternative document.  Do you have

04:42  17   PTX-4449?

04:42  18       A.   Yes.  Yes.

04:42  19       Q.   Try that.  And it's -- there are document production

04:42  20   page numbers, and at the bottom it's Page 698, meaning the last

04:43  21   three digits.  No.  Let's see.  At 20.  Let's go to Page 20 of

04:43  22   this document.

04:43  23       Let's do it this way perhaps.  I'm going to show you a

04:43  24   copy of a particular page, and we'll make sure we get the right

04:43  25   page in a moment.

04:43  1         MR. CHU:  May I approach, Your Honor?

04:43  2         THE COURT:  Of course.

04:43  3  BY MR. CHU:

04:43  4         Q.   Let me tell you, I'm going to draw your attention to

04:43  5  the bottom of this page and it says, "TR exploration for

04:43  6  modifying NLC-2 to have slower ramp rate to limit injected

04:44  7  VCCIN noise."  If it's okay, can you see that at the bottom?

04:44  8         A.   Yeah.  I can see it.  Yeah.  It's the same.

04:44  9         Q.   Okay.  So, in fact, this shows that Intel engineers

04:44 10  can be focused on the speed of the ramp-down or ramp-up to

04:44 11  solve problems caused by there being too fast a ramp-down in

04:44 12  this case, correct?

04:44 13         A.   In this case, yes.

04:44 14         Q.   Okay.  You would also agree that if the ramp rate of

04:44 15  the Intel processors is not controlled carefully in terms of

04:44 16  the rate that it can also cause product failures, correct?

04:45 17         A.   Not necessarily.

04:45 18         Q.   It can cause product faults, correct?

04:45 19         A.   Not necessarily.

04:45 20         Q.   Let's go to PTX-4450.  This is an Intel document, and

04:45 21  let's go to Page 6.

04:45 22         Do you see the title of this page is "ULT (d)(2)" --

04:45 23  "(g)(2) Over Current Faults," correct?

04:45 24         A.   Yes.  I see that.

04:45 25         Q.   And you see the first bullet point is "PPV-PNG PPV-M

04:45  1   is failing approximately 4 percent of ULT 15-watt material for

04:45  2   GT OCP faults."  Do you see that?

04:45  3        A.   Yeah.  I see that.

04:45  4        Q.   And then further down, you see that the Intel

04:46  5   engineers wanted to solve this problem and they outlined three

04:46  6   methods to resolve, the bullet in the middle of the page.  The

04:46  7   bullet in the middle is "three methods to resolve," right?  Do

04:46  8   you see that?

04:46  9        A.   Yes.

04:46  10       Q.   And the very first option that they put down was

04:46  11  "reduce ramp rate."  You see that?

04:46  12       A.   I see that.

04:46  13       Q.   And "by slowing the rate, the current demand is

04:46  14  averaged out over a longer period."  You see that?

04:46  15       A.   I see that.

04:46  16       Q.   So the Intel engineers want to carefully control

04:46  17  their programmable ramp-down rate.  They want to control or

04:46  18  regulate the way in which that voltage was being decreased to

04:46  19  minimize the problems with the chip; is that correct?

04:46  20       A.   You're referring to this slide?

04:47  21       Q.   Yes.

04:47  22       A.   Apparently.  Yes.

04:47  23       Q.   Thank you very much.  Thank you for your time,

04:47  24  Professor.

04:47  25       MR. CHU:  No further questions.

04:47  1        THE WITNESS:  Thank you.

04:47  2                    REDIRECT EXAMINATION

04:47  3  BY MR. LEE:

04:47  4        Q.   Professor Sylvester, I just want to ask you about

04:47  5  three or four subjects quickly.

04:47  6        MR. LEE:  Could I have PTX-3675, which was the very first

04:47  7  thing Mr. Chu asked you about?

04:47  8  BY MR. LEE:

04:47  9        Q.   Do you remember that?

04:47  10        A.   I think so.

04:47  11        Q.   We're going to put it on the screen, and we're going

04:47  12  to expand it and look at the section that he focused on for the

04:48  13  CLR/CBO.  Do you see that?

04:48  14        A.   I do.

04:48  15        Q.   And he focused you on Vmin.  Do you see that?

04:48  16        A.   Yes.

04:48  17        Q.   Would you tell the ladies and gentlemen of the jury,

04:48  18  is that an active minimum voltage or a minimum retention

04:48  19  voltage?

04:48  20        A.   Yeah.  So this is why I struggled to answer some of

04:48  21  the questions initially because it's confusing terminology.  At

04:48  22  Intel they use Vmin, that specific notation, to indicate the

04:48  23  lowest voltage to meet a frequency.  So in this case actually

04:48  24  there's a frequency number right next to the voltages, like 1.9

04:48  25  GHz.

04:48  1      So the voltage of .75 volts here is a voltage that will

04:48  2  meet a speed requirement.  It will operate lower.  It will

04:48  3  retain lower.  It will read lower.  It will write lower.  So

04:48  4  it's not a minimum operating voltage.  That's the term that's

04:48  5  key to the patent and to infringement contentions.

04:49  6      So this Vmin is a little bit confusing in that respect.

04:49  7  And so that's this.

04:49  8      Q.   Now, when Mr. Chu blew up this section, he didn't

04:49  9  include the column "Clock Frequency," right next to Vmin and

04:49  10  Vnom, correct?

04:49  11      A.   That's right.

04:49  12      Q.   And what does that tell you about whether the clock

04:49  13  frequency is a minimum retention voltage?

04:49  14      A.   I'm sorry.  The clock frequency?

04:49  15      Q.   What -- the fact that there is a clock frequency,

04:49  16  what does that tell you about Vmin?

04:49  17      A.   I mean, generally, as I said, for Vmins, Intel uses

04:49  18  it to meet a performance specification.  That doesn't mean it's

04:49  19  a minimum operating voltage of any type.  So in this case these

04:49  20  are active voltages to meet performance specifications.

04:49  21  They're not minimum operating voltages.

04:49  22      Q.   Is it a minimum retention voltage?

04:49  23      A.   No.  It's not.

04:49  24      Q.   And Dr. Conte identifies as a minimum operating

04:49  25  voltage the RING_RETENTION_VOLTAGE, correct?

04:50  1       A.    That's right.

04:50  2       Q.    And that's for products shipped to customers,

04:50  3  correct?

04:50  4       A.    That's right.

04:50  5       Q.    And do you know whether the C6 SRAM in products that

04:50  6  are actually shipped to customers actually speaks to the

04:50  7  .75 volts listed on this chart?

04:50  8       A.    So the -- you know, the analysis I did demonstrated,

04:50  9  for instance, that the C6 SRAM operates at voltages well below

04:50 10  this, right?  The Ring_VF_Voltage_0 was significantly below

04:50 11  this in the data I actually collected from the products.

04:50 12       Q.    And now, I notice that the Vmin and the Vnoms are the

04:50 13  same for all the parts of the ring domain.  Do you see that?

04:50 14       A.    Yes.

04:50 15       Q.    What's that tell you?

04:50 16       A.    Well, they're applying one voltage to that whole

04:50 17  domain.  So, you know, that's what they're going to run it at.

04:50 18  It has to be a single voltage because it's all tied together.

04:51 19       Q.    Does this chart have anything to do with the

04:51 20  RING_RETENTION_VOLTAGE?

04:51 21       A.    No.

04:51 22       Q.    Does it have anything to do with what Dr. Conte

04:51 23  identified as the minimum operating voltage for his

04:51 24  infringement analysis?

04:51 25       A.    No.  It doesn't.

04:51  1      Q.   Nothing at all?

04:51  2      A.   No.

04:51  3      Q.   Now, could I have --

04:51  4      MR. LEE:  I have to ask our colleagues to bring PDX-4.30

04:51  5  [sic] because I don't think we have it.  Can you bring that up

04:51  6  for us?

04:51  7  BY MR. LEE:

04:51  8      Q.   Now, Mr. Chu covered two points at the beginning on

04:51  9  the issue of infringement.  We just looked at one, the Vmin.

04:51  10      Now, I want to go to the second, which is the chart he put

04:51  11  up, 4.30 [sic].  And when he was asking you about the left-hand

04:51  12  side, you did tell him that you created this as part of your

04:52  13  work in this case, correct?

04:52  14      A.   Yes.

04:52  15      Q.   But I think you wanted to tell him where it came

04:52  16  from, and he wouldn't let you or he didn't ask the question.

04:52  17      Where did this come from?

04:52  18      A.   Well, it came from the data, right?  So, you know,

04:52  19  the fact that the RING_RETENTION_VOLTAGEs that are fused into

04:52  20  the actual products is larger than -- quite a bit than the

04:52  21  Ring_VF_Voltage_0 is reflected in the drawing that I put up on

04:52  22  the left, okay?

04:52  23      And the fact that that's not consistent with the drawing

04:52  24  on the right is not surprising to me because that just says

04:52  25  V_RETENTION.  That's not saying that's the

—1017—

04:52  1   RING_RETENTION_VOLTAGE fuse.  That's just a line saying that

04:52  2   you should be able to retain down below there.  That's all.

04:52  3       Q.   So is your diagram based upon data from products that

04:52  4   were actually analyzed?

04:52  5       MR. CHU:  Objection, leading.

04:53  6   BY MR. LEE:

04:53  7       Q.   What is your data based upon?

04:53  8       A.   The four million or so parts of fuse data that I

04:53  9   analyzed.

04:53  10      Q.   And from that four million or so parts that you

04:53  11  analyzed, did you determine the RING_RETENTION_VOLTAGE?

04:53  12      A.   Yes.

04:53  13      Q.   Where is it?

04:53  14      A.   It's about where I put it here.  It's midway between

04:53  15  the VF_VOLTAGE_0 and VF_VOLTAGE_1.  I don't remember exactly

04:53  16  where, but it's significantly higher than VF_VOLTAGE_0.

04:53  17      Q.   Now, what's on the right-hand side has a label

04:53  18  "Actual Intel Evidence."  That's not on the document, is it?

04:53  19      A.   No.

04:53  20      Q.   That's something the lawyers added?

04:53  21      A.   Apparently.

04:53  22      Q.   And do you know whether the V retention has anything

04:53  23  to do with the RING_RETENTION_VOLTAGE of actual products?

04:53  24      A.   It's not even clear from this figure this relates to

04:53  25  the ring, and of course the ring is not the same as the C6

04:53  1    SRAM, the accused memory, so there's a big disconnect there.

04:54  2        Q.   So I now want to talk to you a little bit about the

04:54  3    alternative designs that Mr. Chu asked you about.

04:54  4        MR. LEE:   Could I have DDX-7.43 on the screen, please?

04:54  5    BY MR. LEE:

04:54  6        Q.   Do you recall testifying about this?

04:54  7        A.   Yes.

04:54  8        Q.   Just to remind us, on the left-hand side is what?

04:54  9        A.   That's generally the behavior of the actual Haswell

04:54  10   and Broadwell parts in Package C7.

04:54  11       Q.   The bottom right-hand side is what?

04:54  12       A.   That is the proposed alternative to estimate power

04:54  13   savings of the power mux by Dr. Annavaram.

04:54  14       Q.   And the top two categories or the top two boxes are

04:54  15   what on the right?

04:54  16       A.   Those are representing designs of Intel previous

04:55  17   product that also use the C6 SRAM's concept.

04:55  18       Q.   Now, Mr. Chu asked you some questions about whether

04:55  19   the alternative designs in the top right-hand corner were

04:55  20   better than some other designs.

04:55  21       Was your purpose in identifying these to identify which

04:55  22   designs were better?

04:55  23       A.   I don't think I ever said they were better.

04:55  24       Q.   I'm pretty sure you didn't.  What were you

04:55  25   identifying these designs for?

04:55   1      A.   They are alternatives to the C6 SRAM power mux design

04:55   2   that would achieve the goal of the C6 SRAM power mux without

04:55   3   using that.

04:55   4      Q.   And in the bottom right-hand corner is

04:55   5   Dr. Annavaram's proposed alternative, correct?

04:55   6      A.   That's right.

04:55   7      Q.   The only one he considered?

04:55   8      A.   That's right.

04:55   9      Q.   Is there any Intel document considering that

04:55   10   alternative as a viable alternative?

04:55   11      A.   No.  Definitely not.

04:55   12      Q.   Now, let me just ask you these final two questions.

04:56   13   Based upon all the work -- three questions.

04:56   14      (Laughter.)

04:56   15      MR. LEE:   I caught myself before you would say anything.

04:56   16      MR. CHU:   No objections to three questions.

04:56   17      (Laughter.)

04:56   18   BY MR. LEE:

04:56   19      Q.   Let me ask you these final three questions.

04:56   20      Do the Broadwell processors use the invention of the '373

04:56   21   patent?

04:56   22      A.   Given my analysis, no.  They do not.

04:56   23      Q.   Do the Haswell processors use the inventions of the

04:56   24   '373 patents?

04:56   25      A.   No.  They do not.

```
04:56   1        Q.   Do they do things differently and for a good reason?

04:56   2        A.   Yes.  They do.

04:56   3        MR. LEE:  Thank you.  Thank you, Dr. Sylvester.

04:56   4        THE COURT:  Mr. Chu?

04:56   5        MR. CHU:  Professor Sylvester, thank you very much for

04:56   6   your time.  No further questions.

04:57   7        THE COURT:  Dr. Sylvester, I apologize.  You're free to

04:57   8   go.  You're also free to stay.  And so you'll -- you're

04:57   9   certainly welcome here in Waco at any time.  But you are

04:57  10   dismissed from your service.  Thank you.

04:57  11        Mr. Lee, who would you call next?

04:57  12        MR. LEE:  Your Honor.

04:57  13        THE COURT:  Yes, sir.

04:57  14        MR. LEE:  I think probably best thing to do, if it's good

04:57  15   with the jury and good with you, is we could put our next

04:57  16   witness on, just cover his background and then suspend for the

04:57  17   day if that's okay.

04:57  18        THE COURT:  Okay.

04:57  19        MR. LEE:  Or we can start him first thing tomorrow.  He's

04:57  20   a fact witness.

04:57  21        THE COURT:  If I could have you and Mr. Chu up here for

04:57  22   just a second.

04:57  23        (Bench conference.)

04:57  24        THE COURT:  Just before I agree to that, I just want to

04:57  25   make sure, you all know the case better than I do.  You all --
```

1021

04:58   1   we're going to be done with the evidence by Monday and closing

04:58   2   arguments Monday, right?

04:58   3       MR. CHU:  I'd like an opportunity to talk to my colleagues

04:58   4   about it, but I know that's Your Honor's goal and we, of

04:58   5   course, both have time limits.

04:58   6       THE COURT:  Because once -- I don't know how much time you

04:58   7   have used.  I tried to time it out where if we're doing as much

04:58   8   as we need to do, your time would run out, more or less,

04:58   9   middle -- by the end of the morning, Monday.  But just so you

04:58   10  know, that's -- I really want to get this case charged and

04:58   11  argued on by the end of the day Monday.

04:58   12      MR. CHU:  Okay.

04:58   13      THE COURT:  And other than -- so I'm happy to quit now.

04:58   14  We're probably going to have to go tomorrow around 5:00.

04:58   15      MR. CHU:  They have deposition plays or to call Dr. Rotem

04:58   16  for the start.  I would like -- I think Your Honor already let

04:58   17  the jury know we might go a little bit late.  I'd rather use

04:58   18  the time than have the possibility that we're just going to run

04:58   19  out of time.

04:59   20      MR. LEE:  Dr. Rotem's background is going to take us about

04:59   21  five minutes.  The reason -- before I can figure out what I'm

04:59   22  doing on depositions, let me get Your Honor's -- and counsel on

04:59   23  Fortress because several of them are Fortress depositions.

04:59   24      THE COURT:  Oh, gosh.  No, no, no.  You're right.  You're

04:59   25  right.  Okay.  So, well, here's what we'll do.  Why don't we --

04:59  1   here's what we're going to do.  We're going to start tomorrow

04:59  2   at 8:30 instead of 9:00.

04:59  3       You all, if you have issues, you need to be here by --

04:59  4   we'll take up issues at 8:00.  And we're going to stop issues

04:59  5   at 8:29, whether they're resolved or not.

04:59  6       MR. CHU:  Okay.

04:59  7       THE COURT:  So we'll start at 8:30, and we'll go tomorrow.

05:00  8   If we have to go to 5:30 tomorrow, we will because all I have

05:00  9   tomorrow tonight -- my date night is with you guys.

05:00  10      (Laughter.)

05:00  11      THE COURT:  And so --

05:00  12      MR. LEE:  I'm almost 71 years old.  There are no more date

05:00  13  nights.

05:00  14      THE COURT:  And so which one of you gentlemen is older?

05:00  15      MR. CHU:  I don't know.

05:00  16      MR. LEE:  We're almost --

05:00  17      MR. CHU:  Although, Helen, my wife and I, we recently had

05:00  18  our fiftieth anniversary.  So at least in terms of anniversary

05:00  19  dates, you're ahead of Bill and Leslie.

05:00  20      My only concern, and the schedule for today and starting

05:00  21  early tomorrow is great, is that we don't get pressed and

05:00  22  squeezed in time for our rebuttal case just because --

05:00  23      THE COURT:  You're going to have -- I'm going to make sure

05:00  24  you have enough time for your rebuttal testimony, and that may

05:00  25  involve Monday starting at 8:30 as well.  We'll get it.

05:00  1      I'm not going to penalize anyone to get this done.  I

05:00  2  don't want that reputation.  I don't want it to be -- so, but

05:01  3  we'll finish Monday, I'm confident.

05:01  4      MR. LEE:  Okay.  I think, you know, Your Honor's advice

05:01  5  about the length of the closings being 45 minutes or so, we'll

05:01  6  get it done Monday.

05:01  7      THE COURT:  Okay.  Very good.  Thank you.

05:01  8      Oh, Mr. -- do you -- why don't we just wait -- five

05:01  9  minutes isn't going to make a difference.

05:01  10      MR. LEE:  Okay.  Yeah.  I wouldn't do it.  I wouldn't do

05:01  11  it.

05:01  12      THE COURT:  Okay.

05:01  13      (Bench conference ends.)

05:01  14      THE COURT:  So let's go back on the record if we might.

05:01  15      Ladies and gentlemen of the jury, we are going to -- we

05:01  16  were uncertain of how long the last gentleman would take, and

05:01  17  so I thought we might go a little bit later today.

05:01  18      But we thought he might be on the stand longer than he

05:01  19  was, so that's my fault for not getting -- not having enough

05:01  20  ducks in a row to keep going.

05:01  21      We're going to start tomorrow at 8:30.  The reason why I'm

05:01  22  doing all this is we very much are planning on finishing this

05:01  23  trial Monday.

05:01  24      And I want to make sure we get it done Monday.  And so

05:02  25  we'll start a little early tomorrow.  We may go a little late

05:02  1    tomorrow night.  We may not.  But I can assure you this:  We

05:02  2    will be done Monday.

05:02  3        Those of us will be done Monday, meaning you will begin

05:02  4    deliberating on Monday.  Once you begin deliberating, the time

05:02  5    you spend deliberating is exclusively in your province.  That

05:02  6    has -- no one in here has anything to do with that.

05:02  7        You all deliberate for three minutes or whatever, I won't

05:02  8    say another number, but whatever it is is whatever it takes for

05:02  9    you all to come up with a unanimous verdict.  And that's fine.

05:02  10   That's you all's time to make the right decisions.

05:02  11       But for our part, we're doing well, but I have to -- I

05:02  12   will take this time to tell you one more thing, then I'll let

05:02  13   you go.

05:02  14       I've done this a very long time.  I know I don't look at

05:02  15   it because I don't look very old, but I've done this a really

05:02  16   long time.

05:02  17       The quality of the lawyers that you've seen already for

05:03  18   the first four days has been the very best that I've ever seen

05:03  19   in a trial.  You are -- while you are -- this is a hard case

05:03  20   and it's going to go a little bit long, you should leave here

05:03  21   knowing that you literally won the lottery in terms of the

05:03  22   quality of the lawyers that you're getting to see in front of

05:03  23   you.

05:03  24       So when you begin your deliberations, I hope you keep in

05:03  25   mind you've truly had the best -- both parties have had the

05:03  1    very best representation they could possibly have hoped for.

05:03  2         So I hope you have a good evening.  You can't discuss the

05:03  3    case amongst yourselves or with anyone else.

05:03  4         If you'll be here at 8:15 tomorrow, we will begin.  I can

05:03  5    commit to this, I've told the lawyers:  We are starting

05:03  6    tomorrow at 8:30.  If that means we have to get here early,

05:03  7    we'll get here early, but we're going to begin at 8:30.  Thank

05:03  8    you.

05:03  9         THE BAILIFF:  All rise.

05:03  10        (Jury exited the courtroom at 5:03.)

05:04  11        THE COURT:  If you all give us a few seconds, Suzanne will

05:04  12   get the time.

05:04  13        Mr. Chu, is there anything that we need to take up?

05:04  14        I'm going to look at the depositions tonight with regard

05:04  15   to the Fortress issue.  And I'll do my very best to get through

05:04  16   all of them this evening.

05:04  17        If anyone has any -- Mr. Lee, you can jump ahead if you

05:04  18   have anything.

05:04  19        MR. LEE:  Nothing for us, Your Honor.

05:04  20        THE COURT:  Mr. Chu?

05:04  21        MR. CHU:  Nothing at this time.  Thank you.

05:04  22        THE COURT:  Two things.  Number one, if you all will wait

05:04  23   just a second, Suzanne's going to come up with the numbers.

05:04  24   And number two, you may be doing this without me knowing it,

05:04  25   make sure that we're getting in the record and exchange with

05:04  1    each other which exhibits you believe are in evidence.

05:04  2         As long as you all are taking care of it, that's fine, but

05:05  3    just make sure that -- because if we let it go too far without

05:05  4    me being involved, I might not be able to help.

05:05  5         So the plaintiff has used 7 hours and 48 minutes.  The

05:05  6    defendant has used 7 hours and 44 minutes by our reckoning,

05:05  7    so...

05:05  8         I have one more thing to do up here, but I'm done.  You

05:05  9    all are free to do whatever you need to do.  Thank you.

05:05  10        By the way, today was a terrific day.  I appreciate all

05:05  11   the lawyering.  I appreciate the witnesses.  It was a really

05:06  12   great day to get to sit up here.  You all have a good evening.

05:06  13   I'll see you tomorrow morning.

05:06  14        (Hearing adjourned at 5:06 p.m.)

       15

       16

       17

       18

       19

       20

       21

       22

       23

       24

       25

1  UNITED STATES DISTRICT COURT )

2  WESTERN DISTRICT OF TEXAS    )

3

4       I, Kristie M. Davis, Official Court Reporter for the

5  United States District Court, Western District of Texas, do

6  certify that the foregoing is a correct transcript from the

7  record of proceedings in the above-entitled matter.

8       I certify that the transcript fees and format comply with

9  those prescribed by the Court and Judicial Conference of the

10  United States.

11       Certified to by me this 8th day of March 2021.

12                                  /s/ Kristie M. Davis

13                                  KRISTIE M. DAVIS
                                    Official Court Reporter
14                                  800 Franklin Avenue
                                    Waco, Texas 76701
15                                  (254) 340-6114
                                    kmdaviscsr@yahoo.com
16

17

18

19

20

21

22

23

24

25