# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **VLSI TECHNOLOGY LLC,**<br>*Plaintiff,* | §<br>§<br>§<br>§ | |
| *v.* | § § | W:21-CV-00057-ADA |
| **INTEL CORPORATION,**<br>*Defendant.* | §<br>§<br>§<br>§<br>§ | |

## ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW

On this day came on to be considered Defendant Intel Corporation's Rule 50(A) Motion for Judgement as a Matter of Law (D.I. 551) and the Court having now reviewed said motion, supporting arguments during trial, and all other matters of record, finds that said motion should be denied without prejudice. Accordingly, it is therefore,

ORDERED that Defendant Intel Corporation's Rule 50(A) Motion for Judgment as a Matter of Law is hereby DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

**SIGNED** this 10th day of March, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE