IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC,<br>*Plaintiff,* | § § § § § § § § § § § | W:21-CV-00057-ADA |
| v. | | |
| INTEL CORPORATION,<br>*Defendant.* | | |

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

On this day came on to be considered Plaintiff VLSI Technology LLC's Motion for Reconsideration of the Court's Ruling Excluding Willful Infringement Testimony (D.I. 540).  The Court having reviewed said motion, the materials filed in support and in opposition thereto, and all other matters of record, finds that said motion should be DENIED. Accordingly, it is therefore,

ORDERED that Plaintiff VLSI Technology LLC's Motion for Reconsideration of the Court's Ruling Excluding Willful Infringement Testimony is hereby DENIED.

**IT IS SO ORDERED**.

**SIGNED** this 11th day of March, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE