IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. 6:21-cv-00057-ADA<br><br>JURY TRIAL DEMAND |

## ORDER

This Court, after considering Intel Corporation's Response to Plaintiff VLSI Technology LLC's Opposed Motion *in Limine* to Preclude Evidence or Argument regard *WARF v. Apple* Decision ("Motion *in Limine*") (Doc. 539), is of the opinion that Plaintiff's Motion should be denied.

**IT IS ORDERED** that Plaintiff's Motion *in Limine* (Doc. 539) is **DENIED**.

**SIGNED** THIS  11th  day of  March , 2021.

_____
HONORABLE ALAN D. ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE