# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | **Case No. 6:21-cv-00057-ADA**<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW MICHAEL H. STRUB, JR. AS COUNSEL FOR PLAINTIFF VLSI TECHNOLOGY LLC

Pursuant to Local Rule AT-3, Plaintiff VLSI Technology LLC ("VLSI"), files this Unopposed Motion to Withdraw Michael H. Strub, Jr. as Counsel for VLSI (the "Motion") and shows:

1. Michael H. Strub, Jr., having previously appeared as counsel for VLSI in the above referenced action, is no longer associated with the firm of Irell & Manella, LLP. Accordingly, Mr. Strub will no longer be representing VLSI in this action and hereby requests to be withdrawn as counsel of record for VLSI.

2. VLSI will continue to be represented by Irell & Manella LLP, Mann Tindel Thompson, and Craig Cherry, and all future correspondence and papers in this action should continue to be directed as such.

3. VLSI has contacted Defendant Intel Corporation ("Intel") with respect to the filing of this Motion and Intel is unopposed to the granting of this Motion and the withdrawal of Mr. Strub as counsel for VLSI.

Accordingly, VLSI requests the Court to grant this Unopposed Motion to Withdraw Michael H. Strub, Jr., as Counsel for VLSI and to enter an order permitting the withdrawal of Mr. Strub as counsel of record for VLSI in the above referenced action and for such other and further relief as the Court deems suitable and just.

Dated: March 11, 2021

By:     /s/ Andy Tindel

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Iian D. Jablon  (*pro hac vice*)
Alan J. Heinrich  (*pro hac vice*)
Ian Robert Washburn  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Elizabeth C. Tuan  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Brian Weissenberg  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
iwashburn@irell.com
aproctor@irell.com
etuan@irell.com
dslusarczyk@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@swclaw.com
**STECKLER, WAYNE, COCHRAN, CHERRY, PLLC**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

*Attorneys for VLSI Technology LLC*

- 3 -

**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on March 11, 2021.

                                                  /s/ *Andy Tindel*
                                                    Andy Tindel