IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **VLSI TECHNOLOGY LLC,**<br>*Plaintiff*<br><br>-v-<br><br>**INTEL CORPORATION,**<br>*Defendant* | § § § § § § § § § § | A-19-CV-00977-ADA<br><br>W-21-CV-00057-ADA |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through March 11, 2021 and finds the requested amount ($119,613.19) to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:         $59,806.60
    Defendant:      $59,806.60

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 11th day of March, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE