# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Case No. 6:21-cv-057-ADA |

**STIPULATION AND JOINT PROPOSAL**
**REGARDING POST-TRIAL PROCEEDINGS**

The parties, subject to the Court's approval, agree to and jointly propose the following regarding post-trial proceedings in the above-captioned litigation:

1. Intel intends to present the following asserted bench-trial claims and defenses for resolution by the Court, each of which VLSI will oppose: unclean hands, prosecution history estoppel, ensnarement, and claim vitiation (collectively, "Intel's Bench Trial Claims and Defenses"). The parties expect to submit Intel's Bench Trial Claims and Defenses on the papers and without further trial time.

2. The parties also each intend to file post-trial motions regarding a number of issues, including but not limited to renewed JMOL motions and motions for a new trial under Rules 50(b) and 59(a)(1)(A) (collectively, "Renewed JMOL and New Trial Motions").

3. The following schedule for post-trial submissions shall apply regarding Intel's Bench Trial Claims and Defenses and any Renewed JMOL and New Trial Motions:

    a. April 9, 2021:

        i. Intel to file its opening briefing, and proposed findings of facts and conclusions of law, on Intel's Bench Trial Claims and Defenses;

        ii. Both parties to file any Renewed JMOL and New Trial Motions;

    b. May 7, 2021:

        i. VLSI to file its opposition briefing, and proposed findings of facts and conclusions of law, on Intel's Bench Trial Claims and Defenses;

        ii. Both parties to file opposition briefs regarding Renewed JMOL and New Trial Motions;

    c. May 21, 2021:

        i. Intel to file its reply briefing on Intel's Bench Trial Claims and Defenses;[1]

        ii. Both parties to file reply briefs regarding Renewed JMOL and New Trial Motions;

---

[1] The parties disagree as to whether Intel is permitted to file reply proposed findings of fact and conclusions of law.

    Intel's position is that it intends to file reply proposed findings of fact and conclusions of law to address any additional facts on Intel's Bench Claims and Trial Defenses. Although VLSI asserts that there is no rule that provides for reply proposed findings of fact and conclusions of law, there is also no rule that contemplates that reply proposed findings of fact and conclusions of law should not be filed. Moreover, it would be highly prejudicial to Intel if VLSI were permitted to offer new facts and arguments in response to Intel's Bench Trial Claims and Defenses and if Intel were not permitted to submit reply findings of fact and conclusions of law.

    VLSI's position is that no rule provides for reply proposed findings of fact and conclusions of law and that it would be highly prejudicial to VLSI if Intel were allowed to submit modified and/or additional proposed findings of fact and conclusions of law at the reply phase. Under the schedule above, each party would submit proposed findings of fact and conclusions of law, and each party would then get a subsequent brief for responsive argument. What Intel proposes is one-sided and unfair, as it would allow Intel to submit modified and/or additional proposed findings of fact and conclusions of law at the reply phase while giving VLSI no opportunity to respond to those new submissions in any subsequent brief or other filing. Should the Court agree with Intel, VLSI reserves the right to submit sur-reply proposed findings of fact and conclusions of law.

    d.  May 26, 2021:

        i.  The parties to jointly file final proposed findings of fact and conclusions of law on Intel's Bench Trial Claims and Defenses, with agreed findings and conclusions separated from those in dispute.

4. For clarity and avoidance of doubt, this stipulation shall not apply to pending motions (e.g., D.I. 581) or to post-trial motions other than Renewed JMOL and New Trial Motions, which shall be briefed in accordance with the default schedule provided for in the Local Rules for the Western District of Texas unless the parties agree or the Court orders otherwise.[2]

Dated:  April 3, 2021

By:  */s/ J. Mark Mann*

J. Mark Mann
Texas Bar No. 12926150
mark@themannfirm.com
G. Blake Thompson
Texas Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
201 E. Howard St.
Henderson, TX 75654
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Andy Tindel
Texas Bar No. 20054500
atindel@andytindel.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702

By:  */s/ J. Stephen Ravel*

J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

James E. Wren
Texas State Bar No. 22018200
1 Bear Place, Unit 97288
Waco, Texas 76798
Tel: (254) 710-7670
Email: james.wren@baylor.edu

William F. Lee (*Pro hac vice*)
Louis W. Tompros (*Pro hac vice*)
Kate Saxton (*Pro hac vice*)

---

[2] To the extent that either party files any post-trial motion other than Renewed JMOL and New Trial Motions, the parties agree to work in good faith on a stipulated schedule for those motions.  The parties also agree to work in good faith on a stipulated schedule for briefing on pending motions (e.g., D.I. 581) should an extension be requested.

Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
ccherry@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile:  (254) 776-6823

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Iian D. Jablon  (*pro hac vice*)
Alan J. Heinrich  (*pro hac vice*)
Christopher T. Abernethy (*pro hac vice*)
Ian Robert Washburn  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Dominik Slusarczyk  (*pro hac vice*)
Elizabeth C. Tuan  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Brian Weissenberg  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
cabernethy@irell.com
iwashburn@irell.com
aproctor@irell.com
dslusarczyk@irell.com
etuan@irell.com
cwen@irell.com
bweissenberg@irell.com
bmonnin@irell.com
jnafekh@irell.com

Michael H. Strub, Jr.  (*pro hac vice*)
Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**

**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: william.lee@wilmerhale.com
Email: louis.tompros@wilmerhale.com
Email: kate.saxton@wilmerhale.com

Gregory H. Lantier (*Pro hac vice*)
Amanda L. Major (*Pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6000
Email: gregory.lantier@wilmerhale.com
Email: amanda.major@wilmerhale.com

Alexis Pfeiffer (*Pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
950 Page Mill Road
Palo Alto, California 94304
Tel: (650) 858-6052
Email: alexis.pfeiffer@wilmerhale.com

*Attorneys for Intel Corporation*

840 Newport Center Drive, Suite 400
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
mstrub@irell.com
bredjaian@irell.com

*Attorneys for VLSI Technology LLC*

SO ORDERED, this _____ day of _____, 2021.

_____
The Honorable Alan D. Albright

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via email, to all counsel of record, on April 3, 2021.

>           */s/ J. Mark Mann*
>           **J. Mark Mann**