**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

VLSI TECHNOLOGY LLC,

        Plaintiff,

    v.

INTEL CORPORATION,

        Defendant.

**Cause No. 6:21-cv-00057-ADA**

**NOTICE OF FILING OF *INTER PARTES* REVIEW PETITIONS**

Pursuant to the Court's Order Governing Proceedings in Patent Cases, Plaintiff VLSI Technology LLC ("VLSI") hereby provides the Court with notice of the following *Inter Partes* Review Petitions:

On June 7, 2021, a newly-formed entity, OpenSky Industries, LLC ("OpenSky") filed with the Patent Trial and Appeal Board ("PTAB") a Petition for *Inter Partes* Review ("IPR") of U.S. Patent No. 7,523,373 (the "'373 Patent"), which is the subject of the above-identified case for which the jury rendered a verdict on March 2, 2021.  The PTAB denied institution of the OpenSky IPR for the '373 Patent on December 23, 2021.  The OpenSky IPR for the '373 Patent was assigned Case No. IPR2021-01056.

On July 7, 2021, another newly-formed entity, Patent Quality Assurance, LLC ("PQA"), not affiliated with OpenSky, also filed with the PTAB a Petition for IPR of the '373 Patent.  A

decision by the PTAB on whether or not to institute the PQA IPR on the '373 Patent is due on or before January 27, 2022, and, if the PQA IPR on the '373 Patent is instituted, the final written decision would be due one year from such decision. The PQA IPR for the '373 Patent was assigned Case No. IPR2021-01229.

On June 7, 2021, OpenSky also filed with the PTAB a Petition for IPR of U.S. Patent No. 7,725,759 ("the '759 Patent"), which is the subject of the above-identified case for which the jury rendered a verdict on March 2, 2021. The OpenSky IPR for the '759 Patent, assigned Case No. IPR2021-01064, was instituted on December 23, 2021 and the expected time for a final written decision is on or before December 23, 2022.

On December 27, 2021, Defendant Intel Corporation filed with the PTAB a Petition for IPR of the '759 patent (assigned Case No. IPR2022-00366) and a Motion for Joinder to join the OpenSky IPR on the '759 patent. A decision by the PTAB on Intel's Motion for Joinder is expected within several months and a final written decision is expected on or before December 23, 2022.

Dated: January 5, 2022

By:      */s/ Andy Tindel*

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach  (*pro hac vice*)
Iian D. Jablon  (*pro hac vice*)
Alan J. Heinrich  (*pro hac vice*)
Ian Robert Washburn  (*pro hac vice*)
Amy E. Proctor  (*pro hac vice*)
Dominik Slusarczyk (*pro hac vice*)
Elizabeth C. Tuan  (*pro hac vice*)
Charlotte J. Wen  (*pro hac vice*)
Benjamin Monnin  (*pro hac vice*)
Jordan Nafekh  (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 W. Main Street
Henderson, TX 75652
Telephone: (903) 657-8540
Facsimile:  (903) 657-6003

Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com

Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
iwashburn@irell.com
aproctor@irell.com
dslusarczyk@irell.com
etuan@irell.com
cwen@irell.com
bmonnin@irell.com
jnafekh@irell.com

Babak Redjaian  (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California   92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

*Attorneys for VLSI Technology LLC*

**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile:  (903) 596-0909

Craig D. Cherry (Texas Bar No. 24012419)
craig@swclaw.com
**STECKLER, WAYNE, COCHRAN,
CHERRY, PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile:  (254) 651-3689

## CERTIFICATE OF SERVICE

I hereby certify that, on January 5, 2022, I electronically submitted the foregoing document with the clerk of the United States District Court for the Western District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ *Andy Tindel*
Andy Tindel