# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>            Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>            Defendant. | Case No. 6:21-cv-00057-ADA<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION TO WITHDRAW DANIEL MCCALLUM AS COUNSEL FOR PLAINTIFF VLSI TECHNOLOGY LLC

Pursuant to Local Rule AT-3, Plaintiff VLSI Technology LLC ("VLSI"), files this Unopposed Motion to Withdraw Daniel McCallum as Counsel for VLSI (the "Motion") and shows:

1.     Daniel McCallum, having previously appeared as counsel for VLSI in the above referenced action, is no longer associated with the firm of Rothwell, Figg, Ernst & Manbeck, P.C.  Accordingly, Mr. McCallum will no longer be representing VLSI in this action and hereby requests to be withdrawn as counsel of record for VLSI.

2.     VLSI will continue to be represented by Irell & Manella LLP, Mann | Tindel | Thompson and Rothwell, Figg, Ernst & Manbeck, P.C., and all future correspondence or papers filed or served in this action should continue to be directed to these law firms.

3.     VLSI has contacted Defendant Intel Corporation ("Intel") with respect to the filing of this Motion and Intel is unopposed to the granting of this Motion and the withdrawal of Mr. McCallum as counsel for VLSI in this action.

Accordingly, VLSI requests the Court to grant this Unopposed Motion to Withdraw Daniel McCallum, as Counsel for VLSI and to enter an order permitting the withdrawal of Mr. McCallum as counsel of record for VLSI in the above referenced action and for such other and further relief as the Court deems suitable and just.

| | |
|---|---|
| Dated: January 27, 2022 | By: */s/ Andy Tindel* |
| Morgan Chu (*pro hac vice*)<br>Benjamin W. Hattenbach (*pro hac vice*)<br>Iian D. Jablon (*pro hac vice*)<br>Alan J. Heinrich (*pro hac vice*)<br>Ian Robert Washburn (*pro hac vice*)<br>Amy E. Proctor (*pro hac vice*)<br>Elizabeth C. Tuan (*pro hac vice*)<br>Dominik Slusarczyk (*pro hac vice*)<br>Charlotte J. Wen (*pro hac vice*)<br>Benjamin Monnin (*pro hac vice*)<br>Jordan Nafekh (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>mchu@irell.com<br>bhattenbach@irell.com<br>ijablon@irell.com<br>aheinrich@irell.com<br>iwashburn@irell.com<br>aproctor@irell.com<br>etuan@irell.com<br>dslusarczyk@irell.com<br>cwen@irell.com<br>bmonnin@irell.com<br>jnafekh@irell.com<br><br>Babak Redjaian (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Telephone: (949) 760-0991 | J. Mark Mann (Texas Bar No. 12926150)<br>mark@themannfirm.com<br>G. Blake Thompson (Texas Bar No.24042033)<br>blake@themannfirm.com<br>**MANN \| TINDEL \| THOMPSON**<br>300 W. Main Street<br>Henderson, Texas 75652<br>Telephone: (903) 657-8540<br>Facsimile: (903) 657-6003<br><br>Andy Tindel (Texas Bar No. 20054500)<br>atindel@andytindel.com<br>**MANN \| TINDEL \| THOMPSON**<br>112 E. Line Street, Suite 304<br>Tyler, Texas 75702<br>Telephone: (903) 596-0900<br>Facsimile: (903) 596-0909<br><br>Craig D. Cherry (Texas Bar No. 24012419)<br>ccherry@swclaw.com<br>**STECKLER, WAYNE, COCHRAN, CHERRY, PLLC**<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76701<br>Telephone: (254) 776-3336<br>Facsimile: (254) 776-6823<br><br>*Attorneys for VLSI Technology LLC* |

| | |
|---|---|
| Facsimile: (949) 760-5200<br>bredjaian@irell.com<br><br>Steven Lieberman (*pro hac vice*)<br>Rachel M. Echols (*pro hac vice*)<br>**ROTHWELL, FIGG, ERNST &<br>MANBECK, P.C.**<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>Telephone: (202) 783-6040<br>Facsimile: (202) 783-6031<br>slieberman@rfem.com<br>rechols@rfem.com | |

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on January 27, 2022.

    */s/ Andy Tindel*
    Andy Tindel