**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　　　Defendant. | **Case No. 6:21-cv-00057-ADA**<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW STEVEN LIEBERMAN AND**
**RACHEL M. ECHOLS AS COUNSEL FOR PLAINTIFF VLSI TECHNOLOGY LLC**

Pursuant to Local Rule AT-3, Plaintiff VLSI Technology LLC ("VLSI"), files this

Unopposed Motion to Withdraw Steven Lieberman and Rachel M. Echols as Counsel for VLSI

(the "Motion") and shows:

1.　　　Steven Lieberman and Rachel M. Echols, having previously appeared as counsel

for VLSI in the above referenced action, are members of the firm of Rothwell, Figg, Ernst &

Manbeck, P.C., which no longer represents VLSI in this action.  Accordingly, Mr. Lieberman

and Ms. Echols will no longer be representing VLSI in this action and hereby request to be

withdrawn as counsel of record for VLSI.

2.　　　VLSI will continue to be represented by Irell & Manella LLP and Mann | Tindel |

Thompson, and all future correspondence or papers filed or served in this action should continue

to be directed to these law firms.

3.　　　VLSI has contacted Defendant Intel Corporation ("Intel") with respect to the

filing of this Motion and Intel is unopposed to the granting of this Motion and the withdrawal of

Mr. Lieberman and Ms. Echols as counsel for VLSI in this action.

Accordingly, VLSI requests the Court to grant this Unopposed Motion to Withdraw Steven Lieberman and Rachel M. Echols as Counsel for VLSI and to enter an order permitting the withdrawal of Mr. Lieberman and Ms. Echols as counsel of record for VLSI in the above referenced action and for such other and further relief as the Court deems suitable and just.

| | |
|---|---|
| Dated: February 25, 2022 | By: */s/ Andy Tindel* |
| | |
| Morgan Chu (*pro hac vice*) | J. Mark Mann (Texas Bar No. 12926150) |
| Benjamin W. Hattenbach (*pro hac vice*) | mark@themannfirm.com |
| Iian D. Jablon (*pro hac vice*) | G. Blake Thompson (Texas Bar No.24042033) |
| Alan J. Heinrich (*pro hac vice*) | blake@themannfirm.com |
| Ian Robert Washburn (*pro hac vice*) | **MANN \| TINDEL \| THOMPSON** |
| Amy E. Proctor (*pro hac vice*) | 300 W. Main Street |
| Elizabeth C. Tuan (*pro hac vice*) | Henderson, Texas 75652 |
| Dominik Slusarczyk (*pro hac vice*) | Telephone: (903) 657-8540 |
| Charlotte J. Wen (*pro hac vice*) | Facsimile: (903) 657-6003 |
| Benjamin Monnin (*pro hac vice*) | |
| Jordan Nafekh (*pro hac vice*) | Andy Tindel (Texas Bar No. 20054500) |
| Christopher Abernethy (pro hac vice) | atindel@andytindel.com |
| Keith Orso (pro hac vice) | **MANN \| TINDEL \| THOMPSON** |
| Michael D. Harbour (pro hac vice) | 112 E. Line Street, Suite 304 |
| **IRELL & MANELLA LLP** | Tyler, Texas 75702 |
| 1800 Avenue of the Stars, Suite 900 | Telephone: (903) 596-0900 |
| Los Angeles, California 90067 | Facsimile: (903) 596-0909 |
| Telephone: (310) 277-1010 | |
| Facsimile: (310) 203-7199 | Craig D. Cherry (Texas Bar No. 24012419) |
| mchu@irell.com | ccherry@swclaw.com |
| bhattenbach@irell.com | **STECKLER, WAYNE, COCHRAN,** |
| ijablon@irell.com | **CHERRY, PLLC** |
| aheinrich@irell.com | 100 N. Ritchie Road, Suite 200 |
| iwashburn@irell.com | Waco, Texas 76701 |
| aproctor@irell.com | Telephone: (254) 776-3336 |
| etuan@irell.com | Facsimile: (254) 776-6823 |
| dslusarczyk@irell.com | |
| cwen@irell.com | *Attorneys for VLSI Technology LLC* |
| bmonnin@irell.com | |
| jnafekh@irell.com | |
| cabernethy@irell.com | |
| korso@irell.com | |
| mharbour@irell.com | |

| | |
|---|---|
| Babak Redjaian (*pro hac vice*)<br>**IRELL & MANELLA LLP**<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br>bredjaian@irell.com | |
| | |

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered

electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of

record, on February 25, 2022.


*/s/ Andy Tindel*
Andy Tindel