# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | Case No. 6:21-cv-057-ADA |

### ORDER REGARDING STAY OF EXECUTION OF JUDGMENT PENDING APPEAL

After considering the Parties' Joint Stipulation Regarding Stay of Execution of Judgment Pending Appeal, **IT IS ORDERED** that:

1. Intel will not be required to post a bond or other security pending appeal.

2. Intel will make any payments then due under the Judgment either (1) within 30 days after the completion of any appeals to the Federal Circuit from the Judgment, as well as any proceedings seeking relief from the Judgment before the Supreme Court of the United States ("Supreme Court"), any remand proceedings in the event that the Federal Circuit or Supreme Court grants Intel relief from the Judgment, and any further appeals following any remand proceedings, or (2) within 30 days after the expiration of the times for initiating any such Federal Circuit or Supreme Court proceedings; whichever of (1) or (2) comes later.

3. VLSI will not execute, or seek to execute, the Judgment against Intel before 60 days after the completion of proceedings as provided in paragraph 2 above.

SO ORDERED, this 22nd day of April, 2022.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ALAN D. ALBRIGHT
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE