IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **VLSI TECHNOLOGY LLC,** *Plaintiff,* § § § | |
| § | **6:21-CV-057-ADA** |
| **v.** § § | |
| **INTEL CORPORATION,** *Defendant.* § § | |

## FINAL JUDGMENT

On April 11, 2019, Plaintiff VLSI Technology LLC ("VLSI") sued Defendant Intel Corporation ("Intel") for patent infringement, including infringement of U.S. Patent Nos. 7,523,373 (the "'373 Patent"); 7,725,759 (the "'759 Patent"); and 8,156,357 (the "'357 Patent"). *See* Original Compl., ECF No. 1. Intel filed counterclaims for declaratory judgment of noninfringement and invalidity for all three patents. *See* Answer, ECF No. 171. A trial commenced on February 22, 2021, and the jury rendered a verdict on March 2, 2021. *See* Verdict, ECF No. 564. The Court has resolved all pending issues between the parties.

Therefore, pursuant to Fed. R. Civ. P. 54 and 58, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendant Intel is found to have infringed claims 1, 5, 6, 9, and 11 of the '373 Patent;

- Judgment is entered against defendant Intel on its counterclaim of noninfringement of the asserted claims of the '373 Patent;

- Judgment is entered against defendant Intel on its counterclaim of invalidity of the asserted claims of the '373 Patent;

- Defendant Intel is found to have infringed claims 14, 17, 18, and 24 of the '759 Patent;

- Judgment is entered against defendant Intel on its counterclaim of noninfringement of the asserted claims of the '759 Patent;

- Claims 14, 17, 18, and 24 of the '759 Patent are not invalid;

- Judgment is entered against defendant Intel on its counterclaim of invalidity of the asserted claims of the '759 Patent;

- Defendant Intel is found not to have infringed claims 1, 11, 14, 16, or 18 of the '357 Patent;

- Intel's infringement of claims 1, 5, 6, 9, and 11 of the '373 Patent and claims 14, 17, 18, and 24 of the '759 Patent was not willful;

- The Court awards $1,500,000,000 to VLSI for Intel's infringement of claims 1, 5, 6, 9, or 11 of the '373 Patent;

- The Court awards $675,000,000 to VLSI for Intel's infringement of claims 14, 17, 18, or 24 of the '759 Patent;

- Pursuant to 35 U.S.C. § 284, the Court awards VLSI prejudgment interest in the amount of $162,321,343.

- Pursuant to 28 U.S.C. § 1961, the Court awards VLSI postjudgment interest applicable to all sums awarded, at the statutory Treasury bill rate, compounded annually, from the date of entry of this judgment until the date of payment by Intel.

- 3 -

**SIGNED** this 21st day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE