# Exhibit G

| | |
|---|---|
| **From:** | Dennhardt, Jeffrey <Jeffrey.Dennhardt@wilmerhale.com> |
| **Sent:** | Tuesday, February 9, 2021 6:45 AM |
| **To:** | #VLSI-Intel [Int]; atindel@andytindel.com; Mark Mann |
| **Cc:** | WH Intel-VLSI Service; steve.ravel@kellyhart.com; James_Wren@baylor.edu |
| **Subject:** | VLSI v. Intel (WDTex) - Defenses |

Counsel:

In an effort to streamline issues for the upcoming trial in *VLSI Technology LLC v. Intel Corp.*, 6:21-cv-00057 (W.D. Texas), Intel will not argue at the upcoming trial that the claims of U.S. Patent No. 7,523, 373 that VLSI asserts at trial are invalid or that the claims of U.S. Patent No. 7,725,759 that VLSI asserts at trial are invalid as obvious under 35 U.S.C. § 103. Intel reserves all remaining defenses, including that the asserted claims of the '759 Patent are invalid under 35 U.S.C. § 102.

Please let us know today if VLSI still intends to pursue all currently asserted claims of the '373 and '759 patents at the upcoming trial or will be further narrowing its asserted claims.

Best,
Jeff

**Jeffrey A. Dennhardt | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 295 6293 (t)
+1 212 230 8888 (f)
jeffrey.dennhardt@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

VLSI Technology LLC, Exhibit 2004
Page 2004 - 1
IPR2021-01229, Patent Quality Assurance, LLC v. VLSI Technology LLC