**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

VLSI TECHNOLOGY LLC,

      Plaintiff,

      v.

INTEL CORPORATION,

      Defendant.

**Case No.:** 6:21-00057-ADA

## <u>ORDER DENYING DEFENDANT INTEL CORPORATION'S MOTION TO STAY</u>

On this day came on to be considered Defendant Intel Corporation's Motion to Stay (ECF No. 737) and the Court having now reviewed said motion, and the opposition thereto from Plaintiff VLSI Technology LLC, hereby finds that said motion should not be granted. It is, therefore,

ORDERED that Defendant Intel Corporation's Motion to Stay (ECF No. 737) is DENIED.

SIGNED this _____ day of April 2024.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE