**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>           Defendant. | **Case No. 6:21-cv-00057-ADA**<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION TO WITHDRAW DOMINIK SLUSARCZYK
AS COUNSEL FOR PLAINTIFF VLSI TECHNOLOGY LLC**

Pursuant to Local Rule AT-3, Plaintiff VLSI Technology LLC ("VLSI"), files this Unopposed Motion to Withdraw Dominik Slusarczyk as Counsel for VLSI (the "Motion") and shows:

1. Dominik Slusarczyk, having previously appeared as counsel for VLSI in the above referenced action, is no longer associated with the firm of Irell & Manella, LLP. Accordingly, Mr. Slusarczyk will no longer be representing VLSI in this action and hereby requests to be withdrawn as counsel of record for VLSI.

2. VLSI will continue to be represented by Irell & Manella LLP and Mann | Tindel | Thompson and all future correspondence or papers filed or served in this action should continue to be directed to these law firms.

3. VLSI has contacted counsel for Defendant Intel Corporation ("Intel") with respect to the filing of this Motion and Intel is unopposed to the granting of this Motion and the withdrawal of Mr. Slusarczyk as counsel for VLSI in this action.

Accordingly, VLSI requests the Court to grant this Unopposed Motion to Withdraw Dominik Slusarczyk and to enter an order permitting the withdrawal of Mr. Slusarczyk as counsel of record for VLSI in the above referenced action and for such other and further relief as the Court deems suitable and just.

Dated: January 21, 2025

By:    */s/ Andy Tindel*

Morgan Chu (*pro hac vice*)
Benjamin W. Hattenbach (*pro hac vice*)
Iian D. Jablon (*pro hac vice*)
Alan J. Heinrich (*pro hac vice*)
Keith Orso (*pro hac vice*)
Ian Robert Washburn (*pro hac vice*)
Amy E. Proctor (*pro hac vice*)
Elizabeth C. Tuan (*pro hac vice*)
Charlotte J. Wen (*pro hac vice*)
Benjamin Monnin (*pro hac vice*)
Jordan Nafekh (*pro hac vice*)
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
aheinrich@irell.com
iwashburn@irell.com
aproctor@irell.com
etuan@irell.com
cwen@irell.com
bmonnin@irell.com
jnafekh@irell.com

Babak Redjaian (*pro hac vice*)
**IRELL & MANELLA LLP**
840 Newport Center Drive, Suite 400
Newport Beach, California  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200
bredjaian@irell.com

J. Mark Mann (Texas Bar No. 12926150)
mark@themannfirm.com
Andy Tindel (Texas Bar No. 20054500)
atindel@andytindel.com
G. Blake Thompson (Texas Bar No. 24042033)
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
112 E. Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 657-6003

*Attorneys for VLSI Technology LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE] — Document Filing System, to all counsel of record, on January 21, 2025.

*/s/ Andy Tindel*
Andy Tindel
